**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | P-D Valmiera Glass USA Corp. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | FKA  Valmiera Glass USA Corp. |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-1214712 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **168 Willie Paulk Pkwy** <br> **Dublin, GA 31021** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Laurens** <br> County | **Location of principal assets, if different from principal place of business** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.valmiera-glass.com** |

6. **Type of debtor**

�■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **P-D Valmiera Glass USA Corp.** _____    Case number (*if known*) _____
Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
___3399___

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | District _____ | | When _____ | | Case number _____ | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | _____ | | | _____ | |
| | District _____ | When _____ | | Case number, if known _____ | |

Debtor   **P-D Valmiera Glass USA Corp.**       Case number (*if known*)
Name

---

**11.** **Why is the case filed in** *this district?*    *Check all that apply:*

    ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

   ☐ No

   ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

       **Why does the property need immediate attention?** (*Check all that apply.*)

       ☐   It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

          What is the hazard? _____

       ☐   It needs to be physically secured or protected from the weather.

       ☐   It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

       ■   Other   **Debtor maintains a furnace which must be shut down in a controlled manner to preserve the integrity and value of the furnace and provide safety to its employees during the shutdown of the facility.**

       **Where is the property?**    **168 Willie Paulk Pkwy.**
                        **Dublin, GA, 31021-0000**
                        Number, Street, City, State & ZIP Code

       **Is the property insured?**

       ☐ No

       ■ Yes.   Insurance agency    **Marsh & McLennan Agency**

                  Contact name    **Will Robison**

                  Phone    **706-529-4407; 706-313-2658**

---

■   **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**     .    *Check one:*

    ■   Funds will be available for distribution to unsecured creditors.

    ☐   After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ■ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **P-D Valmiera Glass USA Corp.**                                Case number (*if known*) _____
        Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
    of authorized
    representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 17, 2019**
              MM / DD / YYYY

**X** **/s/ Joeran Pfuhl**                                      **Joeran Pfuhl**
Signature of authorized representative of debtor               Printed name

Title    **CEO**

**18. Signature of attorney**

**X** **/s/ J. Robert Williamson**                    Date    **June 17, 2019**
Signature of attorney for debtor                            MM / DD / YYYY

**J. Robert Williamson 765214**
Printed name

**Scroggins & Williamson, P.C.**
Firm name

**4401 Northside Parkway
Suite 450
Atlanta, GA 30327**
Number, Street, City, State & ZIP Code

Contact phone    **404-893-3880**        Email address    **centralstation@swlawfirm.com**

**765214 GA**
Bar number and State

**RESOLUTIONS OF THE SHAREHOLDERS
AND THE BOARD OF DIRECTORS
OF P-D VALMIERA GLASS USA CORP.**

**TAKEN AS OF June 14th,  2019
BY WRITTEN CONSENT
IN LIEU OF A MEETING**

The undersigned, being the holders of ninety (90%) percent of the outstanding common stock (the "Shareholders") and a majority of the members of the board of directors (the "Board") of P-D Valmiera Glass USA Corp., a Georgia corporation (the "Corporation"), do hereby consent to the adoption of, and do hereby confirm, approve, adopt and ratify the adoption of the following resolutions (this "Written Consent"), effective as of the date set forth above.

The following resolutions are hereby adopted:

**RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, equity holders, employees, and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of Chapter 11 of title 11, United States Code (the "Bankruptcy Code"), and the Board recommends that the Corporation seek such relief under Chapter 11 of the Bankruptcy Code;

**RESOLVED**, that the Shareholders accept the recommendation of the Board to authorize the Corporation to seek relief under Chapter 11 of the Bankruptcy Code;

**RESOLVED**, that Joran Pfuhl, Chief Executive Officer, and Jurgen Streng, Chief Executive Officer, (each, together with any other person so designated by the Board, an "Authorized Officer" and together, the "Authorized Officers") are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Corporation to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in any United States Bankruptcy Court located in a district in which proper venue lies  (a "Bankruptcy Court"), at such time as said officer executing the same shall determine and in such form as such Authorized Officer may approve (such approval to be conclusively evidenced by the execution of the petition);

**RESOLVED,** that the CEO of the Corporation is hereby authorized to designate one or more additional persons to serve as an officer of the Corporation, and to designate a replacement for any of the foregoing specified Authorized Officers in the event they should resign or cease to serve as an officer of the Corporation for any reason, and any such person so designated by the Chairman of the Board shall be deemed to be an "Authorized Officer" within the meaning of these Resolutions for all purposes;

**RESOLVED**, that the firm of Scroggins & Williamson, P.C., with an office currently located in Atlanta, Georgia, be, and it hereby is, employed as general bankruptcy counsel for the Corporation under a general retainer in connection with the prosecution of the Corporation's case under Chapter 11 of the Bankruptcy Code, and to pay to Scroggins &

Williamson, P.C. reasonable compensation for services rendered in connection with such engagement;

**RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized to employ and retain on behalf of the Corporation other attorneys, consultants, investment bankers, accountants and other professionals to assist in the Corporation's Chapter 11 case on such terms as said officers deem necessary or proper, and to pay to such professionals reasonable compensation for such services;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all such other and further actions which the Authorized Officers or the Corporation's legal counsel may deem necessary or appropriate in connection with the Chapter 11 case, including, but not limited to, motions to obtain authority to use cash collateral and/or to incur debtor in possession financing; the assumption or rejection of executory contracts and unexpired leases; proposing one or more chapter 11 plans; the sale or other disposition of all or a portion of the Corporation's assets; entering into new contracts, leases or other agreements; the prosecution of claims held by the Corporation and the defense of claims asserted against the Corporation, including the continuation of any litigation pending at the time of the Chapter 11 filing, and related appeals; the negotiation and consummation of settlements and compromises; and the performance of any and all further acts and deeds which the Authorized Officers, or their designate, deem necessary, proper and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED**, that the Authorized Officers of the Corporation be, and each of them hereby is, authorized and directed on behalf of the Corporation to take such actions and to make, sign, execute, acknowledge, deliver and perform (and record in a relevant office of the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments as may reasonably be required to give effect to the foregoing Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to perform fully the terms and provisions thereof;

**RESOLVED**, that the Corporation be, and hereby is, authorized to pay all fees and expenses incurred by it or for its account in connection with the transactions approved in any or all of the foregoing Resolutions, and all transactions related thereto, and each Authorized Officer, or their designate, be, and each of them hereby is, authorized, empowered and directed to make said payments as such Authorized Officer or designate may deem necessary, appropriate, advisable or desirable, such payment by any such officer to constitute conclusive evidence of such officer's determination and approval of the necessity, appropriateness, advisability or desirability thereof;

**RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by the Authorized Officers of the Corporation on its behalf, such actions are hereby ratified and confirmed in their entirety.

**IN WITNESS WHEREOF**, the undersigned Shareholders and Board of the Corporation have executed this Written Consent as of the date and year first above written.

**SHAREHOLDERS:**                                           **DIRECTORS:**

**AS Valmieras stikla šķiedra**

 

 

                                                            _____
By: _____                                   Heinz-Jürgen Preiss-Daimler
Name: _____
Title: _____

 

                                                            _____
By: _____                                   Stefan Preiss-Daimler
Name: _____
Title: _____

                                                            _____
                                                            Stefan Jugel

_____                                   _____
Heinz-Jürgen Preiss-Daimler                                 John Post

**P-D Management Industries-Technologies GmbH**

 

By: _____
Name: _____
Title: _____

 

By: _____
Name: _____
Title: _____

 

**LAMTEC Corporation**

By: _____
Name: _____
Title: _____

**IN WITNESS WHEREOF**, the undersigned Shareholders and Board of the Corporation have executed this Written Consent as of the date and year first above written.

<u>**SHAREHOLDERS:**</u>

**AS Valmieras stikla šķiedra**

By: _____
Name: _____
Title: _____

By: _____
Name: _____
Title: _____

_____
Heinz-Jürgen Preiss-Daimler

**P-D Management Industries-Technologies GmbH**

By: _____
Name: _STEFAN PREISS-DAIMLER_
Title: _DIRECTOR_

By: _ppa Ph. _____
Name: _PHILIPP KUEGEL_
Title: _COMPANY SECRETARY_

**LAMTEC Corporation**

By: _____
Name: _____
Title: _____

<u>**DIRECTORS:**</u>

_____
Heinz-Jürgen Preiss-Daimler

_____
Stefan Preiss-Daimler

_____
Stefan Jugel

_____
John Post

**Fill in this information to identify the case:**

Debtor name    **P-D Valmiera Glass USA Corp.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 17, 2019**    X **/s/ Joeran Pfuhl**
                                Signature of individual signing on behalf of debtor

                                **Joeran Pfuhl**
                                Printed name

                                **CEO**
                                Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **P-D Valmiera Glass USA Corp** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LBBW 1185 Avenue of the Americas 41st Floor New York, NY 10036** | **Lutz Feldmann lutz.feldmann@lbbwus.com** | | | | | **$3,013,148.92** |
| **Kajima Building & Design Group 3490 Piedmont Road Suite 900 Atlanta, GA 30305** | **Jeff Stiner stinerj@kbdgroupusa.com** | | **Unliquidated Disputed** | | | **$2,574,832.13** |
| **Etimine USA Inc 1 Penn Center West Suite 400 Pittsburgh, PA 15276** | **Megan Marano mmarano@etimineusa.com** | | | | | **$1,592,588.20** |
| **Dublin-Laurens Cty Dev Auth 1200 Bellevue Ave Dublin, GA 31021** | **Beth Crumpton bcrumpton@dlcda.com** | | **Unliquidated Contingent** | **$1,280,714.00** | **Unknown** | **$1,280,714.00** |
| **Kartash Inc 50 Court Street Suite 710 Brooklyn, NY 11201** | **Edward Kartashevsky edward@kartash.com** | | | | | **$637,364.88** |
| **Saurer Technologies Manag GmbH 60 Weeserweg Krefeld, Germany D47804** | **Jim Slaten jim.slaten@saurer.com** | | | | | **$597,666.22** |
| **Saxonia Edellmetalle GnbH 5 Erzstarsse Halsbruecke, Germany D09633** | **Merker Sabine merker@saxonia.de** | | | | | **$315,592.34** |

| Debtor | P-D Valmiera Glass USA Corp | | Case number *(if known)* | |
|--------|----------|----|---------|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Airgas USA LLC Oxygen 259 N. Radnor-Chester Road Radnor, PA 19087** | **Traci Bullock traci.bullock@airgas.com** | | | | | **$308,388.97** |
| **Dietze&Schell Maschinenfabrik Karchestrasse 1 Coburg, Germany D96450** | **Oliver Goeckel oliver.goeckel@dietze-schell.de** | | | | | **$302,198.14** |
| **Southeastern Paper Group PO Box 890673 Charlotte, NC 28289** | **Jeff Small jsmall@sepapergroup.com** | | | | | **$283,826.22** |
| **City of Dublin PO Box 690 Dublin, GA 31040** | **Michael Clay claym@dlcga.com** | | | | | **$271,644.08** |
| **Allen Lund Company 4529 Angles Crest Hwy Suite 300 La Canada Flintridge, CA 91011** | **Dusty Walker dusty.walker@allenlund.com** | | | | | **$240,490.86** |
| **Georgia Power 241 Ralph McGill Blvd Atlanta, GA 30308** | **Steve Chapman sdchapma@southerncompany.com** | | | | | **$234,540.24** |
| **Smith, Gambrell & Russell 1230 Peachtree Street Suite 3100 Atlanta, GA 30309** | **Michelle Snyder msnyder@sgrlaw.com** | | | | | **$163,579.77** |
| **Slochem Trade s.r.o. Farsky Mlyn 2 Trnava, Slovakia 917 01** | **Fax: 421 33 5522 572** | | | | | **$160,992.80** |
| **Evans Disposal Service Inc PO Box 910 Dublin, GA 31040** | **Skip Evans trashman7317@aol.com** | | | | | **$152,104.46** |
| **B-H Transfer Co PO Box 151 Sandersville, GA 31082** | **Jackie Kitchens jkitchens@b-htransfer.com** | | | | | **$143,000.83** |
| **Active Minerals International 121 Milledgeville Road Gordon, GA 31031** | **Wayne Bentley w.bentley@activeminerals.com** | | | | | **$137,390.40** |

Debtor  **P-D Valmiera Glass USA Corp**
        Name                                                        Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kemira Oyi Eneriakatu 4 PO Box 330 Helsinki, Finland 00180-0000** | **Phil Wayco phil.wayco@kemira** | | | | | **$132,310.16** |
| **AmTrust North America Inc PO Box 93833 Cleveland, OH 44101** | **Will Robison (Agent) will.robison@mars hmma.com** | | **Unliquidated** | | | **$117,445.23** |

Official form 204                  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                  page 3

# United States Bankruptcy Court
## Northern District of Georgia

In re    **P-D Valmiera Glass USA Corp.** _____    Case No. _____

                                          Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 17, 2019** _____        **/s/ Joeran Pfuhl** _____

                                                   **Joeran Pfuhl**/CEO
                                                   Signer/Title

A-Com Integrated Solutions
7521 Veterans Parkway
Columbus, GA 31909


Aaron Clements
1081 Blackshear Ferry Rd W
Dublin, GA 31021


AB CARTER INC
4801 York Hwy
Gastonia, NC 28086


AB Metal SIA
Brivibas street 31/33
Liepaja, Latvia LV-3400


Abbey-Gail May
1081 Blackshear Ferry Rd.
Dublin, GA 31021


ACS Cleaning Services
1509 Telfair St, PO Box 604
Dublin, GA 31040


Active Minerals International
121 Milledgeville Road
Gordon, GA 31031


Adam Mercer
924 Pendleton Creek Rd
Adrian, GA 31002


Adam Prosser
677 Walker Dairy Rd
Dublin, GA 31021

Adam Raley
501 North Drive
Dublin, GA 31021


AeroBase Group INC
145 East Drive Unit B
Melbourne, FL 32904


Airgas USA LLC
2015 Vaughn Road
Building 400
Kennesaw, GA 30144


Airgas USA LLC Oxygen
259 N. Radnor-Chester Road
Radnor, PA 19087


Akeem Brown
66 Greston Street
Eastman, GA 31023


Alana Pope
1027 Ralph Mullis Rd
Rentz, GA 31075


Alfonzo Wicker
1961 Orianna Road
Adrian, GA 31002


Alisa Griffith
1017 Clay Hill Rd
Rockledge, GA 30454


Allen Lund Company
4529 Angles Crest Hwy
Suite 300
La Canada Flintridge, CA 91011

Allertex of America Ltd
10620 Bailey Road
Suite A
Cornelius, NC 28031


Allie Sanders
1514 Stone Wall St
Dublin, GA 31021


Allstate American Heritage Lif
1776 American Heritage Life Dr
Jacksonville, FL 32224


Alonza White
1100 W. Thomas Street
Milledgeville, GA 31061


Alton Smith
320 Benton Drive
Douglas, GA 31533


Alvin Denson
1325 North Franklin St
Dublin, GA 31021


Alvin Wright
576 Mae's Lane Lot 7
East Dublin, GA 31027


Alysia Watson
1976 HWY 80 East
East Dublin, GA 31027


Amanda Harden
2291 Claxton Dairy Rd
Dublin, GA 31021

AmeriTech Leasing Inc.
7255 W. 98th Terrace
Suite 200
Overland Park, KS 66212


Amos Tyson
454 Fairfield Lane
Soperton, GA 30457


AmTrust North America Inc
PO Box 93833
Cleveland, OH 44101


Amy Davis
2291 Claxton Dairy Rd
Dublin, GA 31021


Andre Schwiontek
338 Cypress Pointe Drive
Dublin, GA 31021


Andre Wright
1789 New Buckeye Rd
East Dublin, GA 31027


Andrea Walker
1706 Ga Hwy 135
Vidalia, GA 30474


Andrew Holland
PO Box 400
Dudley, GA 31022


Andrew Wall
615 North Jefferson Street
Dublin, GA 31021

Andrew Wilson
104 April Walk
McDonough, GA 30253


Angela Cable
405 Smith Street
Dublin, GA 31021


Angela Kitchens
1418 Stonewall St
Dublin, GA 31021


Angela Taylor
211 Woods Way
Dublin, GA 31021


Anlene Patino
101 James Street
Warner Robins, GA 31093


Ann Bellamy
29 North Jackson Ave
Helena, GA 31037


Anthony Ashley
164 Trail Church Rd.
Montrose, GA 31065


Anthony Johnson
29 MLK Jr Drive
Wrightsville, GA 31096


Anthony Majette
5606 Forest Ave.
Eastman, GA 31023

Anthony Pounds
107 Crestview Drive
East Dublin, GA 31027


Antonio Henley
1325 North Franklin Street
Dublin, GA 31021


Antonio Russell
414 North Line Street
Dexter, GA 31019


Applied Technical Services
1049 Triad Court
Marietta, GA 30062


Argel Manalo
107 Foxridge Drive
Dublin, GA 31021


Arlo Taylor
602 Rosevelt Street
Dublin, GA 31021


Armands Valtins
128 Cottage Loop
Dublin, GA 31021


Arnall Golden Gregory LLP
171 17th Street
Suite 2100
Atlanta, GA 30363


Arthur McClain
428 Country Club Rd
Dublin, GA 31021

Ashley Edwards
2291 Claxton Dairy Rd
Dublin, GA 31021


Ashley Young
P.O. BOX 464
Wrightsville, GA 31096


Austin Symank
2031 Hwy 29 South
Dublin, GA 31021


Auto-Owners Life Insurance Co
6101 Anacapri Blvd
Lansing, MI 48917


AWC Inc. Corporate
6655 Exchequer Drive
Baton Rouge, LA 70809


AWEBA Tool & Die
3011 Georgia Hwy. 257
Dublin, GA 31021


Axel Blank
5518 SW 11th Ave
Cape Coral, FL 33914


B-H Transfer Co
PO Box 151
Sandersville, GA 31082


Badger Plug Company
N1045 Technical Drive
PO Box 199
Greenville, WI 54942

Barfoot LLC
908 Sussex Court
Dublin, GA 31021


Benjamin Deubel
15995 NW 10th Circle
Citra, FL 32113


Benjamin Walker
558 Cauley Road
East Dublin, GA 31027


Berdine Johnson
800 Village Circle
Dublin, GA 31021


Bernard Patterson
517 Cory Circle
Eastman, GA 31023


Bill Madison Jr
1565 Mississippi Ave
Soperton, GA 30457


Billy Hayes
2031 Hwy 29 South
East Dublin, GA 31027


Blank PAS GmbH
Gartenstrase 29
Passau, Germany D94036


Braas Company
1302 Rischard Street
Salisbury, NC 28144

Bradley Wall
1038 Holly Ln
East Dublin, GA 31027


Brandon Jackman
303 East Church Street
Tennille, GA 31089


Brandon Ketch
306 South Elm Street
Dublin, GA 31021


Brandon Lowery
403 Oasis Drive
Dublin, GA 31021


Branton Patterson
168 Hunters Run
Dublin, GA 31021


Brenntag Mid-South Inc.
1405 Highway 136 West
PO Box 20
Henderson, KY 42419


Brittany Farmer
211 Geneva Street
Dublin, GA 31021


Brittany Williams
336 Windsong Drive
East Dublin, GA 31027


Brittney Pullen
565 Idywild Dr
Wrightsville, GA 31096

Brooks Equipment Company LLC
10926 David Taylor Drive
Suite 300
Charlotte, NC 28262


Callie McLendon
129 Rocky Lane
Adrian, GA 31002


Cameron Svendsen
1818 Antioch Church Rd
Eastman, GA 31023


Candace Hughes
1113 Hall Road
Dublin, GA 31021


Caralene Patino
101 James Street
Warner Robins, GA 31093


Carlbus Batson
27 Outreach Lane
Soperton, GA 30457


Carlson Wagonlit Travel Latvia
Kr.Barona 7/9
Riga, Latvia LV-1050


Carol Hanes
2291 Claxton Dairy Rd
Dublin, GA 31021


Carolyn Griffin
724 Clinton Branch Road
Dublin, GA 31021

Catherine Sheffield
1602 Hwy 29 S
East Dublin, GA 31027


Cederick Rumph
156 Johnson Street
Cochran, GA 31023


Cedric Johnson
513 Hudson Drive
Dublin, GA 31021


Celeste Miller
1049 Arch St Apt B5
Soperton, GA 30457


Cenon Ibanez
1781 Holly Hill Road
Milledgeville, GA 31061


Certified Energy Inc.
635 Georgia Highway 292
Vidalia, GA 30474


Chad Townsend
2551 Lowery Ln
Dexter, GA 31019


Charles Scarboro
241 Spy Glass Way
Hendersonville, TN 37075


Charter Communications Inc
PO Box 742615
Cincinnati, OH 45274

Chelsea Sellers
2291 Claxton Dairy Rd
Dublin, GA 31021


Chelsea Warren
576 Jimmys Drive
East Dublin, GA 31027


Cherry Blackford
911 N Lake Dr
East Dublin, GA 31027


Cheyenne Beasley
372 Violet Hill Road
Soperton, GA 30457


Choice Transportation
200 Tremon Street
Gordon, GA 31031


Christian Lewis
604 Hillcrest Parkway Apt 28
Dublin, GA 31021


Christian Spears
5326 1st Avenue
Eastman, GA 31023


Christopher Armstrong
106 Ranger Grove Chruch Rd
Wrightsville, GA 31096


Christopher Bryant
1602 HWY 29 South
East Dublin, GA 31027

Christopher Durham
6058 Jim Pruett Rd
Eastman, GA 31023


Christopher Myrick
21 Outreach Lane
Soperton, GA 30457


Christopher NeSmith
1081 W. Blackshear Ferry Rd
Dublin, GA 31021


Christopher Scott
515 Ed Beckham Rd
East Dublin, GA 31027


Christopher Smith
1980 Isaac Watkins Rd.
Montrose, GA 31065


Christopher Turner
494 Country Club Road
Dublin, GA 31021


Christy Turner
812 Euclid Street
Dublin, GA 31021


Cingo
PO Box 891
Dublin, GA 31040


Cintas Corporation
PO Box 630910
Cincinnati, OH 45263

City of Dublin
PO Box 690
Dublin, GA 31040


Clarence Ward Jr
602 Strange Ln
Dublin, GA 31021


Clarissa Beasley
1775 Odom Rd.
Wrightsville, GA 31096


Clark's Health Club
106 Bowling Lane
Dublin, GA 31021


Clint Brown
328 Hwy 87 Bypass
Cochran, GA 31014


COIM S.P.A.
via A. Manzoni 28/32
Settimo Milanese Italy 20019


Colonial Chemical Company
916 West Lathrop Avenue
Savannah, GA 31415


Compliance Assurance Assoc
682 Orvil Smith Rd
Harvest, AL 35749


Coney Edinborough
208 N. Calhoun St
Dublin, GA 31021

```
Constangy Brooks Smith
PO Box 102476
Atlanta, GA 30368


Corlis Bell
2291 Claxton Dairy Rd
Dublin, GA 31021


Cortney Sailem
130 Sunset Drive
East Dublin, GA 31027


Courtney Hayes
2291 Claxton Dairy Rd
Dublin, GA 31021


Courtney James
536 West Mary Street
Dublin, GA 31021


Creek Bottom Cottages
601 Blackshear Ferry Road West
Dublin, GA 31021


Crystal Waters
3501 HWY 257
Dexter, GA 31019


Crystal Wilson
709 Brookdale Dr
Dublin, GA 31021


Curtis Gordon
34 Yancey Road
Rhine, GA 31077
```

Curtis Harvey
206 Roberson Lane
East Dublin, GA 31027


Cynthia Hayes
2291 Claxton Dairy Rd
Dublin, GA 31021


Dace Ridere-Schwiontek
338 Cypress Pointe Drive
Dublin, GA 31021


Dalton Childers
1251 Bellflower Road
Dublin, GA 31021


Dalvin Ashley
868 Little John Road
Dublin, GA 31021


Damian White
2101 James Evans Rd.
Rentz, GA 31075


Daniel Wright II
3184 Austin Wright Road
Helena, GA 31037


Darnell Stephens
92 Sagegrass St
Jeffersonville, GA 31044


Darrell Platt
2596 Branch Road
Dudley, GA 31022

David Bledsoe
21 Outreach Lane
Soperton, GA 30457


David Fields
127 Cami Street
East Dublin, GA 31027


David Gillespie
100 Moss Branch Rd
Toomsboro, GA 31090


David Hartley
21 Outreach Ln
Soperton, GA 30457


David Stanley
309 Simmon St
Dublin, GA 31021


David Svendsen
198 Dyal Still Road
Helena, GA 31037


David Templeman
2031 Hwy 29 S
Dublin, GA 31027


David Veal
2614 Greg Couey
Dublin, GA 31021


Dawn Johnson
539 Lisa Spur
Rentz, GA 31075

Dawson G. Lampp LLC
110 Timber Cove Drive
Dublin, GA 31021


De Lage Landen Financial Serv
Po BOX 41602
Philadelphia, PA 19101


Debtorah Brown
800 Cherry Street Apt 5
Dublin, GA 31021


Dell Financial Services
PO Box 5292
Carol Stream, IL 60197


Demarcus Simmons
62 Ridge Road
Eastman, GA 31023


Denna Boutwell
2291 Claxton Dairy Rd
Dublin, GA 31021


Dennis Ogilvie
21 Outreach Lane
Soperton, GA 30457


Dennis Perry
415 Plainview Rd
Eastman, GA 31023


Dennis Rozier
161 Lucas Rd Apt. A
Cochran, GA 31014

Deondra Lucas
5007 Jesup Street
Eastman, GA 31023


Dequan Pittman
703 Freds Ln
Dublin, GA 31021


Derek Register
827 Hart Lane
Dublin, GA 31021


Derick Edwards
5240 Smith Ave
Eastman, GA 31023


Derrick Lovett
611 Ryan Dr.
Vidalia, GA 30474


Desmond Jackson
5402 Dodge Avenue
Eastman, GA 31023


Deundre Ortiz
1015 MLK Jr. Dr. APt 504 B
Dublin, GA 31021


Diana Coates
757 Ben Hill Road
East Dublin, GA 31027


Dietze & Schell Manufact Solut
414 West Whitner Street
Anderson, SC 29624

Dietze&Schell Maschinenfabrik
Karchestrasse 1
Coburg, Germany D96450


Dietze-Schichtpresstoffe GmbH
Obergasse 4
OT Niederlommatzsch
Diera-Zehren, Germany D01665


Diversified Securities Res.
114 East Johnson Street
Dublin, GA 31021


Dominy Oil Company
P.O. Box 664
Dublin, GA 31040


Don's Enterprises LLC
PO Box 945
Dublin, GA 31040


Donna Davis
52 Cleveland Ln
Rhine, GA 31077


Donna Manuel
1003 Claxton Dairy Rd
Apt D1
Dublin, GA 31021


Douglas White
206 Rosewood Drive
Dublin, GA 31021


Drikierria Wright
1440 Goins RD
Wrightsville, GA 31096

DSV Air & Sea, Inc.
100 Walnut Ave, Suite 405
Clark, NJ 07066


Dublin Winnelson Co. #679
507 Airport Road
Dublin, GA 31021


Dublin-Laurens Cty Chamber
1200 Bellevue Avenue
Dublin, GA 31021


Dublin-Laurens Cty Dev Auth
1200 Bellevue Ave
Dublin, GA 31021


Dustin Woodall
2221 W Elm St.
Wrightsville, GA 31096


Dwayne Whitehead
5649 Forest Ave
Eastman, GA 31023


Dye Colors Inc
736 B W Cook Road
Dublin, GA 31021


Dylan Baggett
404 River South Ct
Dublin, GA 31027


Dylan O'Byrne
1008 Anderson Street
Dublin, GA 31021

Dylan Rowland
2430 Saddle Drive
Dexter, GA 31019


E-Therm a.s.
Kubi ova 1382/38
Praha 8
Liben, Czech Republic 18200


Echo Global Logistics
600 W Chicago Ave
Suite 725
Chicago, IL 60654


Eddie Rozier
1763 New Buckeye Road
East Dublin, GA 31027


Eleanor Humbert
823 North Washington St
Dublin, GA 31021


Electromatic Equipment Co Inc
600 Oakland Ave
Cedarhurst, NY 11516


Elysha White
513 Kight Street
Kite, GA 31049


EME Maschinenfabrik Clasen
Wockerather Weg 45
Erkelenz, Germany D41812


Eminel Neda
223 Waterford Trail
Dublin, GA 31021

Enterprise Rent-A-Car
200 Vestavia Pky
Ste 3700
Birmingham, AL 35216


Environmental Sourse Samplers
436 Raleigh Street
Wilmington, NC 28412


Eric Farley
203 Roberts Street
Dublin, GA 31021


Eric Walker
531 Calahan St
Eastman, GA 31023


Erika Green
2291 Claxton Dairy Rd
Dublin, GA 31021


Ethel King
110 Palm St.
Cochran, GA 31014


Etimine USA Inc
1 Penn Center West
Suite 400
Pittsburgh, PA 15276


Eulus Chambers
21 Outreach Lane
Soperton, GA 30457


Evan Chambers
1075 Jusal Lane
Dublin, GA 31021

Evanna Stroud
1325 N Franklin St Lot 93
Dublin, GA 31021


Evans Disposal Service Inc
PO Box 910
Dublin, GA 31040


Evonik Corporation
299 Jefferson Road
Parsippany, NJ 07054


Fabian Rossdeutscher
115 Ovid Drive
Dublin, GA 31021


FedEx Express Services
PO Box 660481
Dallas, TX 75266


FEDEX FREIGHT
PO BOX 10306
Palatine, IL 60055


FERRELLGAS, LP
One Librty Plaza
Liberty, MO 64068


FI Extinguisher Service Co
668 Hillbridge Road
Dexter, GA 31019


Fire Protection Services LLC
2030 Powers Ferry Road
Atlanta, GA 30339

First Insuarance Funding
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062


Fives Stein Limited
4A Churchward Southmead Park
Didcot, UK OX11 7HB


Flora Good
408 B Kingsby St
Dublin, GA 31021


FR1926 LLC
306 Academy Avenue
Suite 200
Dublin, GA 31021


Francis M.Lewis
PO Box 2021
Dublin, GA 31040


G4S Security Solutions USA Inc
1395 University Blvd
Jupiter, FL 33458


Gail Jackson
108 Wheeler
East Dublin, GA 31027


Gary Holmes
2594 Georgia Highway 86
Adrain, GA 31002


Georgia Department of Labor
148 Andrew Young Int'l Blvd.
Suite 826
Atlanta, GA 30303

Georgia Department of Revenue
1800 Century Boulevard, NE
Suite 9100
Atlanta, GA 30345


Georgia Department of Revenue
PO Box 740389
Atlanta, GA 30374


Georgia Power
241 Ralph McGill Blvd
Atlanta, GA 30308


Gerald Easterling
116 West Mary St.
Dublin, GA 31021


Gerald John Manansala
105 Langdon CT
Bonaire, GA 31005


Germany Coleman
1397 David Mullis Road
Rentz, GA 31075


GJ&L Inc dba Border Equipment
2804 Wylds Rd
Augusta, GA 30909


Glasseiden GmbH Oschatz
Wellerswalder Weg 17
Oschatz, Germany D04758


Global Industrial
11 Harbor Park Drive
Port Washington, NY 11050

Gloria Gaines
200 Cascade Circle
Dublin, GA 31021


Grant & Cook Equipment, Inc.
3439 Fulton Mill Road
Macon, GA 31210


Groz-Beckert USA Inc.
PO Box 7131
Charlotte, NC 28241


Gundega Berzina
129 Cottage Loop
Dublin, GA 31021


Gunter Trucking Inc
453 Circle 85 st
Atlanta, GA 30320


Harold Gaskins
506 East Mary Street
Dublin, GA 31021


HDH Advisors LLC
2002 Summit Boulevard
Atlanta, GA 30319


Heather Bounds
812 Euclid St.
Dublin, GA 31021


Heather Jones
1157 Jones Rd
Cochran, GA 31014

Heatherlock Textiles, Inc.
2219 E. Ozark Avenue
Gastonia, NC 28054


Henrissa Jones
1049 Flucker Maddox Rd.
Rockledge, GA 30454


Herbert LeCompte Jr
933 Holliday Rd
Dublin, GA 31021


Herc Rentals Inc
27500 Riverview Center Blvd
Bonita Springs, FL 34134


Holiday Inn Express Hotel
2192 Hwy. 441 South
Dublin, GA 31021


Howard Sheppard Inc.
PO Box 797
Sandersville, GA 31082


Huberta Powers
705 Wellborn Rd
Warner Robins, GA 31088


Hunter Tribble
205 Terrance Dr
Dublin, GA 31021


Idrissa Diakite
207 West Jackson St
Dublin, GA 31021

Indulis Berzins
128 Cottage Loop
Dublin, GA 31021


Industrial Machinery Compon.
1230 Beverly Dr.
Athens, GA 30606


Inga Zemesa-Raley
106 Cottage Loop
Dublin, GA 31021


Ingredion Incorporated
5 Westbrook Corporate Center
Westchester, IL 60154


InSource Solutions
PO Box 72804
Richmond, VA 23235


Inter Shipping Co Ltd
Av. Gevgelija K2
Gevgelija
Macedonia 01480


Internal Revenue Service
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
435 2nd Street
Macon, GA 31201


Ira McClendon
478 Lancaster Road
Eastman, GA 31023

Israel Hendricks
711 Plaza Ave Apt D
Eastman, GA 31023


Ivy Heath
159 Mulberry Rd
Eastman, GA 31023


Ja-Cori Fann
102 Celia Drive
East Dublin, GA 31027


Jackson Cochran
906 Tanglewood Circle
Dublin, GA 31021


Jackson Strickland
2326 Thairdell Road
Rockledge, GA 30454


Jacob Knight
526 Old Prison Camp Rd
McRae, GA 31055


Jacque Warren
110 Blue Ridge Lane
Warner Robins, GA 31093


Jacqueline Pilcher
1133 Bigby Rd
Rockledge, GA 30454


Jacquelyn Hartley
801 Master Moore Rd.
East Dublin, GA 31027

Jalessa Reed
505 Harris Trail Rd Apt 28C
Richmond Hill, GA 31324


James Bridges
604 S. Jefferson Street
Dublin, GA 31021


James Elks
1029 Ralph Mullis Rd
Rentz, GA 31075


James Fitz
1091 Emily Currie Road
Rentz, GA 31075


James Gay
883 Bush Lane
East Dublin, GA 31027


James Henderson
402 Dewey Warnock Road
East Dublin, GA 31027


James Williams
1403 Claxton Dairy APT A
Dublin, GA 31021


Jamie Green
208 Hillcrest Drive
Dublin, GA 31021


Janette Anderson
208 Roberts Street Apt
Dublin, GA 31021

Janis Berzins
129 Cottage Loop
Dublin, GA 31021


Jared O'Neal
1413 Peach Street
Dublin, GA 31021


Jarvious Huff
1447 Donovan Harrison Rd
Wrightsville, GA 31096


Jarvis Washington
306 Lisa Spurs
Rentz, GA 31075


Jason Smith
185 Country Club Circle
Cochran, GA 31014


Jaylan Montford
119 Sunset Drive
East Dublin, GA 31027


Jayquan Coley
774 Pointe West Loop
Dublin, GA 31021


Jaysean Humbert
119 Hillcrest Drive
Dublin, GA 31021


JB Clark Oil Co
PO Box 822
Dublin, GA 31040

Jennifer Johnson
101 Long Pines Circle
East Dublin, GA 31027


Jennifer Purnell
211 Geneva Street
Dublin, GA 31021


Jereko Santiago
2354 Old Hawkinsville Rd
Dudley, GA 31022


Jeremy Munoz
314 Magnolia Street
Dexter, GA 31019


Jermaine Chapman
1740 Millville Church RD
Dublin, GA 31021


Jermaine Eghan
1826 Veterans Blvd
Dublin, GA 31021


Jessica Darrisaw
1045 Towson Drive
Montrose, GA 31065


Jessica Nune
212 Gaines Street
Dublin, GA 31021


Jessica White
1621 Highland Ave. Apt B
Dublin, GA 31021

Jimmy Taylor
Sunset St Apt 601A
Dublin, GA 31021


JIT Packaging of Georgia Inc
800 Westlake Pkwy
Suite 840
Atlanta, GA 30336


JoBeth Barlow
812 Elucide St.
Dublin, GA 31021


Johathan Register
803 Hartley Road
Dublin, GA 31021


John Gillespie
100 Moss Branch Rd
Toomsboro, GA 31090


John Jacobs
568 Robert Webb Road
Lot 2
East Dublin, GA 31027


John Payne
1204 McLendon Road
Dublin, GA 31021


John Post
190 Jacoby Run Road
Mt. Bethel, PA 18343


John Rozier
110 Purser St
Cochran, GA 31014

John Wendt
1034 Pecan Street
Dudley, GA 31022


John Williamson
21 Outreach Lane
Soperton, GA 30457


Johnny West
21 Outreach Lane
Soperton, GA 30457


Jon Ashley
379 Old Valabrosia Road
Dublin, GA 31021


Jonathan Hamilton
639 Ball Park Road
Jeffersonville, GA 31044


Jonathon Johnson
21 Outreach Lane
Soperton, GA 30547


Jordy Sailem
1002 North Jefferson St
Dublin, GA 31021


Jorge Roby
151 Marigold Drive
Chancey, GA 31011


Jose Carag
1665 Wesleyan Dr Apt 205
Macon, GA 31210

Joshua Coleman
1259 Ralph Keen Rd
East Dublin, GA 31027


Joshua O'Quinn
592 Turkey Creek Circle
Dublin, GA 31021


Josiah King
1717 Telfair Street
Dublin, GA 31021


Juan Jimenez
220 Dodge
Chester, GA 31012


Juergen Preiss-Daimler
Wilsdruffer Str 11
Wilsdruff, Germany 17023


Juliette Johnson
1633 Ga Hwy 19 S
Dublin, GA 31021


Just Pallets and Crates
1400 Veterans Memorial Hwy
Mabelton, GA 30126


Justin Hargrove
149 Josey Avenue
East Dublin, GA 31027


Justin Jones
21 Outreach Lane
Soperton, GA 30457

Jyquan Davis
717 Brower Court
Dublin, GA 31021


K+D Towing
203 Country club Road
Dublin, GA 31021


Kaeser Compressors Inc
PO Box 946
Fredericksburg, VA 22404


Kajima Building & Design Group
3490 Piedmont Road
Suite 900
Atlanta, GA 30305


Kaman Industrial Technologies
1332 Blue Hills Ave
PO Box 1
Bloomfield, CT 06002


Kartash Inc
50 Court Street
Suite 710
Brooklyn, NY 11201


Kaspars Grekis
104 Cottage Loop
Dublin, GA 31021


Kassim Johnson Jr
602 Sherwood Dr
Dublin, GA 31021


Katelyn Douglas
2291 Claxton Dairy Rd
Dublin, GA 31021

Kathleen Farley
201 Corbett St. Lot 49
East Dublin, GA 31027


Keashea Murray
1049 Robertson Church Rd.
Dublin, GA 31021


Keith Oglsby
2017 Pinemount Blvd
Statesboro, GA 30461


Kelly Williams
303 Cindy Street
Uvalda, GA 30473


Kelvin Stuckey
376 Sycamore Dr.
Eastman, GA 31023


Kemira Oyi
Eneriakatu 4
PO Box 330
Helsinki, Finland 00180


Kendrick Hobes
116 N. Ridge Drive
Cochran, GA 31014


Kenneth Moore
410 Woodward St
Dublin, GA 31021


Kenneth Rogers
103 Broad Street
East Dublin, GA 31027

```
Kenny Outland
204 B Meadow Lane
Dublin, GA 31021


Kentrial Hunt
1769 New Buckeye Rd
East Dublin, GA 31027


Kevin Hughes
117 Luke Ct.
Fitzgerald, GA 31750


Kevin Morrison
158 Little River Rd
Lumbercity, GA 31549


Kevin Newby
21 Outreach Lane
Soperton, GA 30457


Kevin O'Neal
1611 Clinton Drive
Dublin, GA 31021


Keyence Corporation of America
669 River Drive
Suite 403
Elmwood Park, NJ 07407


Kiala Murray
805 Woodrow Ave
Dublin, GA 31021


Kiara Dixon
1819 Highland Apt B1
Dublin, GA 31021
```

Kikko De La Cruz
125 Peach Street
Cochran, GA 31014


Kimberlee Griffin
129 Myrl Baxter LN NE
Ludowici, GA 31316


Kimberley Marion
1500 Azalea Dr
Dublin, GA 31021


Kimberly Crenshaw
812 Euclid Street
Dublin, GA 31021


Kolette Haynes
P.O Box 8277
Dublin, GA 31040


Kristopher Ewing
5649 Forest Ave
Eastman, GA 31023


Kristopher Johnson
21 Outreach Lane
Soperton, GA 30457


Kyle Clair
849 Rock Springs Drive
Dublin, GA 31021


Kyle Hudson
1544 Payne Rd
Rentz, GA 31075

Kylie Bise
1325 N Franklin St. Lot 93
Dublin, GA 31021


Kylie Williams
2291 Claxton Dairy Rd
Dublin, GA 31021


Ladone Kates
329 Shad Okas
Eastman, GA 31023


LaRodney Guyton
621 South Decatur Street
Dublin, GA 31021


Larry Cook
1107 Eva Court
East Dublin, GA 31027


Lashawn Tuff
5235 Smith Street
Eastman, GA 31023


LaTonya Ray
512 Cypress Dr
Dublin, GA 31021


Laurens County BOE
467 Firetower Rd
Dublin, GA 31021


Laurens County Dev Auth
1200 Bellevue Avenue
Dublin, GA 31021

Lavonda Johnson
7381 Eastman Rd
Soperton, GA 30457


Lawrance Darden
607 Simmons Street
Dublin, GA 31021


LBBW
1185 Avenue of the Americas
41st Floor
New York, NY 10036


Leonard Steward
804 Rowe Street
Dublin, GA 31021


Levante Harvey
210 B Roberts Street
Dublin, GA 31021


LHoist North America of Tenn.
3700 Hulen Street
Fort Worth, TX 76107


Linda Eady
51 Laryn Ln.
Eastman, GA 31023


Lindsey Golden
812 Elucid St.
Dublin, GA 31021


Livingstone International Inc
150 Pierce Road, Suite 500
Itasca, IL 60143

Lois Williams
180 Lauren Woods Road
Dublin, GA 31021


Lori Presgraves
2291 Claxton Dairy Rd
Dublin, GA 31021


Lowe Electric Supply Co.
PO Box 4767
Macon, GA 31208


Mac McCain
604 S Jefferson St
Dublin, GA 31021


Magnolia Folsom
200 Riverview Drive
Dublin, GA 31021


Mahlo America Inc.
PO Box 2825
Spartanburg, SC 29304


Mailyn Brantley
716 Roche Lane
East Dublin, GA 31027


Malik Davis
151 Edmondson Cir.
Cochran, GA 31014


Mandle Waters
3501 Ga Hwy 257
Dexter, GA 31019

Marco Johnson
803 Woodland Street
Dublin, GA 31021


Margie Bailey
829 Hugh Road
Rentz, GA 31075


Marilou Pangilinan
311 Wisconsin Ave
Warner Robins, GA 31093


Mario Pough
1905 Seminole Dr Apt A
Vidalia, GA 30474


Maritina Ltd
Tilzes g. 24a-1
Klaipeda, Lithuania LT-91126


Mark Carswell
223 Mincey Street
Dublin, GA 31021


Mark Hooper
215 Lancelot Ln
Dublin, GA 31021


Markell Kelsey
417 Greta St
Tennille, GA 31089


Marsh & McLennan Agency LLC
402 W. Hawthorn Street
Dalton, GA 30720

```
Martel O'Neal
99 Celia Drive
East Dublin, GA 31027


Matthew Barlow
318 Pace Road
Cochran, GA 31014


Matthew Payne
1217 McLendon Road
Dublin, GA 31021


Matthew Taylor
656 Gordon Edwards Rd
Dublin, GA 31021


Maurice Bailey
1717 Telfair Street Apt.K2
Dublin, GA 31021


McKell Bush
2291 Claxton Dairy Rd
Dublin, GA 31021


McMaster-Carr Supply Co
111 W Monroe St.
Chicago, IL 60603


Medical Center LLP
908 Hillcrest Parkway
Dublin, GA 31021


Meghan Meeks
805 Woodrow Ave.
Dublin, GA 31021
```

Melinda Snelgrove
113 Lassiter Dr
Dublin, GA 31021


Mercedes Cuyler-Blue
802 Rutland Dr
Dublin, GA 31021


Meridian Property LLC
1163 Old Tomsboro Raod
Dublin, GA 31021


Metaro SIA
Cempu iela 21A
Valmiera, Latvia LV-4201


Mettler Toledo Inc
1900 Polaris Parkway
Columbus, OH 43240


Micaella Pangilian
311 Wisconsin Ave
Warner Robins, GA 31093


Michael Asbell II
1960 Cochran Hwy Apt H
Eastman, GA 31023


Michael Avinger
PO Box 94
Chester, GA 31012


Michael Darrisaw
526 Fairstreet Apt. C
Dublin, GA 31021

Michael Hinson
129 Park Place
Dublin, GA 31021


Michael Jackson
310 Macon Street
East Dublin, GA 31027


Michael Pipkin
5605 6th Avenue Apt C
Eastman, GA 31023


Mill Devices Division
P.O. Box 518
Gastonia, NC 28053


Miyori Hall
132 Hillcrest Drive
Dublin, GA 31021


MKS GmbH
Schleizer Strasse 129
Hof, Germany D95030


Mobile Mini Inc
4646 East Van Buren St
Suite 400
Phoenix, AZ 85008


Momentive Performance Material
260 Hudson River Road
Waterford, NY 12188


Montrose Air Quality Services
1 Park Plaza, Suite 1000
Irvine, CA 92614

Morgan Karbon Grafit
Osmangazi Mah.2647
Sok.No:27/3
Kirac Esenyurt, Istanbul 34522


MSC Industrial Supply
75 Maxess Road
Melville, NY 11747


National Construction Rentals
PO Box 4503
Pacoima, CA 91333


Nelani Manasala
105 Langdon CT
Bonaire, GA 31005


Nelma Buya
410A Kingsby Street
Dublin, GA 31021


Net@Work
575 Eighth Avenue
New York, NY 10018


Nicholas Caraway
PO Box 13311
East Dublin, GA 31027


Nicholas Harper
1602 GA Highway 29S
East Dublin, GA 31027


Nichols, Cauley & Associates
1300 Bellevue Avenue
Dublin, GA 31021

Nicholus Hicks
421 Pine Cone Trail
Dublin, GA 31021


Nicolas Taylor
203 East Garner Street
Dublin, GA 31021


Nicole Benjamin
201 Helen Drive
Dublin, GA 31021


Nijhuis Water Technology Inc
560W Waschington Blvd.
Suite 320
Chicago, IL 60661


Nissan Motor Acceptance Corp.
P.O.Box 660083
Dallas, TX 75266


Noel Consulta
120 Getty's Street
East Dublin, GA 31027


Norman Gordon
31 South Jackson Ave.
Helena, GA 31037


Northstar Fire Protection TX
12819 Wermore
San Antonio, TX 78247


Oconee EMC
PO Box 37
Dudley, GA 31022

Ofc. of Insurance Safety Fire
PO Box 935467
Atlanta, GA 31193


Officina 2000 s.r.l.
Via Piav 6 - 57013
Rosignano Solvay, Italy 57013


Old Dominion Freight Line Inc
PO BOX 198475
Atlanta, GA 30384


P-D Management Industries
Wilsdruffer Strassee 11
Wilsdruff, Germany D01723


Paciencia Bacarezas
101 James St
Warner Robins, GA 31093


Paragon Print Systems Inc
2021 Paragon Drive
Erie, PA 16510


Patricia Hulett
2291 Claxton Dairy Rd
Dublin, GA 31021


Patty Branch
516 2nd Ave
Eastman, GA 31023


PD MIT
Wilsdruffer Str 11
Wilsdruff, Germany 017023

Phillip Cheely
310 Broad Street
East Dublin, GA 31027


Phillip Corbett
1067 Coleman Register Rd.
Rentz, GA 31075


Phillip Smiley
773 Brewton Lovett Road
East Dublin, GA 31027


Phyllis Moore
124 Perry Dairy Road
Dublin, GA 31021


Physical Link Communications
4629 Shiloh Road
Loganville, GA 30052


Pierret North American Div
215 Wingo Heights Rd
Spartanburg, SC 29303


Preciousa Miles
512 Quail Run Drive
Warner Robins, GA 31088


Preiss-Daimler FibreGlass AB
Box 7013
Helsingborg, Sweden SE-S25007


Pulcra Chemicals LLC
474 Bryant Blvd
Rock Hill, SC 29732

Quenton Allen
174 School House Lane
Dublin, GA 31021


Quincey Bolden
205 Cypress Dr
Dublin, GA 31021


R&R Beth GmbH
Gewerbegebiet Unterlemnitz 7
Bad Lobenstein, Germany D07356


Ra'Keem Northcutt
875 Windy Way
Eastman, GA 31023


Ralph Burks
21 Outreach Lane
Soperton, GA 30457


Randall Scott
214 Country Club Rd
Dublin, GA 31021


Ravi Verma
3472 Village Ln Sw
Atlanta, GA 30331


Rawls Enterprises Inc.
103 South Washingtan St.
Dublin, GA 31021


Recarlos Pringle
111 East Johnson St
Dublin, GA 31021

Regina Chambers
310 Broad St.
East Dublin, GA 31027


Renata Tippett
541 Whittle Road
Dexter, GA 31019


Renee Sterling
2220 Beaver Dam Rd
Toomsboro, GA 31090


RHI US Ltd
3956 Virginia Ave
Cincinnati, OH 45227


Risky Amagan
1102 Stonewall St.
Dublin, GA 31021


Robert Stanley
309 Simmons St
Dublin, GA 31021


Robert Stubbs
705 Willow T Stables Rd
Dublin, GA 31021


Robert Toney-Wilson
21 Outreach Lane
Soperton, GA 30457


Roderick Morgan
1033 Antioch Church Rd
Eastman, GA 31023

Rodl & Partner
225 Peachtree Street
Atlanta, GA 30303


Rodrick Smith
408 Tennessee Street
Dublin, GA 31021


Rosa Lee May
471 Salter Moon Road
East Dublin, GA 31027


Rosalie Mims
2140 Snowhill Church Road
Rentz,, GA 31075


Rosemary Whittle
515 Cypress Drive
Dublin, GA 31021


Rowena Gantt
99 Grady Johnson Road
Statesboro, GA 30458


Rozier Miller
84 Womack Ave
Soperton, GA 30457


Russell Maddox
1463 US HWY 80 E
East Dublin, GA 31027


Ruth Tongate
95 J.U Williams Ln
Pembroke, GA 31321

Ryan Harden
P O Box 188
Dexter, GA 31019


Ryan Roland
21 Outreach Lane
Soperton, GA 30457


Ryne Neal
1173 Main Street
Dudley, GA 31022


Samuel Crane
21 Outreach Lane
Soperton, GA 30459


Sarah Bolding
2291 Claxton Dairy Rd
Dublin, GA 31021


Saurer Inc.
8801 South Blvd
Charlotte, NC 28273


Saurer Technologies Manag GmbH
60 Weeserweg
Krefeld, Germany D47804


Saxonia Edellmetalle GnbH
5 Erzstarsse
Halsbruecke, Germany D09633


Scale Systems Division
PO Box 116733
Atlanta, GA 30368

Schenker Inc
635 Airport S Pkwy
Suite 100
College Park, GA 30349


Sean Hill
213 W Mary St
Dublin, GA 31021


Sean Mitchell
307 Cypress Drive
Dublin, GA 31021


Sean Whitfield
917 Westmoore St.
Dublin, GA 31021


Senia Ashley
300 Parker Dairy Rd
Dublin, GA 31021


Shana Bowen
165 Mount Carmel Church Rd
Danville, GA 31017


Shanekia Rozier
248 Ash Street
Cochran, GA 31014


Shaniqual Victrum
905 Village Circle
Dublin, GA 31021


Shantaya Dudley
232 Parker Dairy Road
Dublin, GA 31021

Sharrita Flint
5605 9th Avenue
Eastman, GA 31023


Shavone Smith
405 Smith Street
Dublin, GA 31021


Sheldon Donald
1413 Camellia Drive
Dublin, GA 31021


Shenetra Robinson
1847 Jamestown Drive
Dublin, GA 31021


Sign A Rama Dublin
620 East Jackson Street
Dublin, GA 31021


Sinclair Gainey
518 Gregory Lane
Dublin, GA 31021


Skyler Grove
1376 2nd Street
Dudley, GA 31022


Slochem Trade s.r.o.
Farsky Mlyn 2
Trnava, Slovakia 917 01


Smith, Gambrell & Russell
1230 Peachtree Street
Suite 3100
Atlanta, GA 30309

Sonoco Products Company
1 North Second Street
Hartsville, SC 29550


Southeastern Freight Lines Inc
PO Box 1691
Columbia, SC 29202


Southeastern Paper Group
PO Box 890673
Charlotte, NC 28289


Southern Background Services
9 Latimer Street
PO Box 1600
Hazelhurst, GA 31539


Southway Crane Rigging LLC
222 New Dunbar Rd
Byron, GA 31008


Spencer Flowers
500 WPA Rodd
Eastman, GA 31023


Stacey Mincey
489 Pecan Orchard Rd
Cochran, GA 31014


Stacey Morrell
7 Railroad Street Apt. A
Adrian, GA 31002


Stanley Holmes
1826 Veterans BLVD
Dublin, GA 31021

Stefan Preiss-Daimler
234 Ridge Circle
Dublin, GA 31021


Stephenie Schmittel
305 Clover Street
East Dublin, GA 31027


Stephon Johnson
128 North Elm St
East Dublin, GA 31027


Super 8 Dublin
2150 Hwy 441 South
Dublin, GA 31021


Sylvester Davis
162 Katie
Dublin, GA 31021


T'mond Holmes
5402 Dodge Avenue
Eastman, GA 31023


Tajun Mincey
62 Berry Street
Soperton, GA 30457


Takenya Harmon
223 Kicklighter Dr
Sandersville, GA 31082


Talis Dreimanis
131 Cottage Loop
Dublin, GA 31021

```
Tamara Grant
612 Pine Cone Rd
Dublin, GA 31021


Tamera Schussler
4163 Tucker Grove Church Rd
Wrightsville, GA 31096


Tamir Whipple
305 Mikes Lane
East Dublin, GA 31027


Tammy Connell
2242 Evans LN
Dexter, GA 31019


Tanganyika Jackson
415 Plainfield Rd
Eastman, GA 31023


Tara Robinson
2627 Idylwild Drive
Wrightsville, GA 31096


Tarin Weintraub
1210 Holiday South Drive
Rentz, GA 31075


Taron Reed
215 Cloverdale Drive
Dublin, GA 31021


Tasha Fry
200 Parker Dairy Rd
Dublin, GA 31021
```

TBF Properties LLC
686 Robert Webb Rd
Dublin, GA 31027


Telly Lovett
515 Romine Court
Dublin, GA 31021


Terence Spears II
204 Sawyer Street
Dublin, GA 31021


Terrance Hamilton
503 S. Church Street
Dublin, GA 31021


Terrell Carswell
302 New St.
Soperton, GA 30457


Tevin Coleman
903 Woodrow Avenue
Dublin, GA 31021


Tevin Tobridge
115 B Rollingwood Drive
Dublin, GA 31021


The Home Depot
1833 Veterans Blvd
Dublin, GA 31021


Thermal Products Company, Inc
4520 S. Berkeley Lake Rd
Norcross, GA 30071

Thermo Fisher Scientific, Inc
300 Industry Drive
Pittsburgh, PA 15275


Thomas Gross
6617 Heritage Hills Drive
Crestwood, KY 40014


Thomas Harrod
21 Outreach Ln
Soperton, GA 30457


Thomas Walker
372 Violet Hill Rd
Soperton, GA 30457


Tiffany Damino
105 White Spur Rd
Dublin, GA 31021


Time Payment Corp.
1600 District Ave
Suite 200
Burlington, MA 01803


Timothy Parham
21 Outreach Ln
Soperton, GA 30457


Tina Ellison
200 Riverview Dr. 2220 A2
Dublin, GA 31021


Tish Schmittel
5251 N 3rd St.
Soperton, GA 30457

Titus Brown
202 West Moore Street
Dublin, GA 31021


Tobrious Hooks
420 Glover Rd
Harrison, GA 31035


Todd Batchelor
604 South Jefferson ST
Dublin, GA 31021


Todd Kapp Jr
56 Morningside Drive
Adrian, GA 31002


Tommy Boyd III
21 Outreach Lane
Soperton, GA 31503


Toms Agaris
130 Cottage Loop
Dublin, GA 31021


Tovatech LLC
205 Rutgers Street
Maplewood, NJ 07040


Tracy Rozier
1407 Highland Ave
Dublin, GA 31021


Transparence SIA
Cesvaines 14
Riga, Latvia LV-1073

Tre'covia Miller
332 2nd Street
Soperton, GA 30457


Trelanni Wright
200 River View Drive
Dublin, GA 31021


Trinity Consultants Inc.
PO Box 972047
Dallas, TX 75397


TSI Solutions
2220 Centre Park Ct
Stone Mountain, GA 30087


Ty'kadreon Lawrence
623 S Washington Crossing
Tennile, GA 31089


Tykesia Godfrey
1001 Scotland Road
Rentz, GA 31075


Tyrelle Jackson
1926 Green Street
Dublin, GA 31021


U.S. Water Services, Inc.
PO Box 851361
Minneapolis, MN 55485


UFP Ashburn LLC #316
5631 S. NC HWY 62
Burlington, NC 27215

United Rentals
135 Peachtree Pkwy
Byron, GA 31008


Univar USA Inc
PO BOX 34325
Seattle, WA 98124


UPS
PO Box 7247-0244
Philadelphia, PA 19170


UPS Freight
PO BOX 650690
Dallas, TX 75265


UPTK SIA
Ezermalas iela 3a
Liepaja, Latvia LV-3401


US Customs & Border Protection
6650 Telecom Drive
Suite 100
Indianapolis, IN 46278


US Silica Company
8490 Progress Drive
Suite 300
Frederick, MD 21701


Valier Baker
108 South Drive
Dublin, GA 31021


Valmiera Glass UK Ltd
Dorset
Sherbone, UK DT9 3RB

Valmieras Stkla Skiedra AS
Cempu iela 13
Valmiera, Latvia LV-4201


Vendryes Fletcher
75 Woodlawn Drive
Dublin, GA 31021


Verizon Wireless
2409 US Highway 80 W
Dublin, GA 31021


Verlon Ryals
906 Stonewall St
Dublin, GA 31021


Vincent Nails
186 College Avenue
Reidsville, GA 30453


Viola Roberson
5714 Reese Street
Eastman, GA 31023


Vivian Thompson
356 Champion Dr
Dublin, GA 31021


Vonterio Carswell
1486 Willis Jackson Rd
Dudley, GA 31022


Walter Butts
1398 David Mullis Road
Rentz, GA 31075

Walter Trowal LLC
4540 East Paris Ave
Suite F
Grand Rapids, MI 49512


Whitney Wilson
857 Rhine Hwy
Eastman, GA 31023


Wibmer GmbH
Daimlerstrasse 7
Pliezhausen, Germany D72124


Wild Bore Machine LLC
264 Nathaniel Drive
Dublin, GA 31027


Wilfrido Gibbons
874 North Main St.
Wadley, GA 30477


Wilton Sellers
2153 Clyde Thomas Rd
Rentz, GA 31025


Yancey Rents
330 Lee Industrial Blvd.
Austell, GA 30167


Yoland Quainton
456 Cary Road
Cochran, GA 31014


Zachary Cutler
392 West Court Street
Wrightsville, GA 31096

Zachary Duggan
1046 McLendon Road
Dublin, GA 31021


Zachary Powell
21 Outreach Lane
Soperton, GA 30457


Zanbria Hazley
914 Andrew Court
Dublin, GA 31021


Zanda Agare
130 Cottage Loop
Dublin, GA 31021


Zigmunds Valeskalns
706 Creek Bottom
Dublin, GA 31021