**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| P-D VALMIERA GLASS USA CORP, | ) | **CASE NO. 19-59440** |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 BANKRUPTCY CASE

This bankruptcy case was filed on June 17, 2019. The Debtor believes that this case qualifies as a Complex Chapter 11 case because:

    __X__ The Debtor has total debt or total assets of more than $25 million, excluding claims of insiders (as defined in 11 U.S.C. § 101);

    __X__ There are more than 100 parties in interest in this case, excluding former and current employees;

    _____ Claims against or interests in the Debtor are publicly traded; or

    _____ Other (Substantial explanation is required. Attach additional sheets if necessary.);

    _____ The Debtor is not an individual; and

    _____ The Debtor does not own single asset real estate, or it does own single asset real estate but treatment as a Complex Chapter 11 Case is justified (attach explanation explaining the circumstances).

This 17th day of June, 2019.

                                                          SCROGGINS & WILLIAMSON, P.C.

| | |
|---|---|
| 4401 Northside Parkway | By:    /s/ J. Robert Williamson |
| Suite 450 |       J. ROBERT WILLIAMSON |
| Atlanta, Georgia 30327 |       Georgia Bar No. 765214 |
| T: (404) 893-3880 |       ASHLEY REYNOLDS RAY |
| F: (404) 893-3886 |       Georgia Bar No. 601559 |
| E: rwilliamson@swlawfirm.com | |
|    aray@swlawfirm.com | *Proposed Counsel for the Debtor* |

## **CERTIFICATE OF SERVICE**

This is to certify that on this date I served a true and correct copy of the foregoing **Notice of Designation as Complex Chapter 11 Bankruptcy Case** by causing the same to be deposited in the United States Mail with adequate postage affixed thereon and addressed to the following persons:

> Office of the United States Trustee
> 362 Richard Russell Building
> 75 Ted Turner Drive, SW
> Atlanta, GA 30303

This 17th day of June, 2019.

SCROGGINS & WILLIAMSON, P.C.

| | |
|---|---|
| 4401 Northside Parkway | /s/ J. Robert Williamson |
| Suite 450 | J. ROBERT WILLIAMSON |
| Atlanta, GA 30327 | Georgia Bar No. 765214 |
| T: (404) 893-3880 | ASHLEY R. RAY |
| F: (404) 893-3886 | Georgia Bar No. 601559 |
| E: rwilliamson@swlawfirm.com | |
|     aray@swlawfirm.com | *Proposed Counsel for the Debtor* |