IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| P-D VALMIERA GLASS USA CORP, | ) | CASE NO. 19-59440-pwb |
| | ) | |
| Debtor. | ) | |
| | ) | |

**REQUEST FOR EXPEDITED CONSIDERATION
OF CERTAIN FIRST DAY MATTERS**

On June 17, 2019, Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code. Debtor asserts that the case qualifies as a "Complex Chapter 11 Case" and that it needs expedited consideration of the following initial case matters:

_____   JOINT MOTION FOR JOINT ADMINISTRATION.

_____   MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS.

_____   MOTION RE MAINTENANCE OF BANK ACCOUNTS AND EXISTING CASH MANAGEMENT.

\_\_X\_\_\_   MOTION TO PAY PRE-PETITION WAGES, SALARIES, *ET AL.*

_____   MOTION FOR ENTRY OF INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL.

_____   MOTION FOR INTERIM APPROVAL OF POST-PETITION SECURED AND SUPER PRIORITY FINANCING PURSUANT TO SECTION 364 © OF THE BANKRUPTCY CODE.

_____   MOTION PURSUANT TO 11 U.S.C. § 366, FOR ENTRY OF INTERIM ORDER (1) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES AND (2) RESTRAINING UTILITY COMPANIES FROM DISCONTINUING, ALTERING, OR REFUSING SERVICE.

_____   MOTION TO ESTABLISH INTERIM NOTICE PROCEDURES.

|  |  |
|---|---|
| _____ | MOTION FOR ORDER APPROVING INTERIM RETENTION OF PROFESSIONALS. |
| _____ | MOTION FOR ORDER APPROVING PAYMENT OF PRE-PETITION CLAIMS OF CERTAIN CRITICAL VENDORS. |
| X | OTHERS (LIST): MOTION SEEKING ENTRY OF AN ORDER AUTHORIZING USE OF FUNDS FOR ORDERLY PLANT CLOSURE |

This 18th day of June, 2019.

                                                                       Respectfully submitted,

                                                                       SCROGGINS & WILLIAMSON, P.C.

| | |
|---|---|
| 4401 Northside Parkway | /s/ Ashley R. Ray |
| Suite 450 | J. ROBERT WILLIAMSON |
| Atlanta, GA 30327 | Georgia Bar No. 765214 |
| T:   (404) 893-3880 | ASHLEY REYNOLDS RAY |
| F:   (404) 893-3886 | Georgia Bar No. 601559 |
| E:   rwilliamson@swlawfirm.com | MATTHEW W. LEVIN |
|      aray@swlawfirm.com | Georgia Bar No. 448270 |
|      mlevin@swlawfirm.com | |
| | *Proposed Counsel for Debtor* |

\*NOTE: The Court expects the parties to exercise judgment regarding which motions are applicable.