

**IT IS ORDERED as set forth below:**

**Date: June 18, 2019**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

P-D VALMIERA GLASS USA CORP.,

    Debtor.

CASE NO. 19-59440-PWB

CHAPTER 11

## ORDER GRANTING COMPLEX CHAPTER 11 BANKRUPTCY CASE TREATMENT

## AND SCHEDULING HEARING ON FIRST DAY MATTERS

    This bankruptcy case was filed on June 17, 2019. A Notice of Designation as Complex Chapter 11 Case was filed. A Request for Expedited Consideration of Certain First Day Matters was filed on June 18, 2019. After review of the initial pleadings filed in this case, the Court concludes that this case appears to be a Complex Chapter 11 Case. Accordingly, unless the Court orders otherwise,

    IT IS ORDERED:

I.    This Case shall proceed in accordance with the Procedures for Complex Chapter 11 Cases pursuant to General Order 26-2019;

II.     The Request for Expedited Consideration of Certain First Day Matters is GRANTED. A hearing will be held before the Court on **June 19, 2019** at **2:30 p.m.** in Courtroom **1401**, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia, to consider the following First Day Matters:

\_\_\_\_\_ JOINT MOTION FOR JOINT ADMINISTRATION

\_\_\_\_\_ MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

\_\_\_\_\_ MOTION RE MAINTENANCE OF BANK ACCOUNTS AND EXISTING CASH MANAGEMENT

\_\_X\_\_\_ MOTION TO PAY PRE-PETITION WAGES, SALARIES, ET AL. [Doc. 5]

\_\_\_\_\_ MOTION FOR ENTRY OF INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

\_\_\_\_\_ MOTION FOR INTERIM APPROVAL OF POST-PETITION SECURED AND SUPER PRIORITY FINANCING PURSUANT TO SECTION 364(c) OF THE BANKRUPTCY CODE

\_\_\_\_\_ MOTION PURSUANT TO 11 U.S.C. § 366, FOR ENTRY OF INTERIM ORDER (1) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES AND (2) RESTRAINING UTILITY COMPANIES FROM DISCONTINUING, ALTERING, OR REFUSING SERVICE

\_\_\_\_\_ MOTION TO ESTABLISH INTERIM NOTICE PROCEDURES

\_\_\_\_\_ MOTION FOR ORDER APPROVING INTERIM RETENTION OF PROFESSIONALS

\_\_\_\_\_ MOTION FOR ORDER APPROVING PAYMENT OF PRE-PETITION CLAIMS OF CERTAIN CRITICAL VENDORS

\_\_X\_\_\_    OTHERS (LIST): MOTION SEEKING ENTRY OF AN ORDER AUTHORIZING USE OF FUNDS FOR ORDERLY PLANT CLOSURE [Doc. 6]

Copies of the First Day Matters shall be made available as follows: (i) upon written request to the Debtor's proposed counsel of record; (ii) at the website of the Debtor, Debtor's attorney or Debtor's proposed claims and noticing agent; (iii) by request via email to aray@swlawfirm.com; (iv) by request via telephone to (404) 893-3880 and/or (v) in the Office of the Clerk, U.S. Bankruptcy Court between 8:00 a.m. and 4:00 p.m. or online anytime at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users). No further notice shall be required.

Any party outside the District desiring to participate by telephone may do so by contacting CourtCall at (866) 582-6878. Attached hereto are procedures for parties appearing telephonically.

**END OF ORDER**

Distribution List

J. Robert Williamson
Scroggins & Williamson, P.C.
One Riverside, Suite 450
4401 Northside Parkway
Atlanta, GA 30327

Office of the U. S. Trustee
362 Richard Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

# PROCEDURES FOR TELEPHONIC APPEARANCE UTILIZING COURTCALL

1. Contact CourtCall at (866) 582-6878 the day before the hearing.

2. CourtCall will provide you with written confirmation of a telephonic appearance and give you a number to call to make the telephonic appearance.

3. It is your responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing.  CourtCall does not call you.

4. The Court discourages the use of cell phones or speakerphones.  Please put your telephone on mute when not speaking.

5. Each time you speak, you must identify yourself for the record.

6. Parties participating by telephone are individually responsible for their own expenses and will be billed directly by CourtCall.

7. NO INDEPENDENT RECORDING IS PERMITTED.