**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **P-D VALMIERA GLASS USA CORP,** | ) | **CASE NO. 19-59440** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**NOTICE OF FILING PROPOSED SHUTDOWN BUDGET AS SUPPLEMENTAL EXHIBIT TO MOTION SEEKING ENTRY OF AN ORDER AUTHORIZING USE OF FUNDS FOR ORDERLY PLANT CLOSURE**

P-D Valmiera Glass USA Corp. (the "**Debtor**") files the attached proposed Shutdown Budget as a supplemental exhibit to the Motion Seeking Entry of an Order Authorizing Use of Funds for Orderly Plant Closure [Doc No. 6] filed by the Debtor on June 18, 2019.

This 18th day of June, 2019.

SCROGGINS & WILLIAMSON, P.C.

4401 Northside Parkway         By:    /s/ J. Robert Williamson
Suite 450                             J. ROBERT WILLIAMSON
Atlanta, Georgia 30327                Georgia Bar No. 765214
T: (404) 893-3880                     ASHLEY REYNOLDS RAY
F: (404) 893-3886                     Georgia Bar No. 601559
E: rwilliamson@swlawfirm.com
   aray@swlawfirm.com                 *Proposed Counsel for the Debtor*

P-D Valmiera Glass USA Corp.

## Shut off furnace

VALMIERA GLASS ®

| Arbeitspaket<br>Topic / Task | | Cost | | Festlegung / Kommentar<br>Comments / Decisions / Actions to be taken |
|---|---|---|---|---|
| zeit<br>Time | | Day | Week | |
| Gas | | $ 5,000.00 | $ 35,000.00 | |
| Eletricity | 7000$/Day | $ 7,000.00 | $ 49,000.00 | |
| Water | | $ 1,000.00 | $ 7,000.00 | |
| Employees | 6x25$/h | $ 1,200.00 | $ 8,400.00 | |
| LV Employees | 10*25$/24/7 | $ 6,000.00 | $ 42,000.00 | |
| DE Employees | | $ 1,000.00 | $ 7,000.00 | |
| Safety | 30$/hx2x24 | $ 1,440.00 | $ 10,080.00 | |
| Disposal of Glas | | $ - | $ 25,000.00 | |
| Rent cost Bobcat etc. | | $ 450.00 | $ 3,150.00 | |
| | | | | |
| Total | | | $ 186,630.00 | |

SPD/SI Vers. 1.0