## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : |
| | : CASE NUMBER: 19-59440-PWB |
| P-D Valmiera Glass USA Corp., | : CHAPTER 11 |
| | : |
| DEBTOR. | : |

## NOTICE OF APPEARANCE

Comes now Martin P. Ochs, and gives notice of his appearance on behalf of NANCY J. GARGULA, United States Trustee for Region 21.

> Respectfully submitted,
> NANCY J. GARGULA
> UNITED STATES TRUSTEE, REGION 21
> *s/ Martin P. Ochs*
> MARTIN P. OCHS
> NY Bar No. MO-1203
> GA Bar No. 091608
> United States Department of Justice
> Office of the United States Trustee
> 362 Richard B. Russell Building
> 75 Ted Turner Dr., S.W.
> Atlanta, Georgia   30303
> (404)-331-4437
> martin.p.ochs@usdoj.gov