# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| P-D VALMIERA GLASS USA CORP., | ) | CASE NO. 19-59440-PWB |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I am counsel for the above-referenced Debtor and on June 18, 2019, I served a true and correct copy of the following documents as indicated to the parties as set forth on the attached Service List.

1. Order Granting Complex Chapter 11 Bankruptcy Case Treatment and Scheduling Hearing on First Day Matters (Doc. No. 8);

2. Debtor's Emergency Motion to Authorize Payment of Pre-Petition Wages, Payroll Taxes, Certain Employee Benefits and Related Expenses, and Other Compensation to Employees (Doc. No. 5);

3. Motion Seeking Entry of an Order Authorizing Use of Funds for Orderly Plant Closure (Doc. No. 6); and

4. Notice of Filing Proposed Shutdown Budget as Supplemental Exhibit to Motion Seeking Entry of an Order Authorizing Use of Funds for Orderly Plant Closure (Doc. No. 9).

*[Signature on Next Page]*

This 19th day of June, 2019.

Respectfully submitted,

SCROGGINS & WILLIAMSON, P.C.

| | |
|---|---|
| 4401 Northside Parkway<br>Suite 450<br>Atlanta, Georgia 30327<br>T:   (404) 893-3880<br>F:   (404) 893-3886<br>E:   rwilliamson@swlawfirm.com<br>      aray@swlawfirm.com | /s/ Ashley R. Ray<br>J. ROBERT WILLIAMSON<br>Georgia Bar No. 765214<br>ASHLEY REYNOLDS RAY<br>Georgia Bar No. 601559<br><br>*Proposed Counsel for the Debtor* |

## SERVICE LIST

The parties listed below were served on June 18, 2019 via electronic mail:

Office of the United States Trustee
Martin P. Ochs
martin.p.ochs@usdoj.gov

LBBW
Lutz Feldmann
lutz.feldmann@lbbwus.com

Kajima Building & Design Group
Jeff Stiner
stinerj@kbdgroupusa.com

Etimine USA Inc.
Megan Marano
mmarano@etimineusa.com

Dublin-Laurens Cty. Dev. Auth.
Beth Crumpton
bcrumpton@dlcda.com

Kartash Inc.
Edward Kartashevsky
edward@kartash.com

Saurer Technologies Manag. GmbH
Jim Slaten
jim.slaten@saurer.com

Saxonia Edellmetalle GnbH
Merker Sabine
merker@saxonia.de

Airgas USA LLC Oxygen
Traci Bullock
traci.bullock@airgas.com

Dietze&Schell Maschinenfabrik
Oliver Goeckel
oliver.goeckel@dietze-schell.de
Ekaterina Busse
ekaterina.busse@dietze-schell.de

Southeastern Paper Group
Jeff Small
jsmall@sepapergroup.com

City of Dublin
Michael
claym@dlcga.com

Allen Lund Company
Dusty Walker
dusty.walker@allenlund.com

Georgia Power
Steve Chapman
sdchapma@southerncompany.com

Smith, Gambrell & Russell
Michelle Snyder
msnyder@sgrlaw.com

Evans Disposal Service Inc.
Skip Evans
trashman7317@aol.com

B-H Transfer Co.
Jackie Kitchens
jkitchens@b-htransfer.com
Valerie Collins
vcollins@b-htransfer.com
Judy Dent
jdent@b-htransfer.com

Active Minerals International
Wayne Bentley
w.bentley@activeminerals.com

AmTrust North America Inc.
Will Robison (Agent)
will.robison@marshmma.com

The parties listed below were served on June 18, 2019 via United States Postal Service Express Mail for Domestic and International Use:

Kemira Oyj
Attn: Phil Wayco
Energiakatu 4
P.O. Box 330
00101 Helsinki, Finland

Slochem Trade s.r.o.
Farsky Mlyn 2
Trnava, Slovakia 917 01

An attempt was made to fax the documents to Kemira Oyj at 011-358-10-862-1119 but there was no response.

An attempt was made to fax the documents to Slochem Trade s.r.o. at 011-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-572 but there was no response.