### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-59440-PWB |
| P-D VALMIERA GLASS USA CORP., | CHAPTER 11 |
| Debtor. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Rebecca A. Davis, attorney with Seyfarth Shaw LLP, hereby enters her appearance as attorney for creditor City of Dublin and Laurens Development Authority, in the above-captioned matter. Please note that copies of all future notices, orders, pleadings, correspondence, and other documents filed in this matter should be addressed as follows:

>Rebecca A. Davis, Esq.
>rdavis@seyfarth.com
>Seyfarth Shaw LLP
>1075 Peachtree Street, N.E., Suite 2500
>Atlanta, Georgia  30309
>Tel:  (404) 885-1500
>Fax:  (404) 892-7056

Dated: June 19, 2019

>SEYFARTH SHAW LLP
>
>*/s/ Rebecca A. Davis*
>Rebecca A. Davis
>Ga Bar No. 141711
>rdavis@seyfarth.com
>1075 Peachtree Street, N.E., Suite 2500
>Atlanta, Georgia  30309
>Telephone:  (404) 885-1500
>Facsimile:   (404) 892-7056
>*Attorney for Creditor*
>*City of Dublin and Laurens*
>*Development Authority*