**IT IS ORDERED as set forth below:**



**Date: June 20, 2019**

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** ) | **CHAPTER 11** |
| ) | |
| **P-D VALMIERA GLASS USA CORP,** ) | **CASE NO. 19-59440-pwb** |
| ) | |
| **Debtor.** ) | |
| ) | |

**ORDER AUTHORIZING USE OF FUNDS FOR ORDERLY PLANT CLOSURE**

THIS MATTER came before the Court at hearing on June 19, 2019 at 2:30 p.m. (the "**Hearing**") to consider the Motion Seeking Entry of an Order Authorizing Use of Funds for Orderly Plant Closure (the "**Motion**")[1] [Doc. No. 6] filed by the Debtor on June 18, 2019. Pursuant to the Motion, the Debtor seeks entry of an order, pursuant to 11 U.S.C. § 363(b)(1), authorizing the Debtor to implement a proposed Shutdown Plan, including the use of estate funds pursuant to a Shutdown Budget.

The Court having reviewed the Motion, the record in the case, it appearing that due and sufficient notice of the Motion has been given; and it appearing that no other or further notice need

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

be provided; and it appearing that the relief requested by the Motion is in the best interest of the Debtor, its estate, its creditors and other parties in interest; for good cause shown, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. The Motion is GRANTED.

2. The Debtor is authorized to implement its proposed Shutdown Plan.

3. The Debtor is further authorized to pay all expenses necessary to implement its Shutdown Plan in accordance with the Shutdown Budget.  In connection therewith, the Debtor shall be permitted to exceed budgeted amounts for any line item shown on the Shutdown Budget by 15%, as to any single line item, and 10%, in the aggregate, without the need for further Court approval.

4. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

**END OF ORDER**

Prepared and presented by:

SCROGGINS & WILLIAMSON, P.C.

*/s/ J. Robert Williamson*
J. ROBERT WILLIAMSON
Georgia Bar No. 765214
ASHLEY REYNOLDS RAY
Georgia Bar No. 601559
One Riverside
4401 Northside Parkway
Suite 450
Atlanta, GA  30327
T:	404-893-3880
E:	rwilliamson@swlawfirm.com
	aray@swlawfirm.com
    *Counsel for the Debtor*

## Distribution List

J. ROBERT WILLIAMSON
SCROGGINS & WILLIAMSON, P.C.
4401 Northside Parkway
Suite 450
Atlanta, GA 30327

MARTIN P. OCHS
OFFICE OF THE UNITED STATES TRUSTEE
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA  30303