UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>P-D VALMIERA GLASS USA CORP.,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-59440-PWB |

### NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF NOTICES, PLEADINGS, AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE** that Stephen P. Drobny, Esq., of the law firm of Jones Walker LLP, files this Notice of Appearance as counsel to **Kajima Building and Design Group, Inc.**, a creditor and party in interest in the above-styled bankruptcy case.

Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), the undersigned does hereby request that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, notices, or other communications filed in or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever, at the address listed below:

> Stephen P. Drobny
> Jones Walker LLP
> One Midtown Plaza
> 1360 Peachtree St, NE, Suite 1030
> Atlanta, GA 30309
> Telephone: (404) 870-7539 Facsimile: (404) 870-7562
> Email: *sdrobny@joneswalker.com*

The filing of this Notice of Appearance should not be construed as, or interpreted as, a waiver of any and all defenses, jurisdictional or otherwise, that may exist in favor of **Kajima Building and Design Group, Inc.**, nor should the filing of such notice of appearance be deemed

{M1637035.1}

to be (i) a consent to the equity jurisdiction of this Court, (ii) an acknowledgment that any specific adversary proceeding or contested matter is either core or non-core; (iii) an acknowledgment or consent to the entry by this Court of a final judgment in any adversary proceeding or contested matter; or (iv) a waiver of any right to jury trial which may exist in favor of **Kajima Building and Design Group, Inc.**, in any proceeding that has been or will be instituted during the course of the case.

Dated: June 20, 2019

                                        Respectfully Submitted,

                                        JONES WALKER LLP
*Attorneys for Kajima Building and Design Group, Inc.,*
One Midtown Plaza
1360 Peachtree St, NE, Suite 1030
Atlanta, GA 30309
Email: *sdrobny@joneswalker.com*
Telephone: 404.870.7500
Facsimile: 404.870.7501

By:   */s/ Stephen P. Drobny*
       Stephen P. Drobny
       Georgia Bar No. 430447

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: <br><br> P-D VALMIERA GLASS USA CORP., <br><br> Debtor. | Chapter 11 <br><br> Case No. 19-59440-PWB |

**CERTIFICATE OF SERVICE**

I certify that on June 20, 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, at which time all parties authorized to receive Notices of Electronic Filing were served.

/s/ *Stephen P. Drobny*
Stephen P. Drobny

{M1637035.1}