

**IT IS ORDERED as set forth below:**

**Date: June 18, 2019**

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-59440-PWB |
| P-D VALMIERA GLASS USA CORP., | CHAPTER 11 |
| Debtor. | |

**ORDER GRANTING COMPLEX CHAPTER 11 BANKRUPTCY CASE TREATMENT**

**AND SCHEDULING HEARING ON FIRST DAY MATTERS**

     This bankruptcy case was filed on June 17, 2019.  A Notice of Designation as Complex Chapter 11 Case was filed.  A Request for Expedited Consideration of Certain First Day Matters was filed on June 18, 2019.  After review of the initial pleadings filed in this case, the Court concludes that this case appears to be a Complex Chapter 11 Case.  Accordingly, unless the Court orders otherwise,

     IT IS ORDERED:

I.    This Case shall proceed in accordance with the Procedures for Complex Chapter 11 Cases pursuant to General Order 26-2019;

II.     The Request for Expedited Consideration of Certain First Day Matters is GRANTED. A hearing will be held before the Court on **June 19, 2019** at **2:30 p.m.** in Courtroom **1401**, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia, to consider the following First Day Matters:

_____ JOINT MOTION FOR JOINT ADMINISTRATION

_____ MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

_____ MOTION RE MAINTENANCE OF BANK ACCOUNTS AND EXISTING CASH MANAGEMENT

__X___ MOTION TO PAY PRE-PETITION WAGES, SALARIES, ET AL. [Doc. 5]

_____ MOTION FOR ENTRY OF INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

_____ MOTION FOR INTERIM APPROVAL OF POST-PETITION SECURED AND SUPER PRIORITY FINANCING PURSUANT TO SECTION 364(c) OF THE BANKRUPTCY CODE

_____ MOTION PURSUANT TO 11 U.S.C. § 366, FOR ENTRY OF INTERIM ORDER (1) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES AND (2) RESTRAINING UTILITY COMPANIES FROM DISCONTINUING, ALTERING, OR REFUSING SERVICE

_____ MOTION TO ESTABLISH INTERIM NOTICE PROCEDURES

_____ MOTION FOR ORDER APPROVING INTERIM RETENTION OF PROFESSIONALS

_____ MOTION FOR ORDER APPROVING PAYMENT OF PRE-PETITION CLAIMS OF CERTAIN CRITICAL VENDORS

__X___     OTHERS (LIST): MOTION SEEKING ENTRY OF AN ORDER AUTHORIZING USE OF FUNDS FOR ORDERLY PLANT CLOSURE [Doc. 6]

    Copies of the First Day Matters shall be made available as follows: (i) upon written request to the Debtor's proposed counsel of record; (ii) at the website of the Debtor, Debtor's attorney or Debtor's proposed claims and noticing agent;  (iii) by request via email to aray@swlawfirm.com; (iv)  by request via telephone to  (404) 893-3880 and/or (v) in the Office of the Clerk, U.S. Bankruptcy Court between 8:00 a.m. and 4:00 p.m. or online anytime at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).  No further notice shall be required.

        Any party outside the District desiring to participate by telephone may do so by contacting CourtCall at (866) 582-6878. Attached hereto are procedures for parties appearing telephonically.

## END OF ORDER

Distribution List

J. Robert Williamson
Scroggins & Williamson, P.C.
One Riverside, Suite 450
4401 Northside Parkway
Atlanta, GA 30327

Office of the U. S. Trustee
362 Richard Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

# PROCEDURES FOR TELEPHONIC APPEARANCE UTILIZING COURTCALL

1. Contact CourtCall at (866) 582-6878 the day before the hearing.

2. CourtCall will provide you with written confirmation of a telephonic appearance and give you a number to call to make the telephonic appearance.

3. It is your responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing.  CourtCall does not call you.

4. The Court discourages the use of cell phones or speakerphones.  Please put your telephone on mute when not speaking.

5. Each time you speak, you must identify yourself for the record.

6. Parties participating by telephone are individually responsible for their own expenses and will be billed directly by CourtCall.

7. NO INDEPENDENT RECORDING IS PERMITTED.

```
                              United States Bankruptcy Court
                               Northern District of Georgia
In re:                                                                    Case No. 19-59440-pwb
P-D Valmiera Glass USA Corp.                                              Chapter 11
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: slaterc                Page 1 of 1                  Date Rcvd: Jun 18, 2019
                              Form ID: pdf534              Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
db             +P-D Valmiera Glass USA Corp.,    168 Willie Paulk Pkwy,    Dublin, GA 31021-0729
               +J. Robert Williamson,    Scroggins & Williamson, P.C.,    One Riverside, Suite 450,
                 4401 Northside Parkway,    Atlanta, GA 30327-3011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jun 18 2019 22:29:05     United States Trustee,
                 362 Richard Russell Federal Building,   75 Ted Turner Drive, SW,   Atlanta, GA 30303-3315
               +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jun 18 2019 22:29:05     Office of the U. S. Trustee,
                 362 Richard Russell Federal Bldg.,   75 Ted Turner Drive, SW,   Atlanta, GA 30303-3330
                                                                                               TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
              Ashley Reynolds Ray    on behalf of Debtor    P-D Valmiera Glass USA Corp. aray@swlawfirm.com,
               rwilliamson@swlawfirm.com;centralstation@swlawfirm.com;fharris@swlawfirm.com
              J. Robert Williamson    on behalf of Debtor    P-D Valmiera Glass USA Corp.
               rwilliamson@swlawfirm.com,
               centralstation@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com;fharris@swlawfirm.com;rbazz
               ani@swlawfirm.com;mlevin@swlawfirm.com
                                                                                               TOTAL: 2
```