UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

P-D VALMIERA GLASS USA CORP.

CHAPTER 11
Case No.: 19-59440-PWB

Debtor.

## NOTICE OF APPEARANCE OF COUNSEL AND
## REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to Bankruptcy Rule 9010(b), the undersigned hereby

enters her appearance as counsel on behalf of B-H Transfer Co. and requests service of all papers

pursuant to Bankruptcy Rule 2002 at the following address, including notices under Rule 2002

(i) that, but for this request, would be provided only to committees appointed pursuant to the

Bankruptcy Code or to their authorized agents, and that the undersigned be added to the master

mailing list in these cases:

Cater C. Thompson, Esq.
Jones Cork, LLP
435 Second Street, Suite 500
P.O. Box 6437
Macon, GA 31208-6437
Telephone: (478) 745-2821
Facsimile (478) 743-9609
cater.thompson@jonescork.com

All parties in interest are hereby put on notice that the aforementioned creditor is

represented by the undersigned and it is hereby requested that the undersigned be provided with

copies of all notices, pleadings and other filings made in the above-styled case, including,

without limitation, notices of any application, complaint, demand, hearing, motion, order,

pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

     This 21st day of June, 2019.

                       Respectfully submitted,

                       **JONES CORK, LLP**

                       */s/ Cater C. Thompson*
                       CATER C. THOMPSON
                       Georgia Bar No.: 129425
                       Attorney for B-H Transfer Co.

OF COUNSEL:

JONES CORK, LLP
P. O. Box 6437
Macon, GA 31208
(478) 745-2821
cater.thompson@jonescork.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the within and foregoing Notice of

Appearance of Counsel and Request for Service of Notice using the Courts CM/ECF System,

which will send Notice via electronic mail to:

J. Robert Williamson
Ashley R. Ray
Scroggins & Williamson, P.C.
401 Northside Parkway, Suite 405
Atlanta, GA 30327
rwilliamson@swlawfirm.com
aray@swlawfirm.com

Martin P. Ochs
OFFICE OF THE UNITED STATES TRUSTEE
362 Richard B. Russell Bldg.
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

This 21st day of June, 2019.

/s/ Cater C. Thompson
CATER C. THOMPSON
Georgia Bar No.: 129425
Attorney for B-H Transfer Co.