**IT IS ORDERED as set forth below:**



Date: June 20, 2019

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **P-D VALMIERA GLASS USA CORP,** | ) | **CASE NO. 19-59440-pwb** |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER AUTHORIZING USE OF FUNDS FOR ORDERLY PLANT CLOSURE

THIS MATTER came before the Court at hearing on June 19, 2019 at 2:30 p.m. (the "**Hearing**") to consider the Motion Seeking Entry of an Order Authorizing Use of Funds for Orderly Plant Closure (the "**Motion**")[1] [Doc. No. 6] filed by the Debtor on June 18, 2019. Pursuant to the Motion, the Debtor seeks entry of an order, pursuant to 11 U.S.C. § 363(b)(1), authorizing the Debtor to implement a proposed Shutdown Plan, including the use of estate funds pursuant to a Shutdown Budget.

The Court having reviewed the Motion, the record in the case, it appearing that due and sufficient notice of the Motion has been given; and it appearing that no other or further notice need

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

be provided; and it appearing that the relief requested by the Motion is in the best interest of the Debtor, its estate, its creditors and other parties in interest; for good cause shown, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. The Motion is GRANTED.

2. The Debtor is authorized to implement its proposed Shutdown Plan.

3. The Debtor is further authorized to pay all expenses necessary to implement its Shutdown Plan in accordance with the Shutdown Budget. In connection therewith, the Debtor shall be permitted to exceed budgeted amounts for any line item shown on the Shutdown Budget by 15%, as to any single line item, and 10%, in the aggregate, without the need for further Court approval.

4. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

**END OF ORDER**

Prepared and presented by:

SCROGGINS & WILLIAMSON, P.C.

*/s/ J. Robert Williamson*
J. ROBERT WILLIAMSON
Georgia Bar No. 765214
ASHLEY REYNOLDS RAY
Georgia Bar No. 601559
One Riverside
4401 Northside Parkway
Suite 450
Atlanta, GA  30327
T:    404-893-3880
E:    rwilliamson@swlawfirm.com
       aray@swlawfirm.com
    *Counsel for the Debtor*

## Distribution List

J. ROBERT WILLIAMSON
SCROGGINS & WILLIAMSON, P.C.
4401 Northside Parkway
Suite 450
Atlanta, GA 30327

MARTIN P. OCHS
OFFICE OF THE UNITED STATES TRUSTEE
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA  30303

```
                              United States Bankruptcy Court
                               Northern District of Georgia
In re:                                                                  Case No. 19-59440-pwb
P-D Valmiera Glass USA Corp.                                            Chapter 11
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 113E-9           User: slaterc                Page 1 of 1         Date Rcvd: Jun 20, 2019
                               Form ID: pdf619              Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2019.
db             +P-D Valmiera Glass USA Corp.,    168 Willie Paulk Pkwy,    Dublin, GA 31021-0729
               +J. ROBERT WILLIAMSON,    SCROGGINS & WILLIAMSON, P.C.,     4401 Northside Parkway,    Suite 450,
                 Atlanta, GA 30327-3011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jun 20 2019 22:12:37      United States Trustee,
                 362 Richard Russell Federal Building,   75 Ted Turner Drive, SW,    Atlanta, GA 30303-3315
               +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jun 20 2019 22:12:37      MARTIN P. OCHS,
                 OFFICE OF THE UNITED STATES TRUSTEE,   362 Richard Russell Building,    75 Ted Turner Drive, SW,
                 Atlanta, GA 30303-3315
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2019 at the address(es) listed below:
              Ashley Reynolds Ray    on behalf of Debtor    P-D Valmiera Glass USA Corp. aray@swlawfirm.com,
               rwilliamson@swlawfirm.com;centralstation@swlawfirm.com;fharris@swlawfirm.com
              J. Robert Williamson    on behalf of Debtor    P-D Valmiera Glass USA Corp.
               rwilliamson@swlawfirm.com,
               centralstation@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com;fharris@swlawfirm.com;rbazz
               ani@swlawfirm.com;mlevin@swlawfirm.com
              Martin P. Ochs    on behalf of U.S. Trustee    United States Trustee martin.p.ochs@usdoj.gov
              Rebecca A. Davis    on behalf of Creditor    City of Dublin and Laurens Development Authority
               rdavis@seyfarth.com,    sthornton@seyfarth.com
                                                                                              TOTAL: 4
```