

**IT IS ORDERED as set forth below:**

**Date: June 24, 2019**

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>P-D VALMIERA GLASS USA CORP.,<br><br>Debtor. | CASE NO. 19-59440-PWB<br><br>CHAPTER 11 |

**ORDER AND NOTICE OF STATUS CONFERENCE**

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the Court shall hold a status conference on **July 1, 2019**, at **10:00 a.m.**, in Courtroom 1401, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia.

Any party outside the District desiring to participate by telephone may do so by contacting CourtCall at (866) 582-6878. Attached hereto are procedures for parties appearing telephonically.

**END OF ORDER**

Distribution List

Ashley Reynolds Ray
Scroggins & Williamson, P.C.
One Riverside, Suite 450
4401 Northside Parkway
Atlanta, GA 30327

J. Robert Williamson
Scroggins & Williamson, P.C.
One Riverside, Suite 450
4401 Northside Parkway
Atlanta, GA 30327

Office of the U. S. Trustee
362 Richard Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

# PROCEDURES FOR TELEPHONIC APPEARANCE UTILIZING COURTCALL

1. Contact CourtCall at (866) 582-6878 the day before the hearing.

2. CourtCall will provide you with written confirmation of a telephonic appearance and give you a number to call to make the telephonic appearance.

3. It is your responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing.  CourtCall does not call you.

4. The Court discourages the use of cell phones or speakerphones.  Please put your telephone on mute when not speaking.

5. Each time you speak, you must identify yourself for the record.

6. Parties participating by telephone are individually responsible for their own expenses and will be billed directly by CourtCall.

7. NO INDEPENDENT RECORDING IS PERMITTED.