IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| P-D VALMIERA GLASS USA CORP., ) | CASE NO. 19-59440-pwb |
| ) | |
| Debtor. ) | |

**NOTICE OF COMMENCEMENT OF BANKRUPTCY CASE,
MEETING OF CREDITORS, AND DEADLINES**

A Chapter 11 bankruptcy case concerning the debtor listed below was filed on June 17, 2019.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in this case may be inspected at the bankruptcy clerk's office at the address listed below or on the website of the Debtor's claims and noticing agent at www.kccllc.net/ValmieraGlassUSA. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See page 3 for important explanations.

| DEBTOR | ADDRESS | CASE NO. | TAXPAYER I.D. |
|---|---|---|---|
| P-D Valmiera Glass USA Corp. | 168 Willie Paulk Pkwy. Dublin, GA 31021 | 19-59440 | 47-1214712 |

## Meeting of Creditors

July 26, 2019, at 10:00 a.m.
Meeting Room 9-A
Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

## Deadline to File a Proof of Claim

No deadline to file a proof of claim has been set. You will receive notice of the deadline when it is set by the Court. See the explanation concerning Claims on page 3. Proofs of claim may be filed with KCC, the claims agent approved by the Court, via United States mail, overnight service or hand delivery at the following address: Valmiera Glass Claims Processing, c/o KCC, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245. **PLEASE TAKE NOTICE** that pursuant to Bankruptcy Code § 1111(a), a proof of claim or interest is deemed filed for any claim that appears in the debtor's schedules unless the claim is scheduled as disputed, contingent, or unliquidated. The debtors' schedules are expected to be filed on or about July 19, 2019. They may be examined during normal business hours at the office of the bankruptcy clerk, whose address appears below or on the website of the Debtor's claims and noticing agent at www.kccllc.net/ValmieraGlassUSA.

## Attorney for the Debtor

J. Robert Williamson, Jr.
Ashley Reynolds Ray
Scroggins & Williamson, P.C.
4401 Northside Parkway
Suite 450
Atlanta, GA 30327

## Creditors May Not Take Certain Actions

The filing of a bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| 1340 Richard Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br>Telephone number: 404−215−1000 | |
| Hours Open:  Monday – Friday, 8:00 a.m. to 4:00 p.m. | |

# Explanations

FILING OF CHAPTER 11 BANKRUPTCY CASE.  A bankruptcy case under Chapter 11 of the Bankruptcy Code (Title 11, United States Code) has been filed in this court by the debtor listed in this notice, and an order for relief has been entered.  Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan.  A plan is not effective unless confirmed by the Court.  You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan.  You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing.  Unless a trustee is appointed, the debtor will remain in possession of its property and may continue to operate its business.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS.  Prohibited collection actions are listed in Bankruptcy Code § 362.  Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures.

MEETING OF CREDITORS.  A meeting of creditors is scheduled for the date, time, and location listed on page 1 of this notice.  *The debtor must be present at the meeting to be questioned under oath by creditors.*  Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date without further notice.

CLAIMS.  A proof of claim is a signed statement describing a creditor's claim.  You may obtain a proof of claim form at any bankruptcy clerk's office.  You may look at the schedules that have been or will be filed in this case at the bankruptcy clerk's office.  If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a proof of claim or you are sent further notice about the claim.  Whether or not your claim is scheduled, you are permitted to file a proof of claim.  If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a proof of claim or you might not be paid any money on your claim against the debtor in this bankruptcy case.  The Court has not yet set a deadline to file a proof of claim.  When a deadline is set, you will be sent another notice.

NOTICE OF PROCEEDINGS.  **As provided in the procedures governing complex Chapter 11 cases, you will not receive notice of all motions and other proceedings in this bankruptcy case unless you file a request with the bankruptcy clerk's office to receive copies of all papers filed in this case.**  Even if you do not file a request for copies of all papers, you will still receive notice of the deadline for filing proofs of claim, notice of the deadline for objecting to and of the hearing to consider approval of a disclosure statement, notice of the deadline for accepting or rejecting a plan of reorganization, notice of the deadline for objecting to and of the hearing to consider confirmation of a plan of reorganization, and notice of any paper or proceeding likely to directly affect your interests.

DISCHARGE OF DEBTS.  Confirmation of a Chapter 11 plan may result in discharge of debts, which may include all or part of your debt.  See Bankruptcy Code § 1141(d).  A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.

BANKRUPTCY CLERK'S OFFICE.  Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on page 2 of this notice, except that proofs of claim should be filed with KCC which is acting as the claims agent in this case.  The address for KCC is listed on page 2 of this notice.  You may inspect all papers filed, including the lists of the debtor's property and debts, at the bankruptcy clerk's office or on the website of the Debtor's claims and noticing agent at www.kccllc.net/ValmieraGlassUSA.

LEGAL ADVICE.  The staff of the bankruptcy clerk's office cannot give legal advice.  You may want to consult an attorney to protect your rights.