**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **P-D VALMIERA GLASS USA CORP.,** | ) | **CASE NO. 19-59440-pwb** |
| | ) | |
| Debtor. | ) | **JUDGE BONAPFEL** |
| | ) | |

**NOTICE OF INTERIM HEARING ON
MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

 **PLEASE TAKE NOTICE** that on June 25, 2019, Scroggins & Williamson, P.C. filed a Motion for Authority to Use Cash Collateral, (the "**Motion**").  The Motion is on file with the Clerk of this Court and is available for review at the office of the Clerk, U.S. Bankruptcy Court between 8:00 a.m. and 4:00 p.m. or online anytime at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users) or on the website of the Debtor's claims and noticing agent at www.kccllc.net/ValmieraGlassUSA.  A copy of the Motion may also be obtained from Debtor's counsel by sending a written request to the addresses shown below.  The Court will hold an interim hearing (the "**Hearing**") to consider the Motion and any objections thereto in Room 1401, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia, on the **1st day of July, 2019, at 10:00 a.m.**

*[Signature on Next Page]*

This 25th day of June, 2019.

SCROGGINS & WILLIAMSON, P.C.


_/s/ J. Robert Williamson_____

| | |
|---|---|
| 4401 Northside Parkway | J. ROBERT WILLIAMSON |
| Suite 450 | Georgia Bar No. 765214 |
| T:  (404) 893-3880 | ASHLEY REYNOLDS RAY |
| F:  (404) 893-3886 | Georgia Bar No. 601559 |
| E:  rwilliamson@swlawfirm.com | |
|     aray@swlawfirm.com | *Proposed Counsel for the Debtor* |