IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) ) | CHAPTER 11 |
| P-D VALMIERA GLASS USA CORP, | ) ) | CASE NO. 19-59440-pwb |
| Debtor. | ) ) ) | |

## MOTION FOR ADDITIONAL TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

COMES NOW P-D Valmiera Glass USA Corp., debtor and debtor-in-possession (the "**Debtor**") in the above-styled Chapter 11 case (the "**Case**"), by and through the undersigned counsel, and files this Motion, respectfully showing the Court as follows:

### Relief Requested

1.

By this Motion, the Debtor respectfully requests the entry of an order, pursuant to Federal Rule of Bankruptcy Procedure 1007(c) (the "**Bankruptcy Rules**"), extending the time to file its schedules and statements of financial affairs (the "**Schedules**") through and including July 19, 2019.

### Jurisdiction

2.

This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of this proceeding is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

3.

On June 17, 2019 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtor is authorized to operate its business as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.  As of the date of this filing, no official committee of unsecured creditors has been appointed, and no request for the appointment of a trustee or examiner has been made.

4.

The Debtor is a Georgia corporation and the only United States entity which is a member of Valmiera Glass Group.  Valmiera Glass Group is comprised of Valmieras Stikla Šķiedra, AS ("**VSS**")[1], the Debtor's Latvian parent company (located in Latvia), Valmiera Glass UK Ltd., a sister company to the Debtor (located in the United Kingdom), and P-D Valmiera Glass USA Corp. (located in Georgia).  Together with its parent and sister companies, the Debtor is a vertically integrated supplier of various composite materials to the aviation industry, architecture and other industries.  The Debtor's operations focus on the production and distribution of glass fibre and glass fibre products from its manufacturing facility in Dublin, Georgia.  The Debtor's business has been organized by two units.  "Phase I" became operational in 2015 and is engaged in the production of needle mats which provide insulation for industrial uses.   In 2017, the Debtor launched "Phase II" of its operations and built a fiberglass furnace for the production of glass fibre.  Phase II has proven to be unprofitable and a cash drain on the remaining portion of

---

[1] VSS is a publicly traded Latvian company which holds a 52% interest in the Debtor. On June 17, 2019, VSS filed a Legal Protection Proceeding in Latvia in order to negotiate a restructuring agreement with its creditors.

the Debtor's business. Shortly before its Chapter 11 filing, the Debtor began shutting down the Phase II operations.

## Basis for Relief

5.

Pursuant to Bankruptcy Rule 1007, the Debtor's Chapter 11 Petition was accompanied by a list of the Debtor's creditors, containing the name and address of each as then known, and by a separate list of the Debtor's 20 largest unsecured creditors, as then known, excluding insiders and governmental units, as prescribed by Official Form No. 9. The further schedules, statements and lists prescribed by Bankruptcy Rule 1007 were not filed with the Petition.

6.

Bankruptcy Rule 1007 has provided an automatic extension until July 1, 2019, for the filing of Debtor's remaining Schedules. However, given the urgency of other matters which have required the attention of Debtor's representatives in this Case, the Debtor believes that it will be unable to compile all the information necessary for the preparation and filing of Schedules by July 1, 2019. Bankruptcy Rule 1007(c) does, however, permit extensions, for cause, of this fourteen (14) day deadline.

7.

The Debtor is working diligently to assemble and collect the information necessary to prepare its Schedules. Nevertheless, the Debtor will need additional time to complete this process. For these reasons, the Debtor believes cause exists to extend the time for filing its Schedules and anticipates that it will need through and including July 19, 2019 in which to prepare and file the Schedules in the appropriate format. The Section 341 meeting of creditors is

scheduled for July 26, 2019; therefore, the proposed extension will have the remaining Schedules filed seven (7) days prior to the meeting of creditors.

8.

Relief similar to that requested herein has been granted by courts in other substantial chapter 11 cases in this District. *See, e.g., In re Beaulieu Group, LLC, et al.,* No. 17-41677 (Bankr. N.D. Ga. July 20, 2017) (Diehl,J.) [Doc. No. 43]*; In re AstroTurf, LLC*, No. 16-41504 (Bankr. N.D. Ga. June 29, 2016) (Bonapfel, J.) [Doc. No. 27]; *In re Hutcheson Medical Center, Inc.*, No. 14-42863 (Bankr. N.D. Ga. December 5, 2014) (Bonapfel, J.) [Doc. No. 55]; *In re Miller Auto Parts & Supply Co.*, No. 14-68113 (Bankr. N.D. Ga. September 30, 2014) (Diehl, J.) [Doc. No. 67]; *In re S. Reg'l Health Sys., Inc.*, No. 15-64266 (Bankr. N.D. Ga. August 14, 2015) (Hagenau, J.) [Docket No. 87].

## Conclusion

WHEREFORE, the Debtor respectfully requests that this Court:

(a) enter an order extending the deadline for filing the remaining Schedules and through and including July 19, 2019; and

(b) grant the Debtor such other and further relief as is just and proper.

This 25th day of June, 2019.

Respectfully submitted,

SCROGGINS & WILLIAMSON, P.C.

4401 Northside Parkway  
Suite 450  
Atlanta, GA 30327  
T: (404) 893-3880  
F: (404) 893-3886  
E: rwilliamson@swlawfirm.com  
    aray@swlawfirm.com

/s/ Ashley R. Ray  
J. ROBERT WILLIAMSON  
Georgia Bar No. 765214  
ASHLEY REYNOLDS RAY  
Georgia Bar No. 601559

*Proposed Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I served a true and correct copy of the within and foregoing **Motion for Additional Time to File Schedules and Statements of Financial Affairs** upon the following by causing same to be served by first class mail, postage prepaid and addressed as follows:

Martin P. Ochs
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

This 25th day of June, 2019.

SCROGGINS & WILLIAMSON, P.C.

4401 Northside Parkway             /s/ Ashley R. Ray
Suite 450                          J. ROBERT WILLIAMSON
Atlanta, Georgia 30327             Georgia Bar No. 765214
T: (404) 893-3880                  ASHLEY REYNOLDS RAY
F: (404) 893-3886                  Georgia Bar No. 601559
E: rwilliamson@swlawfirm.com
   aray@swlawfirm.com              *Proposed Counsel for the Debtor*