# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In Re:<br><br>P-D Valmiera Glass USA Corp.,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 19-59440-pwb |

## NOTICE OF APPEARANCE,
## REQUEST FOR SERVICE OF PAPERS,
## AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for AS "SEB BANKA" as security agent for AS "SEB Banka" and Danske Bank A/S (collectively "Claimant"), a creditor and party in interest, and under, inter alia, Bankruptcy Rules 2002 and 9007 and Section 1109(b) of the Bankruptcy Code, 11 U.S.C. 1109(b), requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

>Gary W. Marsh, Esq.
>Alison Elko Franklin, Esq.
>Dentons US LLP
>303 Peachtree Street, Suite 5300
>Atlanta, Georgia 30308
>Telephone:  (404) 527-4000
>Facsimile:  (404) 527-4198
>Email: gary.marsh@dentons.com
>          alison.franklin@dentons.com

**PLEASE TAKE FURTHER NOTICE** that under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or

112671482\V-1

conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that: (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, including Claimant with respect to, inter alia, the following: (a) the debtor; or (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use or claim; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by Claimant.

**PLEASE TAKE FURTHER NOTICE** that Claimant intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive: (1) Claimant's right to have final orders in noncore matters entered only after de novo review by a District Judge; (2) Claimant's right to trial by jury in any proceeding so triable in this case; (3) Claimant's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Claimant is or may be entitled, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Claimant expressly reserves.

DATED 26th day of June, 2019.

Respectfully submitted,

/s/ Gary W. Marsh
Gary W. Marsh
Georgia Bar No. 471290
*Attorneys for Claimant*

Dentons US LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, Georgia  30308
Telephone:  (404) 527-4000
Email: gary.marsh@dentons.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2019, a copy of the foregoing Notice Of Appearance, Request For Service Of Papers, And Reservation Of Rights was served by the Court's CM/ECF system on all counsel of record registered in this case through CM/ECF.

/s/ Gary W. Marsh
Gary W. Marsh

112671482\V-1