

**IT IS ORDERED as set forth below:**

**Date: June 26, 2019**

_____

Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 11 |
| | ) |
| P-D VALMIERA GLASS USA CORP, | ) CASE NO. 19-59440-pwb |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER GRANTING APPLICATION FOR AUTHORITY TO RETAIN KURTZMAN CARSON CONSULTANTS LLC AS CLAIMS, NOTICING, AND BALLOTING AGENT**

THIS MATTER came before the Court to consider the application of P-D Valmiera Glass USA Corp., debtor and debtor-in-possession (the "**Debtor**") in the above-styled Chapter 11 case (the "**Case**") for authority to retain Kurtzman Carson Consultants LLC ("**KCC**") to act as claims, noticing, and balloting agent in this Case (the "**Application**").

The Court has considered the Application and the record in the Case. It appears that the Court has jurisdiction over this proceeding; that this is a core proceeding; that notice of the Application has been given to the Limited Service List as provided in the Complex Chapter 11 Procedures; that the relief sought in the Application is in the best interests of the Debtor, its

estate, and its creditors; and that good and sufficient cause exists for such relief. Accordingly, it is hereby ORDERED as follows:

1. Subject to objection as set forth herein, the Application is GRANTED.

2. The Debtor is authorized to retain KCC as its claims, noticing, and balloting agent, as of the Petition Date, to perform the services described in the Application.

3. KCC shall be compensated by the Debtor on the terms contained in the agreement attached as Exhibit A to the Application, and shall not be required to file fee applications with the Court.

4. Any objection to the relief requested in the Application must be filed with the Clerk of the United States Bankruptcy Court, 1340 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, and served upon counsel for the Debtor, Ashley R. Ray, Scroggins & Williamson, P.C., 4401 Northside Parkway, Suite 450, Atlanta, GA 30327 within twenty-one (21) days from the date of entry of this Order. Any objections not timely filed will be deemed waived and forever barred. In the event any written objections are filed within said period, a hearing will be held on notice to the objecting party, Scroggins & Williamson, P.C., and the Debtor. In the event no objections are timely filed to the Application, this Order shall become the final Order of the Court.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

6. Counsel for the Debtor shall cause a copy of this order to be served on the Limited Service List and no further notice shall be required.

**END OF DOCUMENT**

Prepared and presented by:
SCROGGINS & WILLIAMSON, P.C.

/s/ Ashley R. Ray
J. ROBERT WILLIAMSON
Georgia Bar No. 765214
ASHLEY REYNOLDS RAY
Georgia Bar No. 601559
4401 Northside Parkway
Suite 450
Atlanta, Georgia 30327
T: (404) 893-3880
F: (404) 893-3886
E: rwilliamson@swlawfirm.com
   aray@swlawfirm.com

*Counsel for the Debtors*


No Objection to Entry:

OFFICE OF THE UNITED STATES TRUSTEE


/s/ Martin P. Ochs (by ARR w/express permission)
Martin P. Ochs
Trial Attorney
United States Department of Justice
Office of the United States Trustee
75 Ted Turner Drive - Suite 362
Atlanta, GA  30303
Tel: (404) 331-4437 - ext. 139

## **D**ISTRIBUTION **L**IST

Ashley R. Ray
SCROGGINS & WILLIAMSON, P.C.
4401 Northside Parkway
Suite 450
Atlanta, GA 30327

Martin P. Ochs
OFFICE OF THE UNITED STATES TRUSTEE
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303