

**IT IS ORDERED as set forth below:**

**Date: June 26, 2019**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 11 |
| | ) |
| P-D VALMIERA GLASS USA CORP, | ) CASE NO. 19-59440-pwb |
| | ) |
| Debtor. | ) |
| | ) |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES
AND STATEMENT OF FINANCIAL AFFAIRS**

Upon consideration of the motion (Doc. No. 28) (the "**Motion**")[1] of P-D Valmiera Glass USA Corp., debtor and debtor-in-possession (the "**Debtor**") in the above-styled Chapter 11 case (the "**Case**") for an order extending the time to file schedules and statement of financial affairs (the "**Schedules**"); and jurisdiction existing for the Court to consider the Motion; and the Court having found that good and sufficient cause exists for granting the Motion; and upon consideration

_____

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

of the files and record in this Case; and it appearing that relief sought in the Motion will be in the best interest of the Debtor's estate, creditors, and other parties-in-interest; and it further appearing that notice of the Motion was adequate and proper under the circumstances of this Case and that no further notice of the Motion need be given; it is hereby ORDERED as follows:

1.  The Motion is GRANTED.

1.  The time within which the Debtor is required to file its Schedules is extended through and including July 19, 2019.

2.  Entry of this Order is without prejudice to the right of the Debtor to seek a further extension of time to file its Schedules or any party's right to object to such further extension.

3.  Counsel to the Debtor shall serve a copy of this Order on the parties identified on the Limited Service List as provided in the Procedures for Complex Chapter 11 Cases pursuant to General Order 26-2019, and the Debtor shall file a certificate of service regarding same with the Clerk of the Court.  No further notice is necessary.

**[END OF DOCUMENT]**

Prepared and presented by:
SCROGGINS & WILLIAMSON, P.C.

  /s/ Ashley R. Ray
J. ROBERT WILLIAMSON
Georgia Bar No. 765214
ASHLEY REYNOLDS RAY
Georgia Bar No. 601559
4401 Northside Parkway
Suite 450
Atlanta, Georgia 30327
T:    (404) 893-3880
F:    (404) 893-3886
E:    rwilliamson@swlawfirm.com
       aray@swlawfirm.com

*Proposed Counsel for the Debtor*

No Objection to Entry:

OFFICE OF THE UNITED STATES TRUSTEE


 /s/ Martin P. Ochs (by ARR w/express permission)
Martin P. Ochs
Trial Attorney
United States Department of Justice
Office of the United States Trustee
75 Ted Turner Drive - Suite 362
Atlanta, GA  30303
Tel: (404) 331-4437 - ext. 139

## Distribution List

Ashley R. Ray
SCROGGINS & WILLIAMSON, P.C.
4401 Northside Parkway
Suite 450
Atlanta, GA  30327

Martin P. Ochs
OFFICE OF THE UNITED STATES TRUSTEE
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303