## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **P-D VALMIERA GLASS USA CORP.,** | ) | **CASE NO. 19-59440-PWB** |
| | ) | |
| **Debtor.** | ) | |

### CERTIFICATE OF SERVICE

I, Alyssa Kim-Whittle, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the Claims and Noticing Agent for the Debtor in the above captioned case.

On June 25, 2019, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service lists attached hereto as **Exhibit B** and **Exhibit C**:

- **Notice of Commencement of Bankruptcy Case, Meeting of Creditors, and Deadlines** [Docket No. 25].

Dated: June 26, 2019

/s/ Alyssa Kim-Whittle
Alyssa Kim-Whittle
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

# Exhibit A

**Exhibit A**

Limited Service List

Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 20 Creditor | Active Minerals International | Wayne Bentley | w.bentley@activeminerals.com |
| Top 20 Creditor | Airgas USA LLC Oxygen | Traci Bullock | traci.bullock@airgas.com |
| Top 20 Creditor | Allen Lund Company | Dusty Walker | dusty.walker@allenlund.com |
| Top 20 Creditor | AmTrust North America Inc | Will Robison (Agent) | will.robison@marshmma.com |
| Debtor's Pre-Petition Secured Lender | AS SEB banka | Attention:  Emīls Zālītis | emils.zalitis@seb.lv |
| Top 20 Creditor | B-H Transfer Co | Jackie Kitchens | jkitchens@b-htransfer.com |
| Top 20 Creditor | City of Dublin | Michael Clay | claym@dlcga.com |
| Counsel to AS SEB Banka | Dentons US LLP | Gary W. Marsh | gary.marsh@dentons.com |
| Top 20 Creditor | Dietze & Schell Maschinenfabrik GmbH | Oliver Goeckel | oliver.goeckel@dietze-schell.de |
| Top 20 Creditor | Dublin-Laurens Cty Dev Auth | Beth Crumpton | bcrumpton@dlcda.com |
| Top 20 Creditor | Etimine USA Inc | Megan Marano | mmarano@etimineusa.com |
| Top 20 Creditor | Evans Disposal Service Inc | Skip Evans | trashman7317@aol.com |
| Top 20 Creditor | Georgia Power | Steve Chapman | sdchapma@southerncompany.com |
| Counsel for for B-H Transfer Co. | Jones Cork LLP | Cater C Thompson | cater.thompson@jonescork.com |
| Counsel to Kajima Building and Design Group, Inc. | Jones Walker LLP | Stephen P Drobny | sdrobny@joneswalker.com |
| Top 20 Creditor | Kajima Building & Design Group | Jeff Stiner | stinerj@kbdgroupusa.com |
| Top 20 Creditor | Kartash Inc | Edward Kartashevsky | edward@kartash.com |
| Top 20 Creditor | Kemira Oyi | Phil Wayco | phil.wayco@kemira |
| Top 20 Creditor | LBBW | Lutz Feldmann | lutz.feldmann@lbbwus.com |
| Top 20 Creditor | Saurer Technologies Manag GmbH | Jim Slaten | jim.slaten@saurer.com |
| Top 20 Creditor | Saxonia Edellmetalle GnbH | Merker Sabine | merker@saxonia.de |
| Counsel to City of Dublin and Laurens Development Authority | Seyfarth Shaw LLP | Rebecca A Davis | rdavis@seyfarth.com |
| Top 20 Creditor | Smith, Gambrell & Russell | Michelle Snyder | msnyder@sgrlaw.com |
| Top 20 Creditor | Southeastern Paper Group | Jeff Small | jsmall@sepapergroup.com |

# Exhibit B

**Exhibit B**
Limited Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Top 20 Creditor | Active Minerals International | Wayne Bentley | 121 Milledgeville Road | | Gordon | GA | 31031 | |
| Top 20 Creditor | Airgas USA LLC Oxygen | Traci Bullock | 259 N Radnor-Chester Road | | Radnor | PA | 19087 | |
| Secured Lender | Airgas USA, LLC | | 12800 West Little York Rd. | | Houston | TX | 77041 | |
| Top 20 Creditor | Allen Lund Company | Dusty Walker | 4529 Angles Crest Hwy | Suite 300 | La Canada Flintridge | CA | 91011 | |
| Secured Lender | Ameritech Leasing, Inc. | | 7255 West 98th Terrace | Suite 200 | Overland | KS | 66212 | |
| Top 20 Creditor | AmTrust North America Inc | Will Robison (Agent) | PO Box 93833 | | Cleveland | OH | 44101 | |
| Debtor's Pre-Petition Secured Lender | AS SEB banka | Attention: Emīls Zālītis | Meistaru iela 1, Valdlauči | Ķekava Parish | Ķekava County | | LV-1076 | Latvia |
| Top 20 Creditor | B-H Transfer Co | Jackie Kitchens | PO Box 151 | | Sandersville | GA | 31082 | |
| Secured Lender | Caterpillar Financial Services Corp. | | 2120 West End Avenue | | Nashville | TN | 37203 | |
| Top 20 Creditor | City of Dublin | Michael Clay | PO Box 690 | | Dublin | GA | 31040 | |
| Secured Lender | DeLage Landen Financial Svcs., Inc. | | 1111 Old Eagle School Rd. | | Wayne | PA | 19087 | |
| Secured Lender | Dell Financial Services, LLC | | Mail Stop PS2DF-23 | One Dell Way | Round Rock | TX | 78682 | |
| Counsel to AS SEB Banka | Dentons US LLP | Gary W. Marsh | 303 Peachtree Street, NE | Suite 5300 | Atlanta | GA | 30308 | |
| Top 20 Creditor | Dietze & Schell Maschinenfabrik GmbH | Oliver Goeckel | Karchestrasse 1 | | Coburg | | D96450 | Germany |
| Top 20 Creditor | Dublin-Laurens Cty Dev Auth | Beth Crumpton | 1200 Bellevue Ave | | Dublin | GA | 31021 | |
| Top 20 Creditor | Etimine USA Inc | Megan Marano | 1 Penn Center West | Suite 400 | Pittsburgh | PA | 15276 | |
| Top 20 Creditor | Evans Disposal Service Inc | Skip Evans | PO Box 910 | | Dublin | GA | 31040 | |
| Secured Lender | General Electric Capital Corp. | | P.O. Box 35701 | | Billings | MT | 59107-5701 | |
| Georgia Department of Labor | Georgia Department of Labor | | 148 Andrew Young International Blvd | Suite 826 | Atlanta | GA | 30303 | |
| Georgia Department of Revenue | Georgia Department of Revenue | | 1800 Century Boulevard, NE | Suite 9100 | Atlanta | GA | 30345 | |
| Georgia Department of Revenue | Georgia Department of Revenue | | PO Box 740389 | | Atlanta | GA | 30374 | |
| Top 20 Creditor | Georgia Power | Steve Chapman | 241 Ralph McGill Blvd | | Atlanta | GA | 30308 | |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | Mail Stop 5-Q30-133 | Philadelphia | PA | 19104-5016 | |
| Internal Revenue Service | Internal Revenue Service | | 435 2nd Street | | Macon | GA | 31201 | |
| Secured Lender | J. Aron & Co., LLC | | 200 West Street | | New York | NY | 10282-2198 | |
| Counsel for B-H Transfer Co. | Jones Cork LLP | Cater C Thompson | 435 Second Street, Suite 500 | PO Box 6437 | Macon | GA | 31208-6437 | |
| Counsel to Kajima Building and Design Group, Inc. | Jones Walker LLP | Stephen P Drobny | 1360 Peachtree Street NE, Suite 1030 | One Midtown Plaza | Atlanta | GA | 30309 | |
| Top 20 Creditor | Kajima Building & Design Group | Jeff Stiner | 3490 Piedmont Road | Suite 900 | Atlanta | GA | 30305 | |
| Top 20 Creditor | Kartash Inc | Edward Kartashevsky | 50 Court Street | Suite 710 | Brooklyn | NY | 11201 | |
| Top 20 Creditor | Kemira Oyi | Phil Wayco | Eneriakatu 4 | PO Box 330 | Helsinki | | 00101 | Finland |
| Top 20 Creditor | LBBW | Lutz Feldmann | 1185 Avenue of the Americas | 41st Floor | New York | NY | 10036 | |
| Secured Lender | Nissan Motor Acceptance Corp. | | 8900 Freeport Pkwy. | | Irving | TX | 75063 | |
| Office of the United States Trustee for Region 21 | Office of the United States Trustee | Martin P Ochs | 362 Richard Russell Bldg | 75 Ted Turner Drive, SW | Atlanta | GA | 30303 | |
| Office of the United States Trustee for the Northern District of Georgia | Office of the United States Trustee | | 362 Richard Russell Bldg | 75 Ted Turner Drive, SW | Atlanta | GA | 30303 | |
| Top 20 Creditor | Saurer Technologies Manag GmbH | Jim Slaten | 60 Weeserweg | | Krefeld | | D47804 | Germany |

**Exhibit B**

Limited Service List

Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Top 20 Creditor | Saxonia Edellmetalle GnbH | Merker Sabine | 5 Erzstarsse | | Halsbruecke | | D09633 | Germany |
| Counsel to City of Dublin and Laurens Development Authority | Seyfarth Shaw LLP | Rebecca A Davis | 1075 Peachtree Street NE, Suite 2500 | | Atlanta | GA | 30309 | |
| Top 20 Creditor | Slochem Trade s.r.o. | | Farsky Mlyn 2 | | Trnava | | 917 01 | Slovakia |
| Top 20 Creditor | Smith, Gambrell & Russell | Michelle Snyder | 1230 Peachtree Street | Suite 3100 | Atlanta | GA | 30309 | |
| Top 20 Creditor | Southeastern Paper Group | Jeff Small | PO Box 890673 | | Charlotte | NC | 28289 | |
| United States Attorney | United States Attorney | | 600 Richard Russell Bldg | 75 Ted Turner Drive, SW | Atlanta | GA | 30303 | |
| SEC | US Securities & Exchange Comm | | 950 East Paces Ferry Road | Suite 900 | Atlanta | GA | 30326 | |

In re: P-D Valmiera Glass USA Corp.
Case No. 19-59440 (PWB)

Page 2 of 2

# Exhibit C

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Aaron Clements | 1081 Blackshear Ferry Rd W | | Dublin | GA | 31021 | |
| AB CARTER INC | 4801 York Hwy | | Gastonia | NC | 28086 | |
| AB metal SIA | Brivibas street 31/33 | | Liepaja | | LV-3400 | Latvia |
| Abbey-Gail May | 1081 Blackshear Ferry Rd. | | Dublin | GA | 31021 | |
| A-Com Integrated Solutions | 7521 Veterans Parkway | | Columbus | GA | 31909 | |
| ACS Cleaning Services | 1509 Telfair St, PO Box 604 | | Dublin | GA | 31040 | |
| Active Minerals International | 121 Milledgeville Road | | Gordon | GA | 31031 | |
| Adam Mercer | 924 Pendleton Creek Rd | | Adrian | GA | 31002 | |
| Adam Prosser | 677 Walker Dairy Rd | | Dublin | GA | 31021 | |
| Adam Raley | 501 North Drive | | Dublin | GA | 31021 | |
| AeroBase Group Inc | 145 East Drive Unit B | | Melbourne | FL | 32904 | |
| Airgas USA LLC Oxygen | 259 N. Radnor-Chester Road | | Radnor | PA | 19087 | |
| Airgas USA LLC, Marietta | 2015 Vaughn Road | Building 400 | Kennesaw | GA | 30144 | |
| Akeem Brown | 66 Greston Street | | Eastman | GA | 31023 | |
| Alana Pope | 1027 Ralph Mullis Rd | | Rentz | GA | 31075 | |
| Alfonzo Wicker | 1961 Orianna Road | | Adrian | GA | 31002 | |
| Alisa Griffith | 1017 Clay Hill Rd | | Rockledge | GA | 30454 | |
| Allen Lund Company | 4529 Angles Crest Hwy | Suite 300 | La Canada Flintridge | CA | 91011 | |
| Allertex of America Ltd | 10620 Bailey Road | Suite A | Cornelius | NC | 28031 | |
| Allie Sanders | 1514 Stone Wall St | | Dublin | GA | 31021 | |
| Allstate, American Heritage Life Insurance | 1776 American Heritage Life Drive | | Jacksonville | FL | 32224 | |
| Alonza White | 1100 W. Thomas Street | | Milledgeville | GA | 31061 | |
| Alton Smith | 320 Benton Drive | | Douglas | GA | 31533 | |
| Alvin Denson | 1325 North Franklin St | | Dublin | GA | 31021 | |
| Alvin Wright | 576 Maes Lane Lot 7 | | East Dublin | GA | 31027 | |
| Alysia Watson | 1976 HWY 80 East | | East Dublin | GA | 31027 | |
| Amanda Harden | 2291 Claxton Dairy Rd | | Dublin | GA | 31021 | |
| Amos Tyson | 454 Fairfield Lane | | Soperton | GA | 30457 | |
| AmTrust North America Inc | PO Box 93833 | | Cleveland | OH | 44101 | |
| Amy Davis | 2291 Claxton Dairy Rd | | Dublin | GA | 31021 | |
| Andre Schwiontek | 338 Cypress Pointe Drive | | Dublin | GA | 31021 | |
| Andre Wright | 1789 New Buckeye Rd | | East Dublin | GA | 31027 | |
| Andrea Walker | 1706 Ga Hwy 135 | | Vidalia | GA | 30474 | |
| Andrew Holland | PO Box 400 | | Dudley | GA | 31022 | |
| Andrew Wall | 615 North Jefferson Street | | Dublin | GA | 31021 | |
| Andrew Wilson | 104 April Walk | | McDonough | GA | 30253 | |

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Angela Cable | 405 Smith Street | | Dublin | GA | 31021 | |
| Angela Kitchens | 1418 Stonewall St | | Dublin | GA | 31021 | |
| Angela Taylor | 211 Woods Way | | Dublin | GA | 31021 | |
| Anlene Patino | 101 James Street | | Warner Robins | GA | 31093 | |
| Ann Bellamy | 29 North Jackson Ave | | Helena | GA | 31037 | |
| Anthony Ashley | 164 Trail Church Rd. | | Montrose | GA | 31065 | |
| Anthony Johnson | 29 MLK Jr Drive | | Wrightsville | GA | 31096 | |
| Anthony Majette | 5606 Forest Ave. | | Eastman | GA | 31023 | |
| Anthony Pounds | 107 Crestview Drive | | East Dublin | GA | 31027 | |
| Antonio Henley | 1325 North Franklin Street | | Dublin | GA | 31021 | |
| Antonio Russell | 414 North Line Street | | Dexter | GA | 31019 | |
| Applied Technical Services | 1049 Triad Court | | Marietta | GA | 30062 | |
| Argel Manalo | 107 Foxridge Drive | | Dublin | GA | 31021 | |
| Arlo Taylor | 602 Rosevelt Street | | Dublin | GA | 31021 | |
| Armands Valtins | 128 Cottage Loop | | Dublin | GA | 31021 | |
| Arnall Golden Gregory LLP | 171 17th Street | Suite 2100 | Atlanta | GA | 30363 | |
| Arthur McClain | 428 Country Club Rd | | Dublin | GA | 31021 | |
| Ashley Edwards | 2291 Claxton Dairy Rd | | Dublin | GA | 31021 | |
| Ashley Young | PO Box 464 | | Wrightsville | GA | 31096 | |
| Austin Symank | 2031 Hwy 29 South | | Dublin | GA | 31021 | |
| Auto-Owners Life Insurance Company | 6101 Anacapri Blvd | | Lansing | MI | 48917 | |
| AWC Inc. Corporate | 6655 Exchequer Drive | | Baton Rouge | LA | 70809 | |
| AWEBA Tool & Die | 3011 Georgia Hwy. 257 | | Dublin | GA | 31021 | |
| Axel Blank | 5518 SW 11th Ave | | Cape Coral | FL | 33914 | |
| Badger Plug Company | N1045 Technical Drive | PO Box 199 | Greenville | WI | 54942 | |
| Barfoot LLC | 908 Sussex Court | | Dublin | GA | 31021 | |
| Benjamin Deubel | 15995 NW 10th Circle | | Citra | FL | 32113 | |
| Benjamin Walker | 558 Cauley Road | | East Dublin | GA | 31027 | |
| Berdine Johnson | 800 Village Circle | | Dublin | GA | 31021 | |
| Bernard Patterson | 517 Cory Circle | | Eastman | GA | 31023 | |
| B-H Transfer Co | PO Box 151 | | Sandersville | GA | 31082 | |
| Bill Madison Jr | 1565 Mississippi Ave | | Soperton | GA | 30457 | |
| Billy Hayes | 2031 Hwy 29 South | | East Dublin | GA | 31027 | |
| Blank PAS GmbH | Gartenstrase 29 | | Passau | | D94036 | Germany |
| Braas Company | 1302 Rischard Street | | Salisbury | NC | 28144 | |
| Bradley Wall | 1038 Holly Ln | | East Dublin | GA | 31027 | |

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Brandon Jackman | 303 East Church Street | | Tennille | GA | 31089 | |
| Brandon Ketch | 306 South Elm Street | | Dublin | GA | 31021 | |
| Brandon Lowery | 403 Oasis Drive | | Dublin | GA | 31021 | |
| Branton Patterson | 168 Hunters Run | | Dublin | GA | 31021 | |
| Brenntag Mid-South Inc. | 1405 Highway 136 West | PO Box 20 | Henderson | KY | 42419 | |
| Brittany Farmer | 211 Geneva Street | | Dublin | GA | 31021 | |
| Brittany Williams | 336 Windsong Drive | | East Dublin | GA | 31027 | |
| Brittney Pullen | 565 Idywild Dr | | Wrightsville | GA | 31096 | |
| Brooks Equipment Company LLC | 10926 David Taylor Drive | Suite 300 | Charlotte | NC | 28262 | |
| Callie McLendon | 129 Rocky Lane | | Adrian | GA | 31002 | |
| Cameron Svendsen | 1818 Antioch Church Rd | | Eastman | GA | 31023 | |
| Candace Hughes | 1113 Hall Road | | Dublin | GA | 31021 | |
| Caralene Patino | 101 James Street | | Warner Robins | GA | 31093 | |
| Carlbus Batson | 27 Outreach Lane | | Soperton | GA | 30457 | |
| Carlson Wagonlit Travel Latvia SIA | Kr.Barona 7/9 | | Riga | | LV-1050 | Latvia |
| Carol Hanes | 2291 Claxton Dairy Rd | | Dublin | GA | 31021 | |
| Carolyn Griffin | 724 Clinton Branch Road | | Dublin | GA | 31021 | |
| Catherine Sheffield | 1602 Hwy 29 S | | East Dublin | GA | 31027 | |
| Cederick Rumph | 156 Johnson Street | | Cochran | GA | 31023 | |
| Cedric Johnson | 513 Hudson Drive | | Dublin | GA | 31021 | |
| Celeste Miller | 1049 Arch St Apt B5 | | Soperton | GA | 30457 | |
| Cenon Ibanez | 1781 Holly Hill Road | | Milledgeville | GA | 31061 | |
| Certified Energy Inc. | 635 Georgia Highway 292 | | Vidalia | GA | 30474 | |
| Chad Townsend | 2551 Lowery Ln | | Dexter | GA | 31019 | |
| Charles Scarboro | 241 Spy Glass Way | | Hendersonville | TN | 37075 | |
| Charter Communications Inc | PO Box 742615 | | Cincinnati | OH | 45274 | |
| Chelsea Sellers | 2291 Claxton Dairy Rd | | Dublin | GA | 31021 | |
| Chelsea Warren | 576 Jimmys Drive | | East Dublin | GA | 31027 | |
| Cherry Blackford | 911 N Lake Dr | | East Dublin | GA | 31027 | |
| Cheyenne Beasley | 372 Violet Hill Road | | Soperton | GA | 30457 | |
| Choice Transportation | 200 Tremon Street | | Gordon | GA | 31031 | |
| Christian Lewis | 604 Hillcrest Parkway Apt 28 | | Dublin | GA | 31021 | |
| Christian Spears | 5326 1st Avenue | | Eastman | GA | 31023 | |
| Christopher Armstrong | 106 Ranger Grove Chruch Rd | | Wrightsville | GA | 31096 | |
| Christopher Bryant | 1602 HWY 29 South | | East Dublin | GA | 31027 | |

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Christopher Durham | 6058 Jim Pruett Rd | | Eastman | GA | 31023 | |
| Christopher Myrick | 21 Outreach Lane | | Soperton | GA | 30457 | |
| Christopher NeSmith | 1081 W. Blackshear Ferry Rd | | Dublin | GA | 31021 | |
| Christopher Scott | 515 Ed Beckham Rd | | East Dublin | GA | 31027 | |
| Christopher Smith | 1980 Isaac Watkins Rd. | | Montrose | GA | 31065 | |
| Christopher Turner | 494 Country Club Road | | Dublin | GA | 31021 | |
| Christy Turner | 812 Euclid Street | | Dublin | GA | 31021 | |
| Cingo | PO Box 891 | | Dublin | GA | 31040 | |
| Cintas Corporation | PO Box 630910 | | Cincinnati | OH | 45263 | |
| City of Dublin | PO Box 690 | | Dublin | GA | 31040 | |
| Clarence Ward Jr | 602 Strange Ln | | Dublin | GA | 31021 | |
| Clarissa Beasley | 1775 Odom Rd. | | Wrightsville | GA | 31096 | |
| Clarks Health Club | 106 Bowling Lane | | Dublin | GA | 31021 | |
| Clint Brown | 328 Hwy 87 Bypass | | Cochran | GA | 31014 | |
| COIM S.P.A. | via A.Manzoni 28/32 | | Settimo Milanese | | 20019 | Italy |
| Colonial Chemical Company | 916 West Lathrop Avenue | | Savannah | GA | 31415 | |
| Compliance Assurance Associates | 682 Orvil Smith Rd | | Harvest | AL | 35749 | |
| Coney Edinborough | 208 N. Calhoun St | | Dublin | GA | 31021 | |
| Constangy Brooks Smith&Prophete LLP | PO Box 102476 | | Atlanta | GA | 30368 | |
| Corlis Bell | 2291 Claxton Dairy Rd | | Dublin | GA | 31021 | |
| Cortney Sailem | 130 Sunset Drive | | East Dublin | GA | 31027 | |
| Courtney Hayes | 2291 Claxton Dairy Rd | | Dublin | GA | 31021 | |
| Courtney James | 536 West Mary Street | | Dublin | GA | 31021 | |
| Creek Bottom Cottages | 601 Blackshear Ferry Road West | | Dublin | GA | 31021 | |
| Crystal Waters | 3501 HWY 257 | | Dexter | GA | 31019 | |
| Crystal Wilson | 709 Brookdale Dr | | Dublin | GA | 31021 | |
| Curtis Gordon | 34 Yancey Road | | Rhine | GA | 31077 | |
| Curtis Harvey | 206 Roberson Lane | | East Dublin | GA | 31027 | |
| Cynthia Hayes | 2291 Claxton Dairy Rd | | Dublin | GA | 31021 | |
| Dace Ridere-Schwiontek | 338 Cypress Pointe Drive | | Dublin | GA | 31021 | |
| Dalton Childers | 1251 Bellflower Road | | Dublin | GA | 31021 | |
| Dalvin Ashley | 868 Little John Road | | Dublin | GA | 31021 | |
| Damian White | 2101 James Evans Rd. | | Rentz | GA | 31075 | |
| Daniel Wright II | 3184 Austin Wright Road | | Helena | GA | 31037 | |

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Darnell Stephens | 92 Sagegrass St | | Jeffersonville | GA | 31044 | |
| Darrell Platt | 2596 Branch Road | | Dudley | GA | 31022 | |
| David Bledsoe | 21 Outreach Lane | | Soperton | GA | 30457 | |
| David Fields | 127 Cami Street | | East Dublin | GA | 31027 | |
| David Gillespie | 100 Moss Branch Rd | | Toomsboro | GA | 31090 | |
| David Hartley | 21 Outreach Ln | | Soperton | GA | 30457 | |
| David Stanley | 309 Simmon St | | Dublin | GA | 31021 | |
| David Svendsen | 198 Dyal Still Road | | Helena | GA | 31037 | |
| David Templeman | 2031 Hwy 29 S | | Dublin | GA | 31027 | |
| David Veal | 2614 Greg Couey | | Dublin | GA | 31021 | |
| Dawn Johnson | 539 Lisa Spur | | Rentz | GA | 31075 | |
| Dawson G.Lampp LLC | 110 Timber Cove Drive | | Dublin | GA | 31021 | |
| De Lage Landen Financial Services | PO Box 41602 | | Philadelphia | PA | 19101 | |
| Debtorah Brown | 800 Cherry Street Apt 5 | | Dublin | GA | 31021 | |
| Dell Financial Services | PO Box 5292 | | Carol Stream | IL | 60197 | |
| Demarcus Simmons | 62 Ridge Road | | Eastman | GA | 31023 | |
| Denna Boutwell | 2291 Claxton Dairy Rd | | Dublin | GA | 31021 | |
| Dennis Ogilvie | 21 Outreach Lane | | Soperton | GA | 30457 | |
| Dennis Perry | 415 Plainview Rd | | Eastman | GA | 31023 | |
| Dennis Rozier | 161 Lucas Rd Apt. A | | Cochran | GA | 31014 | |
| Deondra Lucas | 5007 Jesup Street | | Eastman | GA | 31023 | |
| Dequan Pittman | 703 Freds Ln | | Dublin | GA | 31021 | |
| Derek Register | 827 Hart Lane | | Dublin | GA | 31021 | |
| Derick Edwards | 5240 Smith Ave | | Eastman | GA | 31023 | |
| Derrick Lovett | 611 Ryan Dr. | | Vidalia | GA | 30474 | |
| Desmond Jackson | 5402 Dodge Avenue | | Eastman | GA | 31023 | |
| Deundre Ortiz | 1015 MLK Jr. Dr. Apt 504 B | | Dublin | GA | 31021 | |
| Diana Coates | 757 Ben Hill Road | | East Dublin | GA | 31027 | |
| Dietze - Schichtpresstoffe GmbH | Obergasse 4 | OT Niederlommatzsch | Diera-Zehren | | D01665 | Germany |
| Dietze & Schell Manufact. Solut. LLC | 414 West Whitner Street | | Anderson | SC | 29624 | |
| Dietze & Schell Maschinenfabrik GmbH | Karchestrasse 1 | | Coburg | | D96450 | Germany |
| Diversified Securities Resources LL | 114 East Johnson Street | | Dublin | GA | 31021 | |

**Exhibit C**

Creditor Matrix

Served via First Class Mail

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Dominy Oil Company | PO Box 664 | | Dublin | GA | 31040 | |
| Donna Davis | 52 Cleveland Ln | | Rhine | GA | 31077 | |
| Donna Manuel | 1003 Claxton Dairy Rd | Apt D1 | Dublin | GA | 31021 | |
| Dons Enterprises LLC | PO Box 945 | | Dublin | GA | 31040 | |
| Douglas White | 206 Rosewood Drive | | Dublin | GA | 31021 | |
| Drikierria Wright | 1440 Goins RD | | Wrightsville | GA | 31096 | |
| DSV Air & Sea, Inc. | 100 Walnut Ave, Suite 405 | | Clark | NJ | 07066 | |
| Dublin - Laurens County Chamber | 1200 Bellevue Avenue | | Dublin | GA | 31021 | |
| Dublin Winnelson Co. #679 | 507 Airport Road | | Dublin | GA | 31021 | |
| Dublin-Laurens Cty Dev Authority | 1200 Bellevue Ave | | Dublin | GA | 31021 | |
| Dustin Woodall | 2221 W Elm St. | | Wrightsville | GA | 31096 | |
| Dwayne Whitehead | 5649 Forest Ave | | Eastman | GA | 31023 | |
| DyeColors Inc. | 736 B W Cook Road | | Dublin | GA | 31021 | |
| Dylan Baggett | 404 River South Ct | | Dublin | GA | 31027 | |
| Dylan OByrne | 1008 Anderson Street | | Dublin | GA | 31021 | |
| Dylan Rowland | 2430 Saddle Drive | | Dexter | GA | 31019 | |
| Echo Global Logistics | 600 W Chicago Ave | Suite 725 | Chicago | IL | 60654 | |
| Eddie Rozier | 1763 New Buckeye Road | | East Dublin | GA | 31027 | |
| Eleanor Humbert | 823 North Washington St | | Dublin | GA | 31021 | |
| Electromatic Equipment Company Inc | 600 Oakland Ave | | Cedarhurst | NY | 11516 | |
| Elysha White | 513 Kight Street | | Kite | GA | 31049 | |
| EME Maschinenfabrik Clasen GmbH | Wockerather Weg 45 | | Erkelenz | | D41812 | Germany |
| Eminel Neda | 223 Waterford Trail | | Dublin | GA | 31021 | |
| Enterprise Rent-A-Car | 200 Vestavia Pky Ste 3700 | | Birmingham | AL | 35216 | |
| Environmental Sourse Samplers Inc. | 436 Raleigh Street | | Wilmington | NC | 28412 | |
| Eric Farley | 203 Roberts Street | | Dublin | GA | 31021 | |
| Eric Walker | 531 Calahan St | | Eastman | GA | 31023 | |
| Erika Green | 2291 Claxton Dairy Rd | | Dublin | GA | 31021 | |
| Ethel King | 110 Palm St. | | Cochran | GA | 31014 | |
| E-Therm a.s. | Kubisova 1382/38 | | Praha 8 - Liben | | 18200 | Czech Republic |
| Etimine USA Inc | 1 Penn Center West | Suite 400 | Pittsburgh | PA | 15276 | |

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Eulus Chambers | 21 Outreach Lane | | Soperton | GA | 30457 | |
| Evan Chambers | 1075 Jusal Lane | | Dublin | GA | 31021 | |
| Evanna Stroud | 1325 N Franklin St Lot 93 | | Dublin | GA | 31021 | |
| Evans Disposal Service Inc | PO Box 910 | | Dublin | GA | 31040 | |
| Evonik Corporation | 299 Jefferson Road | | Parsippany | NJ | 07054 | |
| Fabian Rossdeutscher | 115 Ovid Drive | | Dublin | GA | 31021 | |
| FedEx Express Services | PO Box 660481 | | Dallas | TX | 75266 | |
| FEDEX Freight | PO Box 10306 Palatine | | Palatine | IL | 60055 | |
| FERRELLGAS, LP | One Liberty Plaza | | Liberty | MO | 64068 | |
| FI Extinguisher Service Co | 668 Hillbridge Road | | Dexter | GA | 31019 | |
| Fire Protection Services LLC | 2030 Powers Ferry Road | | Atlanta | GA | 30339 | |
| First Insuarance funding | 450 Skokie Blvd, Ste 1000 | | Northbrook | IL | 60062 | |
| Fives Stein Limited | 4A Churchward Southmead Park | | Didcot | | OX11 7HB | United Kingdom |
| Flora Good | 408 B Kingsby St | | Dublin | GA | 31021 | |
| FR1926 LLC | 306 Academy Avenue | Suite 200 | Dublin | GA | 31021 | |
| Francis M.Lewis | PO Box 2021 | | Dublin | GA | 31040 | |
| G4S Security Solutions USA Inc. | 1395 University Blvd | | Jupiter | FL | 33458 | |
| Gail Jackson | 108 Wheeler | | East Dublin | GA | 31027 | |
| Gary Holmes | 2594 Georgia Highway 86 | | Adrain | GA | 31002 | |
| Georgia Department of Revenue | PO Box 740389 | | Atlanta | GA | 30374 | |
| Georgia Power | 241 Ralph McGill Blvd | | Atlanta | GA | 30308 | |
| Gerald Easterling | 116 West Mary St. | | Dublin | GA | 31021 | |
| Gerald John Manansala | 105 Langdon CT | | Bonaire | GA | 31005 | |
| Germany Coleman | 1397 David Mullis Road | | Rentz | GA | 31075 | |
| GJ & L Inc dba Border Equipment | 2804  Wylds Rd | | Augusta | GA | 30909 | |
| Glasseiden GmbH Oschatz | Wellerswalder Weg 17 | | Oschatz | | D04758 | Germany |
| Global Industrial | 11 Harbor Park Drive | | Port Washington | NY | 11050 | |
| Gloria Gaines | 200 Cascade Circle | | Dublin | GA | 31021 | |
| Grant & Cook Equipment, Inc. | 3439 Fulton Mill Road | | Macon | GA | 31210 | |
| Groz-Beckert Usa Inc. | PO Box 7131 | | Charlotte | NC | 28241 | |
| Gundega Berzina | 129 Cottage Loop | | Dublin | GA | 31021 | |
| Gunter Trucking Inc | 453 Circle 85 St | | Atlanta | GA | 30320 | |
| Harold Gaskins | 506 East Mary Street | | Dublin | GA | 31021 | |
| HDH Advisors LLC | 2002 Summit Boulevard | | Atlanta | GA | 30319 | |

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Heather Bounds | 812 Euclid St. | | Dublin | GA | 31021 | |
| Heather Jones | 1157 Jones Rd | | Cochran | GA | 31014 | |
| Heatherlock textiles, Inc. | 2219 E.Ozark Avenue | | Gastonia | NC | 28054 | |
| Henrissa Jones | 1049 Flucker Maddox Rd. | | Rockledge | GA | 30454 | |
| Herbert LeCompte Jr | 933 Holliday Rd | | Dublin | GA | 31021 | |
| Herc Rentals Inc | 27500 Riverview Center Blvd | | Bonita Springs | FL | 34134 | |
| Holiday Inn Express Hotel & Suites | 2192 Hwy. 441 South | | Dublin | GA | 31021 | |
| Howard Sheppard Inc. | PO Box 797 | | Sandersville | GA | 31082 | |
| Huberta Powers | 705 Wellborn Rd | | Warner Robins | GA | 31088 | |
| Hunter Tribble | 205 Terrance Dr | | Dublin | GA | 31021 | |
| Idrissa Diakite | 207 West Jackson St | | Dublin | GA | 31021 | |
| Indulis Berzins | 128 Cottage Loop | | Dublin | GA | 31021 | |
| Industrial Machinery Components | 1230 Beverly Dr. | | Athens | GA | 30606 | |
| Inga Zemesa-Raley | 106 Cottage Loop | | Dublin | GA | 31021 | |
| Ingredion Incorporated | 5 Westbrook Corporate center | | Westchester | IL | 60154 | |
| InSource Solutions | PO Box 72804 | | Richmond | VA | 23235 | |
| Inter shipping co ltd | Av. Gevgelija K2 | | Gevgelija | | 1480 | Macedonia |
| Ira McClendon | 478 Lancaster Road | | Eastman | GA | 31023 | |
| Israel Hendricks | 711 Plaza Ave Apt D | | Eastman | GA | 31023 | |
| Ivy Heath | 159 Mulberry Rd | | Eastman | GA | 31023 | |
| Jackson Cochran | 906 Tanglewood Circle | | Dublin | GA | 31021 | |
| Jackson Strickland | 2326 Thairdell Road | | Rockledge | GA | 30454 | |
| Jacob Knight | 526 Old Prison Camp Rd | | McRae | GA | 31055 | |
| Ja-Cori Fann | 102 Celia Drive | | East Dublin | GA | 31027 | |
| Jacque Warren | 110 Blue Ridge Lane | | Warner Robins | GA | 31093 | |
| Jacqueline Pilcher | 1133 Bigby Rd | | Rockledge | GA | 30454 | |
| Jacquelyn Hartley | 801 Master Moore Rd. | | East Dublin | GA | 31027 | |
| Jalessa Reed | 505 Harris Trail Rd Apt 28C | | Richmond Hill | GA | 31324 | |
| James Bridges | 604 S. Jefferson Street | | Dublin | GA | 31021 | |
| James Elks | 1029 Ralph Mullis Rd | | Rentz | GA | 31075 | |
| James Fitz | 1091 Emily Currie Road | | Rentz | GA | 31075 | |
| James Gay | 883 Bush Lane | | East Dublin | GA | 31027 | |
| James Henderson | 402 Dewey Warnock Road | | East Dublin | GA | 31027 | |
| James Williams | 1403 Claxton Dairy APT A | | Dublin | GA | 31021 | |
| Jamie Green | 208 Hillcrest Drive | | Dublin | GA | 31021 | |

In re: P-D Valmiera Glass USA Corp.
Case No. 19-59440 (PWB)

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Janette Anderson | 208 Roberts Street Apt | | Dublin | GA | 31021 | |
| Janis Berzins | 129 Cottage Loop | | Dublin | GA | 31021 | |
| Jared ONeal | 1413 Peach Street | | Dublin | GA | 31021 | |
| Jarvious Huff | 1447 Donovan Harrison Rd | | Wrightsville | GA | 31096 | |
| Jarvis Washington | 306 Lisa Spurs | | Rentz | GA | 31075 | |
| Jason Smith | 185 Country Club Circle | | Cochran | GA | 31014 | |
| Jaylan Montford | 119 Sunset Drive | | East Dublin | GA | 31027 | |
| Jayquan Coley | 774 Pointe West Loop | | Dublin | GA | 31021 | |
| Jaysean Humbert | 119 Hillcrest Drive | | Dublin | GA | 31021 | |
| JB Clark Oil Co | PO Box 822 | | Dublin | GA | 31040 | |
| Jennifer Johnson | 101 Long Pines Circle | | East Dublin | GA | 31027 | |
| Jennifer Purnell | 211 Geneva Street | | Dublin | GA | 31021 | |
| Jereko Santiago | 2354 Old Hawkinsville Rd | | Dudley | GA | 31022 | |
| Jeremy Munoz | 314 Magnolia Street | | Dexter | GA | 31019 | |
| Jermaine Chapman | 1740 Millville Church Rd | | Dublin | GA | 31021 | |
| Jermaine Eghan | 1826 Veterans Blvd | | Dublin | GA | 31021 | |
| Jessica Darrisaw | 1045 Towson Drive | | Montrose | GA | 31065 | |
| Jessica Nune | 212 Gaines Street | | Dublin | GA | 31021 | |
| Jessica White | 1621 Highland Ave. Apt B | | Dublin | GA | 31021 | |
| Jimmy Taylor | Sunset St Apt 601A | | Dublin | GA | 31021 | |
| JIT Packaging of Georgia Inc | 800 Westlake Pkwy | Suite 840 | Atlanta | GA | 30336 | |
| JoBeth Barlow | 812 Elucide St. | | Dublin | GA | 31021 | |
| Johathan Register | 803 Hartley Road | | Dublin | GA | 31021 | |
| John Gillespie | 100 Moss Branch Rd | | Toomsboro | GA | 31090 | |
| John Jacobs | 568 Robert Webb Road | Lot 2 | East Dublin | GA | 31027 | |
| John Payne | 1204 McLendon Road | | Dublin | GA | 31021 | |
| John Post | 190 Jacoby Run Road | | Mt. Bethel | PA | 18343 | |
| John Rozier | 110 Purser St | | Cochran | GA | 31014 | |
| John Wendt | 1034 Pecan Street | | Dudley | GA | 31022 | |
| John Williamson | 21 Outreach Lane | | Soperton | GA | 30457 | |
| Johnny West | 21 Outreach Lane | | Soperton | GA | 30457 | |
| Jon Ashley | 379 Old Valabrosia Road | | Dublin | GA | 31021 | |
| Jonathan Hamilton | 639 Ball Park Road | | Jeffersonville | GA | 31044 | |
| Jonathon Johnson | 21 Outreach Lane | | Soperton | GA | 30547 | |
| Jordy Sailem | 1002 North Jefferson St | | Dublin | GA | 31021 | |
| Jorge Roby | 151 Marigold Drive | | Chancey | GA | 31011 | |
| Jose Carag | 1665 Wesleyan Dr Apt 205 | | Macon | GA | 31210 | |

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Joshua Coleman | 1259 Ralph Keen Rd | | East Dublin | GA | 31027 | |
| Joshua OQuinn | 592 Turkey Creek Circle | | Dublin | GA | 31021 | |
| Josiah King | 1717 Telfair Street | | Dublin | GA | 31021 | |
| Juan Jimenez | 220 Dodge | | Chester | GA | 31012 | |
| Juergen Preiss-Daimler | Wilsdruffer Str 11 | | Wilsdruff | | 17023 | Germany |
| Juliette Johnson | 1633 Ga Hwy 19 S | | Dublin | GA | 31021 | |
| Just Pallets and Crates | 1400 Veterans Memorial Hwy | | Mabelton | GA | 30126 | |
| Justin Hargrove | 149 Josey Avenue | | East Dublin | GA | 31027 | |
| Justin Jones | 21 Outreach Lane | | Soperton | GA | 30457 | |
| Jyquan Davis | 717 Brower Court | | Dublin | GA | 31021 | |
| K+D Towing | 203 Country club Road | | Dublin | GA | 31021 | |
| Kaeser Compressors Inc | PO Box 946 | | Fredericksburg | VA | 22404 | |
| Kajima Building & Design Group | 3490 Piedmont Road | Suite 900 | Atlanta | GA | 30305 | |
| Kaman Industrial Technologies | 1332 Blue Hills Ave | PO Box 1 | Bloomfield | CT | 06002 | |
| Kartash Inc | 50 Court Street | Suite 710 | Brooklyn | NY | 11201 | |
| Kaspars Grekis | 104 Cottage Loop | | Dublin | GA | 31021 | |
| Kassim Johnson Jr | 602 Sherwood Dr | | Dublin | GA | 31021 | |
| Katelyn Douglas | 2291 Claxton Dairy Rd | | Dublin | GA | 31021 | |
| Kathleen Farley | 201 Corbett St. Lot 49 | | East Dublin | GA | 31027 | |
| Keashea Murray | 1049 Robertson Church Rd. | | Dublin | GA | 31021 | |
| Keith Oglsby | 2017 Pinemount Blvd | | Statesboro | GA | 30461 | |
| Kelly Williams | 303 Cindy Street | | Uvalda | GA | 30473 | |
| Kelvin Stuckey | 376 Sycamore Dr. | | Eastman | GA | 31023 | |
| Kemira Oyi | Eneriakatu 4 | PO Box 330 | Helsinki | | 00101 | Finland |
| Kendrick Hobes | 116 N. Ridge Drive | | Cochran | GA | 31014 | |
| Kenneth Moore | 410 Woodward St | | Dublin | GA | 31021 | |
| Kenneth Rogers | 103 Broad Street | | East Dublin | GA | 31027 | |
| Kenny Outland | 204 B Meadow Lane | | Dublin | GA | 31021 | |
| Kentrial Hunt | 1769 New Buckeye Rd | | East Dublin | GA | 31027 | |
| Kevin Hughes | 117 Luke Ct. | | Fitzgerald | GA | 31750 | |
| Kevin Morrison | 158 Little River Rd | | Lumbercity | GA | 31549 | |
| Kevin Newby | 21 Outreach Lane | | Soperton | GA | 30457 | |
| Kevin Oneal | 1611 Clinton Drive | | Dublin | GA | 31021 | |
| Keyence Corporation of America | 669 River Drive Suite 403 | | Elmwood Park | NJ | 07407 | |
| Kiala Murray | 805 Woodrow Ave | | Dublin | GA | 31021 | |
| Kiara Dixon | 1819 Highland Apt B1 | | Dublin | GA | 31021 | |
| Kikko De La Cruz | 125 Peach Street | | Cochran | GA | 31014 | |

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Kimberlee Griffin | 129 Myrl Baxter Ln NE | | Ludowici | GA | 31316 | |
| Kimberley Marion | 1500 Azalea Dr | | Dublin | GA | 31021 | |
| Kimberly Crenshaw | 812 Euclid Street | | Dublin | GA | 31021 | |
| Kolette Haynes | P.O Box 8277 | | Dublin | GA | 31040 | |
| Kristopher Ewing | 5649 Forest Ave | | Eastman | GA | 31023 | |
| Kristopher Johnson | 21 Outreach Lane | | Soperton | GA | 30457 | |
| Kyle Clair | 849 Rock Springs Drive | | Dublin | GA | 31021 | |
| Kyle Hudson | 1544 Payne Rd | | Rentz | GA | 31075 | |
| Kylie Bise | 1325 N Franklin St. Lot 93 | | Dublin | GA | 31021 | |
| Kylie Williams | 2291 Claxton Dairy Rd | | Dublin | GA | 31021 | |
| Ladone Kates | 329 Shad Okas | | Eastman | GA | 31023 | |
| LaRodney Guyton | 621 South Decatur Street | | Dublin | GA | 31021 | |
| Larry Cook | 1107 Eva Court | | East Dublin | GA | 31027 | |
| Lashawn Tuff | 5235 Smith Street | | Eastman | GA | 31023 | |
| LaTonya Ray | 512 Cypress Dr | | Dublin | GA | 31021 | |
| Laurens County BOE | 467 Firetower Rd | | Dublin | GA | 31021 | |
| Laurens County Dev Auth | 1200 Bellevue Avenue | | Dublin | GA | 31021 | |
| Lavonda Johnson | 7381 Eastman Rd | | Soperton | GA | 30457 | |
| Lawrance Darden | 607 Simmons Street | | Dublin | GA | 31021 | |
| LBBW | 1185 Avenue of the Americas | 41st Floor | New York | NY | 10036 | |
| Leonard Steward | 804 Rowe Street | | Dublin | GA | 31021 | |
| Levante Harvey | 210 B Roberts Street | | Dublin | GA | 31021 | |
| LHoist North America of Tennessee Inc | 3700 Hulen Street | | Fort Worth | TX | 76107 | |
| Linda Eady | 51 Laryn Ln. | | Eastman | GA | 31023 | |
| Lindsey Golden | 812 Elucid St. | | Dublin | GA | 31021 | |
| Livingstone International Inc | 150 Pierce Road, Suite 500 | | Itasca | IL | 60143 | |
| Lois Williams | 180 Lauren Woods Road | | Dublin | GA | 31021 | |
| Lori Presgraves | 2291 Claxton Dairy Rd | | Dublin | GA | 31021 | |
| Lowe Electric Supply Co. | PO Box 4767 | | Macon | GA | 31208 | |
| Mac McCain | 604 S Jefferson St | | Dublin | GA | 31021 | |
| Magnolia Folsom | 200 Riverview Drive | | Dublin | GA | 31021 | |
| Mahlo America Inc. | PO Box 2825 | | Spartanburg | SC | 29304 | |
| Mailyn Brantley | 716 Roche Lane | | East Dublin | GA | 31027 | |
| Malik Davis | 151 Edmondson Cir. | | Cochran | GA | 31014 | |
| Mandle Waters | 3501 Ga Hwy 257 | | Dexter | GA | 31019 | |
| Marco Johnson | 803 Woodland Street | | Dublin | GA | 31021 | |

In re: P-D Valmiera Glass USA Corp.
Case No. 19-59440 (PWB)

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Margie Bailey | 829 Hugh Road | | Rentz | GA | 31075 | |
| Marilou Pangilinan | 311 Wisconsin Ave | | Warner Robins | GA | 31093 | |
| Mario Pough | 1905 Seminole Dr Apt A | | Vidalia | GA | 30474 | |
| Maritina Ltd | Tilzes g. 24a-1 | | Klaipeda | | LT-91126 | Lithuania |
| Mark Carswell | 223 Mincey Street | | Dublin | GA | 31021 | |
| Mark Hooper | 215 Lancelot Ln | | Dublin | GA | 31021 | |
| Markell Kelsey | 417 Greta St | | Tennille | GA | 31089 | |
| Marsh & McLennan Agency LLC | 402 W.Hawthorn Street | | Dalton | GA | 30720 | |
| Martel ONeal | 99 Celia Drive | | East Dublin | GA | 31027 | |
| Matthew Barlow | 318 Pace Road | | Cochran | GA | 31014 | |
| Matthew Payne | 1217 McLendon Road | | Dublin | GA | 31021 | |
| Matthew Taylor | 656 Gordon Edwards Rd | | Dublin | GA | 31021 | |
| Maurice Bailey | 1717 Telfair Street Apt.K2 | | Dublin | GA | 31021 | |
| McKell Bush | 2291 Claxton Dairy Rd | | Dublin | GA | 31021 | |
| McMaster-Carr Supply Co | 111 W Monroe St. | | Chicago | IL | 60603 | |
| Medical Center LLP | 908 Hillcrest Parkway | | Dublin | GA | 31021 | |
| Meghan Meeks | 805 Woodrow Ave. | | Dublin | GA | 31021 | |
| Melinda Snelgrove | 113 Lassiter Dr | | Dublin | GA | 31021 | |
| Mercedes Cuyler-Blue | 802 Rutland Dr | | Dublin | GA | 31021 | |
| meridian Property LLC | 1163 Old Tomsboro Raod | | Dublin | GA | 31021 | |
| Metaro SIA | Cempu iela 21A | | Valmiera | | LV-4201 | Latvia |
| Mettler Toledo Inc | 1900 Polaris Parkway | | Columbus | OH | 43240 | |
| Micaella Pangilian | 311 Wisconsin Ave | | Warner Robins | GA | 31093 | |
| Michael Asbell II | 1960 Cochran Hwy Apt H | | Eastman | GA | 31023 | |
| Michael Avinger | PO Box 94 | | Chester | GA | 31012 | |
| Michael Darrisaw | 526 Fairstreet Apt. C | | Dublin | GA | 31021 | |
| Michael Hinson | 129 Park Place | | Dublin | GA | 31021 | |
| Michael Jackson | 310 Macon Street | | East Dublin | GA | 31027 | |
| Michael Pipkin | 5605 6th Avenue Apt C | | Eastman | GA | 31023 | |
| Mill Devices Division | PO Box 518 | | Gastonia | NC | 28053 | |
| Miyori Hall | 132 Hillcrest Drive | | Dublin | GA | 31021 | |
| MKS GmbH | Schleizer Strasse 129 | | Hof | | D95030 | Germany |
| Mobile mini Inc | 4646 East Van Buren St | Suite 400 | Phoenix | AZ | 85008 | |
| Momentive Performance Materials LLC | 260 Hudson River Road | | Waterford | NY | 12188 | |
| Montrose air quality services | 1 Park Plaza, Suite 1000 | | Irvine | CA | 92614 | |
| Morgan Karbon Grafit | Osmangazi Mah.2647 | Sok.No 27/3 | Kirac Esenyurt | | 34522 | Istanbul |

**Exhibit C**

Creditor Matrix

Served via First Class Mail

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| MSC Industrial Supply | 75 Maxess Road | | Melville | NY | 11747 | |
| National Construction Rentals, Inc. | PO Box 4503 | | Pacoima | CA | 91333 | |
| Nelani Manasala | 105 Langdon CT | | Bonaire | GA | 31005 | |
| Nelma Buya | 410A Kingsby Street | | Dublin | GA | 31021 | |
| Net@Work | 575 Eighth Avenue | | New York | NY | 10018 | |
| Nicholas Caraway | PO Box 13311 | | East Dublin | GA | 31027 | |
| Nicholas Harper | 1602 GA Highway 29S | | East Dublin | GA | 31027 | |
| Nichols, Cauley & Associates, LLC | 1300 Bellevue Avenue | | Dublin | GA | 31021 | |
| Nicholus Hicks | 421 Pine Cone Trail | | Dublin | GA | 31021 | |
| Nicolas Taylor | 203 East Garner Street | | Dublin | GA | 31021 | |
| Nicole Benjamin | 201 Helen Drive | | Dublin | GA | 31021 | |
| Nijhuis Water Technology,INC | 560W Waschington Blvd. | Suite 320 | Chicago | IL | 60661 | |
| Nissan Motor Acceptance Corporation | PO Box 660083 | | Dallas | TX | 75266 | |
| Noel Consulta | 120 Gettys Street | | East Dublin | GA | 31027 | |
| Norman Gordon | 31 South Jackson Ave. | | Helena | GA | 31037 | |
| Northstar Fire Protection of Texas | 12819 Wermore | | San Antonio | TX | 78247 | |
| Oconee EMC | PO Box 37 | | Dudley | GA | 31022 | |
| Office of Insurance and Safety fire | PO Box 935467 | | Atlanta | GA | 31193 | |
| Officina 2000 s.r.l. | via Piav 6 - 57013 | | Rosignano Solvay | | 57013 | Italy |
| Old dominion freight line Inc | PO Box 198475 | | Atlanta | GA | 30384 | |
| Paciencia Bacarezas | 101 James St | | Warner Robins | GA | 31093 | |
| Paragon Print Systems Inc | 2021 Paragon Drive | | Erie | PA | 16510 | |
| Patricia Hulett | 2291 Claxton Dairy Rd | | Dublin | GA | 31021 | |
| Patty Branch | 516 2nd Ave | | Eastman | GA | 31023 | |
| P-D Management Industries | Wilsdruffer Strassee 11 | | Wilsdruff | | D01723 | Germany |
| PD MIT | Wilsdruffer Str 11 | | Wilsdruff | | 17023 | Germany |
| Phillip Cheely | 310 Broad Street | | East Dublin | GA | 31027 | |
| Phillip Corbett | 1067 Coleman Register Rd. | | Rentz | GA | 31075 | |
| Phillip Smiley | 773 Brewton Lovett Road | | East Dublin | GA | 31027 | |
| Phyllis Moore | 124 Perry Dairy Road | | Dublin | GA | 31021 | |
| Physical Link Communications | 4629 Shiloh Road | | Loganville | GA | 30052 | |
| Pierret North American Div | 215 Wingo Heights Rd | | Spartanburg | SC | 29303 | |

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Preciousa Miles | 512 Quail Run Drive | | Warner Robins | GA | 31088 | |
| Preiss-Daimler FibreGlass AB | Box 7013 | | Helsingborg | | SE-S25007 | Sweden |
| Pulcra Chemicals LLC | 474 Bryant Blvd | | Rock Hill | SC | 29732 | |
| Quenton Allen | 174 School House Lane | | Dublin | GA | 31021 | |
| Quincey Bolden | 205 Cypress Dr | | Dublin | GA | 31021 | |
| R&R Beth GmbH | Gewerbegebiet Unterlemnitz 7 | | Bad Lobenstein | | D07356 | Germany |
| RaKeem Northcutt | 875 Windy Way | | Eastman | GA | 31023 | |
| Ralph Burks | 21 Outreach Lane | | Soperton | GA | 30457 | |
| Randall Scott | 214 Country Club Rd | | Dublin | GA | 31021 | |
| Ravi Verma | 3472 Village Ln Sw | | Atlanta | GA | 30331 | |
| Rawls Enterprises Inc. | 103 South Washingtan St. | | Dublin | GA | 31021 | |
| Recarlos Pringle | 111 East Johnson St | | Dublin | GA | 31021 | |
| Regina Chambers | 310 Broad St. | | East Dublin | GA | 31027 | |
| Renata Tippett | 541 Whittle Road | | Dexter | GA | 31019 | |
| Renee Sterling | 2220 Beaver Dam Rd | | Toomsboro | GA | 31090 | |
| RHI US Ltd | 3956 Virginia Ave | | Cincinnati | OH | 45227 | |
| Risky Amagan | 1102 Stonewall St. | | Dublin | GA | 31021 | |
| Robert Stanley | 309 Simmons St | | Dublin | GA | 31021 | |
| Robert Stubbs | 705 Willow T Stables Rd | | Dublin | GA | 31021 | |
| Robert Toney-Wilson | 21 Outreach Lane | | Soperton | GA | 30457 | |
| Roderick Morgan | 1033 Antioch Church Rd | | Eastman | GA | 31023 | |
| Rodl & Partner | 225 Peachtree Street | | Atlanta | GA | 30303 | |
| Rodrick Smith | 408 Tennessee Street | | Dublin | GA | 31021 | |
| Rosa Lee May | 471 Salter Moon Road | | East Dublin | GA | 31027 | |
| Rosalie Mims | 2140 Snowhill Church Road | | Rentz, | GA | 31075 | |
| Rosemary Whittle | 515 Cypress Drive | | Dublin | GA | 31021 | |
| Rowena Gantt | 99 Grady Johnson Road | | Statesboro | GA | 30458 | |
| Rozier Miller | 84 Womack Ave | | Soperton | GA | 30457 | |
| Russell Maddox | 1463 US HWY 80 E | | East Dublin | GA | 31027 | |
| Ruth Tongate | 95 J.U Williams Ln | | Pembroke | GA | 31321 | |
| Ryan Harden | P O Box 188 | | Dexter | GA | 31019 | |
| Ryan Roland | 21 Outreach Lane | | Soperton | GA | 30457 | |
| Ryne Neal | 1173 Main Street | | Dudley | GA | 31022 | |
| Samuel Crane | 21 Outreach Lane | | Soperton | GA | 30459 | |
| Sarah Bolding | 2291 Claxton Dairy Rd | | Dublin | GA | 31021 | |
| Saurer Inc. | 8801 South Blvd | | Charlotte | NC | 28273 | |

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Saurer Technologies Manag GmbH | 60 Weeserweg | | Krefeld | | D47804 | Germany |
| Saxonia Edellmetalle GnbH | 5 Erzstarsse | | Halsbruecke | | D09633 | Germany |
| Scale Systems Division | PO Box 116733 | | Atlanta | GA | 30368 | |
| Schenker Inc | 635 Airport S Pkwy | Suite 100 | College Park | GA | 30349 | |
| Sean Hill | 213 W Mary St | | Dublin | GA | 31021 | |
| Sean Mitchell | 307 Cypress Drive | | Dublin | GA | 31021 | |
| Sean Whitfield | 917 Westmoore St. | | Dublin | GA | 31021 | |
| Senia Ashley | 300 Parker Dairy Rd | | Dublin | GA | 31021 | |
| Shana Bowen | 165 Mount Carmel Church Rd | | Danville | GA | 31017 | |
| Shanekia Rozier | 248 Ash Street | | Cochran | GA | 31014 | |
| Shaniqual Victrum | 905 Village Circle | | Dublin | GA | 31021 | |
| Shantaya Dudley | 232 Parker Dairy Road | | Dublin | GA | 31021 | |
| Sharrita Flint | 5605 9th Avenue | | Eastman | GA | 31023 | |
| Shavone Smith | 405 Smith Street | | Dublin | GA | 31021 | |
| Sheldon Donald | 1413 Camellia Drive | | Dublin | GA | 31021 | |
| Shenetra Robinson | 1847 Jamestown Drive | | Dublin | GA | 31021 | |
| Sign A Rama Dublin | 620 East Jackson Street | | Dublin | GA | 31021 | |
| Sinclair Gainey | 518 Gregory Lane | | Dublin | GA | 31021 | |
| Skyler Grove | 1376 2nd Street | | Dudley | GA | 31022 | |
| Smith, Gambrell & Russell | 1230 Peachtree Street | Suite 3100 | Atlanta | GA | 30309 | |
| Sonoco Products Company | 1 North Second Street | | Hartsville | SC | 29550 | |
| Southeastern Freight Lines Inc | PO Box 1691 | | Columbia | SC | 29202 | |
| Southeastern Paper Group | PO Box 890673 | | Charlotte | NC | 28289 | |
| Southern Background Services LLC | 9 Latimer Street | PO Box 1600 | Hazelhurst | GA | 31539 | |
| Southway Crane Rigging LLC | 222 New Dunbar Rd | | Byron | GA | 31008 | |
| Spencer Flowers | 500 WPA Rodd | | Eastman | GA | 31023 | |
| Stacey Mincey | 489 Pecan Orchard Rd | | Cochran | GA | 31014 | |
| Stacey Morrell | 7 Railroad Street Apt. A | | Adrian | GA | 31002 | |
| Stanley Holmes | 1826 Veterans BLVD | | Dublin | GA | 31021 | |
| Stefan Preiss-Daimler | 234 Ridge Circle | | Dublin | GA | 31021 | |
| Stephenie Schmittel | 305 Clover Street | | East Dublin | GA | 31027 | |
| Stephon Johnson | 128 North Elm St | | East Dublin | GA | 31027 | |
| Super 8 Dublin | 2150 Hwy 441 South | | Dublin | GA | 31021 | |
| Sylvester Davis | 162 Katie | | Dublin | GA | 31021 | |
| Tajun Mincey | 62 Berry Street | | Soperton | GA | 30457 | |

In re: P-D Valmiera Glass USA Corp.
Case No. 19-59440 (PWB)

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Takenya Harmon | 223 Kicklighter Dr | | Sandersville | GA | 31082 | |
| Talis Dreimanis | 131 Cottage Loop | | Dublin | GA | 31021 | |
| Tamara Grant | 612 Pine Cone Rd | | Dublin | GA | 31021 | |
| Tamera Schussler | 4163 Tucker Grove Church Rd | | Wrightsville | GA | 31096 | |
| Tamir Whipple | 305 Mikes Lane | | East Dublin | GA | 31027 | |
| Tammy Connell | 2242 Evans LN | | Dexter | GA | 31019 | |
| Tanganyika Jackson | 415 Plainfield Rd | | Eastman | GA | 31023 | |
| Tara Robinson | 2627 Idylwild Drive | | Wrightsville | GA | 31096 | |
| Tarin Weintraub | 1210 Holiday South Drive | | Rentz | GA | 31075 | |
| Taron Reed | 215 Cloverdale Drive | | Dublin | GA | 31021 | |
| Tasha Fry | 200 Parker Dairy Rd | | Dublin | GA | 31021 | |
| TBF Properties LLC | 686 Robert Webb RD | | Dublin | GA | 31027 | |
| Telly Lovett | 515 Romine Court | | Dublin | GA | 31021 | |
| Terence Spears II | 204 Sawyer Street | | Dublin | GA | 31021 | |
| Terrance Hamilton | 503 S. Church Street | | Dublin | GA | 31021 | |
| Terrell Carswell | 302 New St. | | Soperton | GA | 30457 | |
| Tevin Coleman | 903 Woodrow Avenue | | Dublin | GA | 31021 | |
| Tevin Tobridge | 115 B Rollingwood Drive | | Dublin | GA | 31021 | |
| The Home Depot | 1833 Veterans Blvd | | Dublin | GA | 31021 | |
| Thermal Products Company, Inc | 4520 S. Berkeley Lake Rd | | Norcross | GA | 30071 | |
| Thermo Fisher Scientific, Inc | 300 Industry drive | | Pittsburgh | PA | 15275 | |
| Thomas Gross | 6617 Heritage Hills Drive | | Crestwood | KY | 40014 | |
| Thomas Harrod | 21 Outreach Ln | | Soperton | GA | 30457 | |
| Thomas Walker | 372 Violet Hill Rd | | Soperton | GA | 30457 | |
| Tiffany Damino | 105 White Spur Rd | | Dublin | GA | 31021 | |
| Time Payment Corp. | 1600 District Ave Suite 200 | | Burlington | MA | 01803 | |
| Timothy Parham | 21 Outreach Ln | | Soperton | GA | 30457 | |
| Tina Ellison | 200 Riverview Dr. 2220 A2 | | Dublin | GA | 31021 | |
| Tish Schmittel | 5251 N 3rd St. | | Soperton | GA | 30457 | |
| Titus Brown | 202 West Moore Street | | Dublin | GA | 31021 | |
| Tmond Holmes | 5402 Dodge Avenue | | Eastman | GA | 31023 | |
| Tobrious Hooks | 420 Glover Rd | | Harrison | GA | 31035 | |
| Todd Batchelor | 604 South Jefferson ST | | Dublin | GA | 31021 | |
| Todd Kapp Jr | 56 Morningside Drive | | Adrian | GA | 31002 | |
| Tommy Boyd III | 21 Outreach Lane | | Soperton | GA | 31503 | |
| Toms Agaris | 130 Cottage Loop | | Dublin | GA | 31021 | |
| Tovatech LLC | 205 Rutgers Street | | Maplewood | NJ | 07040 | |

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Tracy Rozier | 1407 Highland Ave | | Dublin | GA | 31021 | |
| Transparence SIA | Cesvaines 14 | | Riga | | LV-1073 | Latvia |
| Trecovia Miller | 332 2nd Street | | Soperton | GA | 30457 | |
| Trelanni Wright | 200 River View Drive | | Dublin | GA | 31021 | |
| Trinity Consultants Inc. | PO Box 972047 | | Dallas | TX | 75397 | |
| TSI Solutions | 2220 Centre Park Ct | | Stone Mountain | GA | 30087 | |
| Tykadreon Lawrence | 623 S Washington Crossing | | Tennile | GA | 31089 | |
| Tykesia Godfrey | 1001 Scotland Road | | Rentz | GA | 31075 | |
| Tyrelle Jackson | 1926 Green Street | | Dublin | GA | 31021 | |
| U.S. Water Services, Inc. | PO Box 851361 | | Minneapolis | MN | 55485 | |
| U.S.Customs and Border Protection | 6650 Telecom Drive | Suite 100 | Indianapolis | IN | 46278 | |
| UFP Ashburn LLC#316 | 5631 S.NC HWY 62 | | Burlington | NC | 27215 | |
| United Rentals | 135 Peachtree Pkwy | | Byron | GA | 31008 | |
| Univar USA Inc | PO Box 34325 | | Seattle | WA | 98124 | |
| UPS | PO Box 7247-0244 | | Philadelphia | PA | 19170 | |
| UPS Freight | PO BOX 650690 | | Dallas | TX | 75265 | |
| UPTK SIA | Ezermalas iela 3a | | Liepaja | | LV-3401 | Latvia |
| US Silica Company | 8490 Progress Drive | Suite 300 | Frederick | MD | 21701 | |
| Valier Baker | 108 South Drive | | Dublin | GA | 31021 | |
| Valmiera Glass UK Ltd | Dorset | | Sherbone | | DT9 3RB | United Kingdom |
| Valmieras Stkla Skiedra AS | Cempu iela 13 | | Valmiera | | LV-4201 | Latvia |
| Vendryes Fletcher | 75 Woodlawn Drive | | Dublin | GA | 31021 | |
| Verizon Wireless | 2409 us Highway 80 W | | Dublin | GA | 31021 | |
| Verlon Ryals | 906 Stonewall St | | Dublin | GA | 31021 | |
| Vincent Nails | 186 College Avenue | | Reidsville | GA | 30453 | |
| Viola Roberson | 5714 Reese Street | | Eastman | GA | 31023 | |
| Vivian Thompson | 356 Champion Dr | | Dublin | GA | 31021 | |
| Vonterio Carswell | 1486 Willis Jackson Rd | | Dudley | GA | 31022 | |
| Walter Butts | 1398 David Mullis Road | | Rentz | GA | 31075 | |
| Walter Trowal LLC | 4540 East Paris Ave Suite F | | Grand Rapids | MI | 49512 | |
| Whitney Wilson | 857 Rhine Hwy | | Eastman | GA | 31023 | |
| Wibmer GmbH | Daimlerstrasse 7 | | Pliezhausen | | D72124 | Germany |
| Wild Bore Machine LLC | 264 Nathaniel Drive | | Dublin | GA | 31027 | |
| Wilfrido Gibbons | 874 North Main St. | | Wadley | GA | 30477 | |
| Wilton Sellers | 2153 Clyde Thomas Rd | | Rentz | GA | 31025 | |

In re: P-D Valmiera Glass USA Corp.
Case No. 19-59440 (PWB)

**Exhibit C**
Creditor Matrix
Served via First Class Mail

| CreditorName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Yancey Rents | 330 Lee Industrial Blvd. | | Austell | GA | 30167 | |
| Yoland Quainton | 456 Cary Road | | Cochran | GA | 31014 | |
| Zachary Cutler | 392 West Court Street | | Wrightsville | GA | 31096 | |
| Zachary Duggan | 1046 McLendon Road | | Dublin | GA | 31021 | |
| Zachary Powell | 21 Outreach Lane | | Soperton | GA | 30457 | |
| Zanbria Hazley | 914 Andrew Court | | Dublin | GA | 31021 | |
| Zanda Agare | 130 Cottage Loop | | Dublin | GA | 31021 | |
| Zigmunds Valeskalns | 706 Creek Bottom | | Dublin | GA | 31021 | |