**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| P-D VALMIERA GLASS USA CORP., | ) | CASE NO. 19-59440-PWB |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I, Alyssa Kim-Whittle, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the Claims and Noticing Agent for the Debtor in the above captioned case.

On June 25, 2019, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Motion for Authority to Use Cash Collateral** [Docket No. 26]; and

- **Notice of Interim Hearing on Motion for Authority to Use Cash Collateral; to be Held on July 1, 2019 at 10:00 a.m.** [Docket No. 27].

Dated: June 26, 2019

/s/ Alyssa Kim-Whittle
Alyssa Kim-Whittle
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

# Exhibit A

**Exhibit A**
Limited Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 20 Creditor | Active Minerals International | Wayne Bentley | w.bentley@activeminerals.com |
| Top 20 Creditor | Airgas USA LLC Oxygen | Traci Bullock | traci.bullock@airgas.com |
| Top 20 Creditor | Allen Lund Company | Dusty Walker | dusty.walker@allenlund.com |
| Top 20 Creditor | AmTrust North America Inc | Will Robison (Agent) | will.robison@marshmma.com |
| Debtor's Pre-Petition Secured Lender | AS SEB banka | Attention: Emīls Zālītis | emils.zalitis@seb.lv |
| Top 20 Creditor | B-H Transfer Co | Jackie Kitchens | jkitchens@b-htransfer.com |
| Top 20 Creditor | City of Dublin | Michael Clay | claym@dlcga.com |
| Counsel to AS SEB Banka | Dentons US LLP | Gary W. Marsh | gary.marsh@dentons.com |
| Top 20 Creditor | Dietze & Schell Maschinenfabrik GmbH | Oliver Goeckel | oliver.goeckel@dietze-schell.de |
| Top 20 Creditor | Dublin-Laurens Cty Dev Auth | Beth Crumpton | bcrumpton@dlcda.com |
| Top 20 Creditor | Etimine USA Inc | Megan Marano | mmarano@etimineusa.com |
| Top 20 Creditor | Evans Disposal Service Inc | Skip Evans | trashman7317@aol.com |
| Top 20 Creditor | Georgia Power | Steve Chapman | sdchapma@southerncompany.com |
| Counsel for for B-H Transfer Co. | Jones Cork LLP | Cater C Thompson | cater.thompson@jonescork.com |
| Counsel to Kajima Building and Design Group, Inc. | Jones Walker LLP | Stephen P Drobny | sdrobny@joneswalker.com |
| Top 20 Creditor | Kajima Building & Design Group | Jeff Stiner | stinerj@kbdgroupusa.com |
| Top 20 Creditor | Kartash Inc | Edward Kartashevsky | edward@kartash.com |
| Top 20 Creditor | Kemira Oyi | Phil Wayco | phil.wayco@kemira |
| Top 20 Creditor | LBBW | Lutz Feldmann | lutz.feldmann@lbbwus.com |
| Top 20 Creditor | Saurer Technologies Manag GmbH | Jim Slaten | jim.slaten@saurer.com |
| Top 20 Creditor | Saxonia Edellmetalle GnbH | Merker Sabine | merker@saxonia.de |
| Counsel to City of Dublin and Laurens Development Authority | Seyfarth Shaw LLP | Rebecca A Davis | rdavis@seyfarth.com |
| Top 20 Creditor | Smith, Gambrell & Russell | Michelle Snyder | msnyder@sgrlaw.com |
| Top 20 Creditor | Southeastern Paper Group | Jeff Small | jsmall@sepapergroup.com |

# Exhibit B

Exhibit B
Limited Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Top 20 Creditor | Active Minerals International | Wayne Bentley | 121 Milledgeville Road | | Gordon | GA | 31031 | |
| Top 20 Creditor | Airgas USA LLC Oxygen | Traci Bullock | 259 N Radnor-Chester Road | | Radnor | PA | 19087 | |
| Secured Lender | Airgas USA, LLC | | 12800 West Little York Rd. | | Houston | TX | 77041 | |
| Top 20 Creditor | Allen Lund Company | Dusty Walker | 4529 Angles Crest Hwy | Suite 300 | La Canada Flintridge | CA | 91011 | |
| Secured Lender | Ameritech Leasing, Inc. | | 7255 West 98th Terrace | Suite 200 | Overland | KS | 66212 | |
| Top 20 Creditor | AmTrust North America Inc | Will Robison (Agent) | PO Box 93833 | | Cleveland | OH | 44101 | |
| Debtor's Pre-Petition Secured Lender | AS SEB banka | Attention:  Emīls Zālītis | Meistaru iela 1, Valdlauči | Ķekava Parish | Ķekava County | | LV-1076 | Latvia |
| Top 20 Creditor | B-H Transfer Co | Jackie Kitchens | PO Box 151 | | Sandersville | GA | 31082 | |
| Secured Lender | Caterpillar Financial Services Corp. | | 2120 West End Avenue | | Nashville | TN | 37203 | |
| Top 20 Creditor | City of Dublin | Michael Clay | PO Box 690 | | Dublin | GA | 31040 | |
| Secured Lender | DeLage Landen Financial Svcs., Inc. | | 1111 Old Eagle School Rd. | | Wayne | PA | 19087 | |
| Secured Lender | Dell Financial Services, LLC | | Mail Stop PS2DF-23 | One Dell Way | Round Rock | TX | 78682 | |
| Counsel to AS SEB Banka | Dentons US LLP | Gary W. Marsh | 303 Peachtree Street, NE | Suite 5300 | Atlanta | GA | 30308 | |
| Top 20 Creditor | Dietze & Schell Maschinenfabrik GmbH | Oliver Goeckel | Karchestrasse 1 | | Coburg | | D96450 | Germany |
| Top 20 Creditor | Dublin-Laurens Cty Dev Auth | Beth Crumpton | 1200 Bellevue Ave | | Dublin | GA | 31021 | |
| Top 20 Creditor | Etimine USA Inc | Megan Marano | 1 Penn Center West | Suite 400 | Pittsburgh | PA | 15276 | |
| Top 20 Creditor | Evans Disposal Service Inc | Skip Evans | PO Box 910 | | Dublin | GA | 31040 | |
| Secured Lender | General Electric Capital Corp. | | P.O. Box 35701 | | Billings | MT | 59107-5701 | |
| Georgia Department of Labor | Georgia Department of Labor | | 148 Andrew Young International Blvd | Suite 826 | Atlanta | GA | 30303 | |
| Georgia Department of Revenue | Georgia Department of Revenue | | 1800 Century Boulevard, NE | Suite 9100 | Atlanta | GA | 30345 | |
| Georgia Department of Revenue | Georgia Department of Revenue | | PO Box 740389 | | Atlanta | GA | 30374 | |
| Top 20 Creditor | Georgia Power | Steve Chapman | 241 Ralph McGill Blvd | | Atlanta | GA | 30308 | |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | Mail Stop 5-Q30-133 | Philadelphia | PA | 19104-5016 | |
| Internal Revenue Service | Internal Revenue Service | | 435 2nd Street | | Macon | GA | 31201 | |
| Secured Lender | J. Aron & Co., LLC | | 200 West Street | | New York | NY | 10282-2198 | |
| Counsel for for B-H Transfer Co. | Jones Cork LLP | Cater C Thompson | 435 Second Street, Suite 500 | PO Box 6437 | Macon | GA | 31208-6437 | |
| Counsel to Kajima Building and Design Group, Inc. | Jones Walker LLP | Stephen P Drobny | 1360 Peachtree Street NE, Suite 1030 | One Midtown Plaza | Atlanta | GA | 30309 | |
| Top 20 Creditor | Kajima Building & Design Group | Jeff Stiner | 3490 Piedmont Road | Suite 900 | Atlanta | GA | 30305 | |
| Top 20 Creditor | Kartash Inc | Edward Kartashevsky | 50 Court Street | Suite 710 | Brooklyn | NY | 11201 | |
| Top 20 Creditor | Kemira Oyi | Phil Wayco | Eneriakatu 4 | PO Box 330 | Helsinki | | 00101 | Finland |
| Top 20 Creditor | LBBW | Lutz Feldmann | 1185 Avenue of the Americas | 41st Floor | New York | NY | 10036 | |
| Secured Lender | Nissan Motor Acceptance Corp. | | 8900 Freeport Pkwy. | | Irving | TX | 75063 | |
| Office of the United States Trustee for Region 21 | Office of the United States Trustee | Martin P Ochs | 362 Richard Russell Bldg | 75 Ted Turner Drive, SW | Atlanta | GA | 30303 | |
| Office of the United States Trustee for the Northern District of Georgia | Office of the United States Trustee | | 362 Richard Russell Bldg | 75 Ted Turner Drive, SW | Atlanta | GA | 30303 | |
| Top 20 Creditor | Saurer Technologies Manag GmbH | Jim Slaten | 60 Weeserweg | | Krefeld | | D47804 | Germany |

In re: P-D Valmiera Glass USA Corp.
Case No. 19-59440 (PWB)

Page 1 of 2

**Exhibit B**
Limited Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Top 20 Creditor | Saxonia Edellmetalle GnbH | Merker Sabine | 5 Erzstarsse | | Halsbruecke | | D09633 | Germany |
| Counsel to City of Dublin and Laurens Development Authority | Seyfarth Shaw LLP | Rebecca A Davis | 1075 Peachtree Street NE, Suite 2500 | | Atlanta | GA | 30309 | |
| Top 20 Creditor | Slochem Trade s.r.o. | | Farsky Mlyn 2 | | Trnava | | 917 01 | Slovakia |
| Top 20 Creditor | Smith, Gambrell & Russell | Michelle Snyder | 1230 Peachtree Street | Suite 3100 | Atlanta | GA | 30309 | |
| Top 20 Creditor | Southeastern Paper Group | Jeff Small | PO Box 890673 | | Charlotte | NC | 28289 | |
| United States Attorney | United States Attorney | | 600 Richard Russell Bldg | 75 Ted Turner Drive, SW | Atlanta | GA | 30303 | |
| SEC | US Securities & Exchange Comm | | 950 East Paces Ferry Road | Suite 900 | Atlanta | GA | 30326 | |

In re: P-D Valmiera Glass USA Corp.
Case No. 19-59440 (PWB)

Page 2 of 2