**IT IS ORDERED as set forth below:**



**Date: June 24, 2019**

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-59440-PWB |
| P-D VALMIERA GLASS USA CORP., | CHAPTER 11 |
| Debtor. | |

### ORDER AND NOTICE OF STATUS CONFERENCE

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the Court shall hold a status conference on **July 1, 2019**, at **10:00 a.m.**, in Courtroom 1401, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia.

Any party outside the District desiring to participate by telephone may do so by contacting CourtCall at (866) 582-6878. Attached hereto are procedures for parties appearing telephonically.

### END OF ORDER

Distribution List

Ashley Reynolds Ray
Scroggins & Williamson, P.C.
One Riverside, Suite 450
4401 Northside Parkway
Atlanta, GA 30327

J. Robert Williamson
Scroggins & Williamson, P.C.
One Riverside, Suite 450
4401 Northside Parkway
Atlanta, GA 30327

Office of the U. S. Trustee
362 Richard Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

# PROCEDURES FOR TELEPHONIC APPEARANCE UTILIZING COURTCALL

1. Contact CourtCall at (866) 582-6878 the day before the hearing.

2. CourtCall will provide you with written confirmation of a telephonic appearance and give you a number to call to make the telephonic appearance.

3. It is your responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing. CourtCall does not call you.

4. The Court discourages the use of cell phones or speakerphones. Please put your telephone on mute when not speaking.

5. Each time you speak, you must identify yourself for the record.

6. Parties participating by telephone are individually responsible for their own expenses and will be billed directly by CourtCall.

7. NO INDEPENDENT RECORDING IS PERMITTED.

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                  Case No. 19-59440-pwb
P-D Valmiera Glass USA Corp.                                            Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9          User: jlc                Page 1 of 1                  Date Rcvd: Jun 24, 2019
                              Form ID: pdf534          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
db             +P-D Valmiera Glass USA Corp.,    168 Willie Paulk Pkwy,    Dublin, GA 31021-0729

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jun 24 2019 22:00:15     United States Trustee,
                 362 Richard Russell Federal Building,   75 Ted Turner Drive, SW,    Atlanta, GA 30303-3315
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
              Ashley Reynolds Ray    on behalf of Debtor    P-D Valmiera Glass USA Corp. aray@swlawfirm.com,
               rwilliamson@swlawfirm.com;centralstation@swlawfirm.com;fharris@swlawfirm.com
              Cater C. Thompson    on behalf of Creditor    B-H Transfer Co. cater.thompson@jonescork.com,
               stacey.davis@jonescork.com;debi.richards@jonescork.com
              J. Robert Williamson    on behalf of Debtor    P-D Valmiera Glass USA Corp.
               rwilliamson@swlawfirm.com,
               centralstation@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com;fharris@swlawfirm.com;rbazz
               ani@swlawfirm.com;mlevin@swlawfirm.com
              Martin P. Ochs    on behalf of U.S. Trustee    United States Trustee martin.p.ochs@usdoj.gov
              Rebecca A. Davis    on behalf of Creditor    City of Dublin and Laurens Development Authority
               rdavis@seyfarth.com,    sthornton@seyfarth.com
              Stephen P. Drobny    on behalf of Creditor    Kajima Building and Design Group, Inc.
               sdrobny@joneswalker.com,    mvelapoldi@joneswalker.com;jmaddox@joneswalker.com
                                                                                               TOTAL: 6