UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| P-D VALMIERA GLASS USA CORP., | ) | CASE NO. 19-59440-PWB |
| | ) | |
| Debtor. | ) | |

### ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

TO: ALL PARTIES, PLEASE TAKE NOTICE THAT:

COMES NOW, Ron C. Bingham, II, of the Firm of Adams and Reese, LLP, and files this Entry of Appearance and Demand for Service of Papers, as counsel for and on behalf of CATERPILLAR FINANCIAL SERVICES CORPORATION, a creditor and party in interest in the above styled case, and pursuant to Bankruptcy Rules 2002 and 11 U.S.C. § 1109(b), respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office, postal address and telephone number listed as follows:

> Ron C. Bingham, II, Esq.
> Adams and Reese, LLP
> 3424 Peachtree Road, NE, Suite 1600
> Atlanta, Georgia 30326
> Telephone: 470-427-3701
> Facsimile: 404-500-5975
> Email: ron.bingham@arlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. Further, Counsel requests that he be provided with a copy of any

Disclosure Statement to be submitted prior to its approval and any and all Plans of Reorganization.

Counsel additionally requests that the Clerk of the Court place the foregoing name and address on any mailing matrix to be prepared or existing in the above-numbered case.

This 27th day of June, 2019.

/s/ Ron C. Bingham, II_____
RON C. BINGHAM, II
Georgia Bar No. 057240

ADAMS AND REESE, LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326
(470) 427-3700 – Telephone
(404) 500-5975 – Facsimile
Email: ron.bingham@arlaw.com
Attorneys for Caterpillar Financial Services Corporation

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| P-D VALMIERA GLASS USA CORP., | ) | CASE NO. 19-59440-PWB |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing **Entry of Appearance and Demand for Service of Papers** was sent electronically via this Court's CM/ECF System upon registered users and via First Class U.S. Mail, postage prepaid, to those parties listed below on this the 27th day of June, 2019.

| | |
|---|---|
| P-D Valmiera Glass USA Corp.<br>168 Willie Paulk Pkwy<br>Dublin, Georgia 31021 | Ashley Reynolds Ray, Esq.<br>Scroggins & Williamson, P.C.<br>One Riverside, Suite 450<br>4401 Northside Parkway<br>Atlanta, Georgia 30327<br>aray@swlawfirm.com |
| Martin P. Ochs, Esq.<br>Office of the United States Trustee<br>75 Ted Turner Drive, SW, Room 362<br>Atlanta, Georgia 30303 | J. Robert Williamson, Esq.<br>Scroggins & Williamson, P.C.<br>One Riverside, Suite 450<br>4401 Northside Parkway<br>Atlanta, Georgia 30327<br>rwilliamson@swlawfirm.com |
| Rebecca A. Davis<br>Seyfarth Shaw LLP<br>Suite 2500<br>1075 Peachtree Street, NE<br>Atlanta, GA 30309-3958<br>rdavis@seyfarth.com | Stephen P. Drobny<br>Jones Walker LLP<br>Suite 1030, One Midtown Plaza<br>1360 Peachtree St., NE<br>Atlanta, GA 30309<br>sdrobny@joneswalker.com |

| | |
|---|---|
| Gary W. Marsh<br>Dentons US, LLP<br>Suite 5300, One Peachtree Center<br>303 Peachtree Street<br>Atlanta, GA 30308<br>Gary.Marsh@dentons.com | Cater C. Thompson<br>Jones Cork, LLP<br>P.O. Box 6437<br>Macon, GA 31208-6437<br>cater.thompson@jonescork.com |

This 27th day of June, 2019.

/s/ Ron C. Bingham, II_____
RON C. BINGHAM, II
Georgia Bar No. 057240

ADAMS AND REESE, LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326
(470) 427-3700 – Telephone
(404) 500-5975 – Facsimile
Email: ron.bingham@arlaw.com
Attorneys for Caterpillar Financial Services Corporation