IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

IN RE: : CASE NUMBER: 19-59440-PWB
:
P-D Valmiera Glass USA Corp., :
    Debtor. :

NOTICE OF APPEARANCE OF COUNSEL
REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to B. R. 9010(b), Edward B. Claxton III hereby enters his appearance as counsel on behalf of Dublin Construction Company, in the above-styled case and further requests service of all papers pursuant to B. R. 2002 at the address shown below. The aforementioned creditor/interested party hereby puts all parties in interest on notice that it is represented by the undersigned and requests that the Clerk of the Court place the undersigned counsel on the Master Service List in this case and that all counsel of record provide the undersigned counsel with copies of all notices, pleadings and other filings made in the above-captioned matter including, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal whether transmitted or conveyed by mail, telephone or otherwise. The Clerk and all counsel of record are requested to direct all written or telephone correspondence to the undersigned counsel at the following address or telephone number:

Edward B. Claxton III
Post Office Box 16459
Dublin, GA 31040
(478) 272-9965
(478) 272-4225 (fax)
ebcatty@bellsouth.net

Respectfully submitted this 28th day of June, 2019

                                          */s/ Edward B. Claxton III*
                                          Edward B. Claxton III
                                          Attorney for Dublin Construction Company
                                          Ga. State Bar Number 129151

P. O. Box 16459
Dublin, GA 31040
478-272-9965
ebcatty@bellsouth.net

## CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the attached and foregoing NOTICE OF APPEARANCE OF COUNSEL REQUEST FOR NOTICES AND SERVICE OF PAPERS via electronic filing using CM/ECF System or by placing a true and correct copy of same in the U. S. Mail with the proper postage affixed, addressed to the following to insure delivery:

Mr. J. Robert Williamson
Ms. Ashley R. Ray
Scroggins & Williamson, P.C.
401 Northside Parkway, Suite 405
Atlanta, GA 30327
rwilliamson@swlawfirm.com
Aray@swlawfirm.com

Mr. Martin P. Ochs
Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303


This 28thday of June, 2019.

/s/ Edward B. Claxton III
Edward B. Claxton III
Attorney for
Dublin Construction Company
Ga. State Bar Number 129151