**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| P-D VALMIERA GLASS USA CORP, | ) | **CASE NO. 19-59440-pwb** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**NOTICE OF FILING PROPOSED INTERIM BUDGET AS EXHIBIT
TO MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

P-D Valmiera Glass USA Corp. (the "**Debtor**") files the attached proposed interim Budget as an exhibit to the Motion for Authority to Use Cash Collateral [Doc No. 26] (the "**Motion**") filed by the Debtor on June 25, 2019. The Debtor's secured lender, AS SEB banka, and the U.S. Trustee are currently reviewing the proposed interim Budget for approval and may request further revisions at or before the hearing on the Motion.

This 28th day of June, 2019.

SCROGGINS & WILLIAMSON, P.C.

4401 Northside Parkway            By:    /s/ J. Robert Williamson
Suite 450                                      J. ROBERT WILLIAMSON
Atlanta, Georgia 30327                  Georgia Bar No. 765214
T: (404) 893-3880                         ASHLEY REYNOLDS RAY
F: (404) 893-3886                         Georgia Bar No. 601559
E: rwilliamson@swlawfirm.com
   aray@swlawfirm.com             *Proposed Counsel for the Debtor*

**Cash flow forecast of P-D VALMIERA GLASS USA CORP.**

**P-D Valmiera Glass USA Corp.**

| Values in USD | CW25* | CW26 | CW27 | CW28 | CW29 | CW30 | CW31 | CW32 |
|---|---|---|---|---|---|---|---|---|
| **INCOMING PAYMENTS** | **280.7** | **403.5** | **427.4** | **261.7** | **227.1** | **257.6** | **122.5** | **321.2** |
| Anticipated Cash Receipts | 280.7 | 403.5 | 427.4 | 261.7 | 227.1 | 257.6 | 122.5 | 321.2 |
| **EXPENSES** | **522.8** | **428.1** | **377.5** | **223.5** | **409.5** | **223.5** | **286.4** | **159.5** |
| Payroll | 382.0 | 53.6 | 200.0 | 0.0 | 120.0 | 0.0 | 160.0 | 0.0 |
| Payroll Taxes | 0.0 | 112.0 | 0.0 | 60.0 | 0.0 | 40.0 | 0.0 | 50.0 |
| Health Insurance | 96.0 | 0.0 | 14.0 | 0.0 | 65.0 | 0.0 | 12.0 | 0.0 |
| Workers Comp. Ins. Premium | 0.0 | 59.0 | 0.0 | 0.0 | 0.0 | 59.0 | 0.0 | 0.0 |
| Corporate Apartment and Vehicle Leases | 0.0 | 5.0 | 7.5 | 7.5 | 5.0 | 5.0 | 5.0 | 5.0 |
| Transportation Costs | 8.0 | 40.0 | 40.0 | 40.0 | 35.0 | 30.0 | 30.0 | 30.0 |
| Duty Expenses | 0.0 | 110.0 | 45.0 | 45.0 | 35.0 | 20.0 | 5.0 | 5.0 |
| Spare Parts | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 |
| Packing Costs | 2.6 | 12.5 | 12.5 | 12.5 | 12.5 | 12.5 | 12.5 | 12.5 |
| Raw Material Fibre | 0.0 | 0.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 | 30.0 |
| Waste Costs | 15.0 | 10.0 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 |
| Utilities | 11.0 | 0.0 | 0.0 | 0.0 | 80.0 | 0.0 | 0.0 | 0.0 |
| Equipment Leases | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| Security | 2.2 | 5.0 | 5.0 | 5.0 | 3.5 | 3.5 | 3.5 | 3.5 |
| UST Fees | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.9 | 0.0 |
| Ordinary Course Professionals | 0.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 |
| Carveout for Debtor's Professionals | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Lender Adequate Protection Payments | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Difference between Income and Expenses** | **-242.1** | **-24.6** | **49.9** | **38.2** | **-182.4** | **34.1** | **-163.9** | **161.7** |
| | 581.5 | 339.4 | 314.8 | 364.7 | 402.9 | 220.5 | 254.6 | 90.8 | 252.5 |

Cash on Hand

*CW25 was the week including the 7/17 Petition Date