**IT IS ORDERED as set forth below:**



**Date: June 26, 2019**

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** | ) **CHAPTER 11** |
| | ) |
| **P-D VALMIERA GLASS USA CORP,** | ) **CASE NO. 19-59440-pwb** |
| | ) |
| **Debtor.** | ) |
| | ) |

**ORDER GRANTING APPLICATION FOR AUTHORITY TO RETAIN KURTZMAN
CARSON CONSULTANTS LLC AS CLAIMS, NOTICING, AND BALLOTING AGENT**

THIS MATTER came before the Court to consider the application of P-D Valmiera Glass USA Corp., debtor and debtor-in-possession (the "**Debtor**") in the above-styled Chapter 11 case (the "**Case**") for authority to retain Kurtzman Carson Consultants LLC ("**KCC**") to act as claims, noticing, and balloting agent in this Case (the "**Application**").

The Court has considered the Application and the record in the Case. It appears that the Court has jurisdiction over this proceeding; that this is a core proceeding; that notice of the Application has been given to the Limited Service List as provided in the Complex Chapter 11 Procedures; that the relief sought in the Application is in the best interests of the Debtor, its

estate, and its creditors; and that good and sufficient cause exists for such relief. Accordingly, it is hereby ORDERED as follows:

1. Subject to objection as set forth herein, the Application is GRANTED.

2. The Debtor is authorized to retain KCC as its claims, noticing, and balloting agent, as of the Petition Date, to perform the services described in the Application.

3. KCC shall be compensated by the Debtor on the terms contained in the agreement attached as <u>Exhibit A</u> to the Application, and shall not be required to file fee applications with the Court.

4. Any objection to the relief requested in the Application must be filed with the Clerk of the United States Bankruptcy Court, 1340 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, and served upon counsel for the Debtor, Ashley R. Ray, Scroggins & Williamson, P.C., 4401 Northside Parkway, Suite 450, Atlanta, GA 30327 within twenty-one (21) days from the date of entry of this Order. Any objections not timely filed will be deemed waived and forever barred. In the event any written objections are filed within said period, a hearing will be held on notice to the objecting party, Scroggins & Williamson, P.C., and the Debtor. In the event no objections are timely filed to the Application, this Order shall become the final Order of the Court.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

6. Counsel for the Debtor shall cause a copy of this order to be served on the Limited Service List and no further notice shall be required.

**END OF DOCUMENT**

Prepared and presented by:
SCROGGINS & WILLIAMSON, P.C.

 /s/ Ashley R. Ray
J. ROBERT WILLIAMSON
Georgia Bar No. 765214
ASHLEY REYNOLDS RAY
Georgia Bar No. 601559
4401 Northside Parkway
Suite 450
Atlanta, Georgia 30327
T:  (404) 893-3880
F:  (404) 893-3886
E:  rwilliamson@swlawfirm.com
    aray@swlawfirm.com

*Counsel for the Debtors*


No Objection to Entry:

OFFICE OF THE UNITED STATES TRUSTEE


 /s/ Martin P. Ochs (by ARR w/express permission)
Martin P. Ochs
Trial Attorney
United States Department of Justice
Office of the United States Trustee
75 Ted Turner Drive - Suite 362
Atlanta, GA  30303
Tel: (404) 331-4437 - ext. 139

## D<small>ISTRIBUTION</small> L<small>IST</small>

Ashley R. Ray
S<small>CROGGINS</small> & W<small>ILLIAMSON</small>, P.C.
4401 Northside Parkway
Suite 450
Atlanta, GA 30327

Martin P. Ochs
O<small>FFICE OF THE</small> U<small>NITED</small> S<small>TATES</small> T<small>RUSTEE</small>
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Case 19-59440-pwb    Doc 44    Filed 06/28/19    Entered 06/29/19 01:20:45    Desc Imaged
Certificate of Notice    Page 4 of 5

United States Bankruptcy Court
Northern District of Georgia

In re:  
P-D Valmiera Glass USA Corp.  
    Debtor

Case No. 19-59440-pwb  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 113E-9            User: jlc                    Page 1 of 1                  Date Rcvd: Jun 26, 2019
                               Form ID: pdf408             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
db             +P-D Valmiera Glass USA Corp.,    168 Willie Paulk Pkwy,    Dublin, GA 31021-0729

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2019 at the address(es) listed below:
        Ashley Reynolds Ray    on behalf of Debtor    P-D Valmiera Glass USA Corp. aray@swlawfirm.com,
         rwilliamson@swlawfirm.com;centralstation@swlawfirm.com;fharris@swlawfirm.com
        Cater C. Thompson    on behalf of Creditor    B-H Transfer Co. cater.thompson@jonescork.com,
         stacey.davis@jonescork.com;debi.richards@jonescork.com
        Gary W. Marsh    on behalf of Creditor    Danske Bank A/S Gary.Marsh@dentons.com,
         pam.matthews@dentons.com
        Gary W. Marsh    on behalf of Creditor    AS SEB BANKA Gary.Marsh@dentons.com,
         pam.matthews@dentons.com
        J. Robert Williamson    on behalf of Debtor    P-D Valmiera Glass USA Corp.
         rwilliamson@swlawfirm.com,
         centralstation@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com;fharris@swlawfirm.com;rbazz
         ani@swlawfirm.com;mlevin@swlawfirm.com
        Kurtzman Carson Consultants LLC    ECFpleadings@kccllc.com
        Martin P. Ochs    on behalf of U.S. Trustee    United States Trustee martin.p.ochs@usdoj.gov
        Rebecca A. Davis    on behalf of Creditor    City of Dublin and Laurens Development Authority
         rdavis@seyfarth.com,    sthornton@seyfarth.com;ATLdocket@seyfarth.com
        Stephen P. Drobny    on behalf of Creditor    Kajima Building and Design Group, Inc.
         sdrobny@joneswalker.com,    mvelapoldi@joneswalker.com;jmaddox@joneswalker.com
                                                                                                 TOTAL: 9