

**IT IS ORDERED as set forth below:**

**Date: June 26, 2019**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **P-D VALMIERA GLASS USA CORP,** | ) | **CASE NO. 19-59440-pwb** |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES**
**AND STATEMENT OF FINANCIAL AFFAIRS**

Upon consideration of the motion (Doc. No. 28) (the "**Motion**")[1] of P-D Valmiera Glass USA Corp., debtor and debtor-in-possession (the "**Debtor**") in the above-styled Chapter 11 case (the "**Case**") for an order extending the time to file schedules and statement of financial affairs (the "**Schedules**"); and jurisdiction existing for the Court to consider the Motion; and the Court having found that good and sufficient cause exists for granting the Motion; and upon consideration

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

of the files and record in this Case; and it appearing that relief sought in the Motion will be in the best interest of the Debtor's estate, creditors, and other parties-in-interest; and it further appearing that notice of the Motion was adequate and proper under the circumstances of this Case and that no further notice of the Motion need be given; it is hereby ORDERED as follows:

1. The Motion is GRANTED.

1. The time within which the Debtor is required to file its Schedules is extended through and including July 19, 2019.

2. Entry of this Order is without prejudice to the right of the Debtor to seek a further extension of time to file its Schedules or any party's right to object to such further extension.

3. Counsel to the Debtor shall serve a copy of this Order on the parties identified on the Limited Service List as provided in the Procedures for Complex Chapter 11 Cases pursuant to General Order 26-2019, and the Debtor shall file a certificate of service regarding same with the Clerk of the Court. No further notice is necessary.

**[END OF DOCUMENT]**

Prepared and presented by:
SCROGGINS & WILLIAMSON, P.C.

 /s/ Ashley R. Ray
J. ROBERT WILLIAMSON
Georgia Bar No. 765214
ASHLEY REYNOLDS RAY
Georgia Bar No. 601559
4401 Northside Parkway
Suite 450
Atlanta, Georgia 30327
T: (404) 893-3880
F: (404) 893-3886
E: rwilliamson@swlawfirm.com
   aray@swlawfirm.com

*Proposed Counsel for the Debtor*

No Objection to Entry:

OFFICE OF THE UNITED STATES TRUSTEE

 /s/ Martin P. Ochs (by ARR w/express permission)
Martin P. Ochs
Trial Attorney
United States Department of Justice
Office of the United States Trustee
75 Ted Turner Drive - Suite 362
Atlanta, GA  30303
Tel: (404) 331-4437 - ext. 139

**Distribution List**

Ashley R. Ray
SCROGGINS & WILLIAMSON, P.C.
4401 Northside Parkway
Suite 450
Atlanta, GA  30327

Martin P. Ochs
OFFICE OF THE UNITED STATES TRUSTEE
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Case 19-59440-pwb    Doc 45    Filed 06/28/19    Entered 06/29/19 01:20:45    Desc Imaged
Certificate of Notice    Page 4 of 5

United States Bankruptcy Court
Northern District of Georgia

In re:  
P-D Valmiera Glass USA Corp.  
    Debtor

Case No. 19-59440-pwb  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 113E-9     User: jlc     Page 1 of 1     Date Rcvd: Jun 26, 2019  
                       Form ID: pdf441     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2019.  
db         +P-D Valmiera Glass USA Corp.,  168 Willie Paulk Pkwy,  Dublin, GA 31021-0729

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2019 at the address(es) listed below:

         Ashley Reynolds Ray    on behalf of Debtor    P-D Valmiera Glass USA Corp. aray@swlawfirm.com, rwilliamson@swlawfirm.com;centralstation@swlawfirm.com;fharris@swlawfirm.com  
         Cater C. Thompson    on behalf of Creditor    B-H Transfer Co. cater.thompson@jonescork.com, stacey.davis@jonescork.com;debi.richards@jonescork.com  
         Gary W. Marsh    on behalf of Creditor    Danske Bank A/S Gary.Marsh@dentons.com, pam.matthews@dentons.com  
         Gary W. Marsh    on behalf of Creditor    AS SEB BANKA Gary.Marsh@dentons.com, pam.matthews@dentons.com  
         J. Robert Williamson    on behalf of Debtor    P-D Valmiera Glass USA Corp. rwilliamson@swlawfirm.com, centralstation@swlawfirm.com;aray@swlawfirm.com;hkepner@swlawfirm.com;fharris@swlawfirm.com;rbazzani@swlawfirm.com;mlevin@swlawfirm.com  
         Kurtzman Carson Consultants LLC    ECFpleadings@kccllc.com  
         Martin P. Ochs    on behalf of U.S. Trustee    United States Trustee martin.p.ochs@usdoj.gov  
         Rebecca A. Davis    on behalf of Creditor    City of Dublin and Laurens Development Authority rdavis@seyfarth.com, sthornton@seyfarth.com;ATLdocket@seyfarth.com  
         Stephen P. Drobny    on behalf of Creditor    Kajima Building and Design Group, Inc. sdrobny@joneswalker.com, mvelapoldi@joneswalker.com;jmaddox@joneswalker.com  
                                                                                                                TOTAL: 9