IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-59440-pwb |
| | ) | |
| P-D VALMIERA GLASS USA CORP., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COME NOW, Thomas R. Walker and the law firm of FisherBroyles, LLP and, pursuant to Rules 9010(b) and 2002(g) of the *Federal Rules of Bankruptcy Procedure*, hereby enter an appearance for Georgia Power Company (the "Client") in the above-styled bankruptcy case as legal counsel for the Client. Mr. Walker requests that he be served with copies of all notices and pleadings given or required to be given pursuant to the Bankruptcy Code or Rules which are issued by the Clerk of the Court, as well as all other pleadings and/or notices served or required to be served by the Debtor, any appointed trustee or any other interested party in these proceedings, with such copies going to the following address:

Thomas R. Walker, Esq.
FisherBroyles, LLP
945 East Paces Ferry Road NE, Suite 2000
Atlanta, Georgia 30326

This 1st day of July, 2019.

FISHERBROYLES, LLP
/s/ Thomas R. Walker
Thomas R. Walker
Georgia Bar No. 732755
FisherBroyles, LLP
945 East Paces Ferry Road, Suite 2000
Atlanta, Georgia 30326
(404) 728-1970 [direct dial]
(470) 300-9337 [direct fax]
thomas.walker@fisherbroyles.com

*Counsel for Georgia Power Company*

1

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing *Notice of Appearance and Request for Notices* using the Bankruptcy Court's Electronic Case Filing program (the "ECF Program"), which sends a notice of and an accompanying link to this document to the following parties who have appeared in this case under the ECF Program:

| | |
|---|---|
| **Ron C. Bingham:** | ron.bingham@arlaw.com, lianna.sarasola@arlaw.com |
| **Edward B. Claxton:** | ebcatty@bellsouth.net, ebclaw2@bellsouth.net |
| **Rebecca A. Davis:** | rdavis@seyfarth.com, sthornton@seyfarth.com, ATLdocket@seyfarth.com |
| **Stephen P. Drobny:** | sdrobny@joneswalker.com, mvelapoldi@joneswalker.com; jmaddox@joneswalker.com |
| **Leon S. Jones:** | ljones@joneswalden.com, jwdistribution@joneswalden.com, cparker@joneswalden.com, mvining@joneswalden.com; cmccord@joneswalden.com, lpineyro@joneswalden.com; arich@joneswalden.com, ewooden@joneswalden.com |
| **Kurtzman Carson Consultants LLC:** | ECFpleadings@kccllc.com |
| **Gary W. Marsh:** | Gary.Marsh@dentons.com, pam.matthews@dentons.com |
| **Martin P. Ochs:** | martin.p.ochs@usdoj.gov |
| **Ashley Reynolds Ray:** | aray@swlawfirm.com, rwilliamson@swlawfirm.com; centralstation@swlawfirm.com, fharris@swlawfirm.com |
| **Cater C. Thompson:** | cater.thompson@jonescork.com, stacey.davis@jonescork.com, debi.richards@jonescork.com |
| **J. Robert Williamson:** | rwilliamson@swlawfirm.com, centralstation@swlawfirm.com; aray@swlawfirm.com, hkepner@swlawfirm.com, fharris@swlawfirm.com, rbazzani@swlawfirm.com, mlevin@swlawfirm.com |

I further certify that, on this day, I served a true and correct copy of the above and foregoing *Notice of Appearance and Request for Notices* via U.S. First Class Mail, in an envelope with adequate prepaid postage affixed thereto, upon the following:

P-D Valmiera Glass USA Corp.
168 Willie Paulk Pkwy.
Dublin, GA 31021

This 1st day of July, 2019.

/s/ Thomas R. Walker
Thomas R. Walker
Georgia Bar No. 732755
FisherBroyles, LLP

2

945 East Paces Ferry Road NE, Suite 2000
Atlanta, Georgia 30326
(404) 728-1970 [direct dial]
(470) 300-9337[direct fax]
thomas.walker@fisherbroyles.com