# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| P-D VALMIERA GLASS USA CORP., ) | CASE NO. 19-59440-pwb |
| ) | |
| Debtor. ) | |
| ) | |

## NOTICE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 4, 2020, the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division (the "**Bankruptcy Court**") entered an order [Dkt. No. 496] (the "**Confirmation Order**") confirming the First Amended Plan of Liquidation [Dkt. No. 438] (the "**Plan**") filed on October 16, 2020, by P-D Valmiera Glass USA Corp., (the "**Debtor**").

2. On December 6, 2020, all conditions precedent to the Effective Date[1] pursuant to Article XIII, Section 13.02 of the Plan were satisfied or waived. Therefore, **December 7, 2020** is the Effective Date of the Plan.

3. The Plan and its provisions are binding on, among others, the Debtor, all holders of Claims and Interests (irrespective of whether such Claims or Interests are impaired under the Plan or whether holders of such Claims and Interests voted to accept the Plan), and any and all non-Debtor parties to executory contracts and unexpired leases with the Debtor, as provided in the Plan.

4. Any holder of a Claim arising from the rejection of an executory contract or unexpired lease pursuant to Article X, Sections 10.01 and 10.02 of the Plan must complete and file an original Proof of Claim on account of such Claim with the Debtor's claims agent, KCC, LLC,

---

[1] Capitalized terms used but not otherwise defined herein, shall have the meaning ascribed to such term in the Plan and Confirmation Order.

and serve a copy of such Proof of Claim on the Liquidating Trustee at the addresses set forth below on or before thirty days following rejection of the executory contract or unexpired lease.

**KCC:**

Valmiera Glass Claims Processing Center
c/o KCC
222 N. Pacific Coast Hwy., Ste. 300
El Segundo, CA 90245

**Liquidating Trustee:**

Advisory Trust Group, LLC
10645 N. Oracle Road
Suite 121-371
Oro Valley, AZ 85737

5.  Any holder of an Administrative Expense Claim arising after July 31, 2020 and before December 7, 2020, and specifically excluding (a) any Claim that arises pursuant to 11 U.S.C. §503(b)(9), (b) Professional Compensation Claims, and (c) any Administrative Expense Claim subject to the Initial Administrative Expense Clam Bar Date, must file an application or other pleading seeking allowance of such Administrative Expense Claim on or before the Final Administrative Expense Claim Bar Date which is **December 28, 2020**. All applications or other requests for allowance of Administrative Expense Claims must be <u>filed</u> with the Clerk of the Bankruptcy Court and a copy mailed to the Post Effective Date Debtor and the Bank at the following addresses **no later than December 28, 2020.**

**Clerk, US Bankruptcy Court:**

Clerk, United States Bankruptcy Court
Northern District of Georgia
75 Ted Turner Drive, SW
Room 1340
Atlanta, Georgia 30303

**Post Effective Date Debtor:**

P-D Valmiera Glass USA Corp.
c/o Scroggins & Williamson, P.C.
4401 Northside Parkway
Suite 450
Atlanta, GA 30327

**Bank:**

Bank
c/o Gary W. Marsh, Esq.
Troutman Pepper Hamilton Sanders, LLP
600 Peachtree Street, N.E.
Suite 3000
Atlanta, GA 30308

6. The Plan and the Confirmation Order contain other provisions that may affect your rights. Copies of the Confirmation Order and the Plan are available for inspection (i) at the Office of the Clerk of the Bankruptcy Court, or (ii) the Claims Agent's website at www.kccllc.net/ValmieraGlassUSA.

This 7th day of December, 2020.

| | |
|---|---|
| 4401 Northside Parkway<br>Suite 450<br>Atlanta, Georgia 30327<br>T: (404) 893-3880<br>F: (404) 893-3886<br>E:  rwilliamson@swlawfirm.com<br>    aray@swlawfirm.com<br>    mlevin@swlawfirm.com | SCROGGINS & WILLIAMSON, P.C.<br><br>/s/ Ashley R. Ray<br>J. ROBERT WILLIAMSON<br>Georgia Bar No. 765214<br>ASHLEY REYNOLDS RAY<br>Georgia Bar No. 601559<br>MATTHEW W. LEVIN<br>Georgia Bar No. 448270<br><br>*Counsel for the Debtor* |